UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Panini America, Inc.

    *Plaintiff,*

v.                                     Case No. 8:23-cv-01721

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles
Intermediate Holdco, Inc.;
Fanatics SPV, LLC; and
Fanatics Holdings, Inc.

    *Defendants.*

---

## Motion for Special Admission

Plaintiff Panini America, Inc. respectfully submits the following Motion for Special Admission of Plaintiff's counsel David Boies, *pro hac vice*. Pursuant to Local Rule 2.01(c), Plaintiffs state as follows:

1. Plaintiff has retained David Boies of Boies Shiller Flexner LLP to represent them in the above-captioned case. Mr. Boies is neither a Florida resident nor a member in good standing of the Florida Bar.

2. Mr. Boies is a member in good standing with the New York State Bar and with the following Courts:

    a. United States Supreme Court (admitted October 29, 1974);

1

b. United States District Court, District of Colorado (admitted September 1, 2000);

c. United States District Court, Eastern District of New York (admitted June 5, 1981);

d. United States District Court, Southern District of New York (admitted September 6, 1991);

e. United States District Court, Eastern District of Wisconsin (admitted December 5, 2011);

f. United States Court of Appeals, First Circuit (admitted July 7, 2006);

g. United States Court of Appeals, Second Circuit (admitted August 4, 2020);

h. United States Court of Appeals, Third Circuit (admitted September 8, 1995);

i. United States Court of Appeals, Fourth Circuit (admitted August 4, 2001);

j. United States Court of Appeals, Fifth Circuit (admitted January 20, 2009);

k. United States Court of Appeals, Sixth Circuit (admitted August 26 2003);

l. United States Court of Appeals, Seventh Circuit (admitted March 22, 2002);

m. United States Court of Appeals, Ninth Circuit (admitted November 30, 1972);

n. United States Court of Appeals, Tenth Circuit (admitted November 20, 1973);

o. United States Court of Appeals, Eleventh Circuit (admitted April 8, 2009);

p. United States Court of Appeals, Federal Circuit (admitted February 9, 2001);

q. United States Court of Appeals, D.C. Circuit (admitted February 6, 1985);

r. United States Court of International Trade (admitted January 5, 1982); and

s. United States Court of Federal Claims (admitted November 16, 2011);

3. Mr. Boies's New York State Bar number is 2296333. A Certificate of Good Standing from the New York State Bar is attached hereto as Exhibit A. A Certificate of Good Standing from the United States District Court for the District of the Southern District of New York is attached hereto as Exhibit B.

4. Mr. Boies has not abused the privilege of special admission by maintaining a regular law practice in Florida.

5. Mr. Boies has initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

   a. *ABS Healthcare Services, LLC v. Bradley Tierney*, Case No. 2020-CA-006862 DIV 04, In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida;

   b. *ABS Healthcare Services, LLC v. Maxim Health*, Case No. 20-cv-61456, United States District Court for the Southern District of Florida;

   c. *Francisco Lefebvre d'Ovidio v. Royal Caribbean*, Case No. 22-cv-21629, United States District Court for the Southern District of Florida;

   d. *Francisco Lefebvre d'Ovidio v. Royal Caribbean*, Case No. 2022-009415-CA-01, In the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida;

   e. *Robertson et al. v. Cuban et al.*, Case No. 22-cv-22538, United States District Court for the Southern District of Florida;

   f. *Garrison v. Bankman-Fried et al.*, Case No. 22-cv-23753, United States District Court for the Southern District of Florida;

    g. *Norris v. Ortiz*, Case No. 22-022900-CA-01, In the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida

6. Mr. Boies will comply with the federal rules and this Court's local rules.

7. Mr. Boies is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. Mr. Boies has paid the fee for special admission or will pay the fee upon special admission and will register with the Court's CM/ECF system.

9. Mr. Boies affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                                              */s/ David Boies*
                                               David Boies

### Local Rule 3.01(g) Certification

Plaintiff's counsel has conferred with counsel for Defendants and represent that Defendants do not oppose Mr. Boies's special admission.

**WHEREFORE,** Movant respectfully requests the entry of an order authorizing the *pro hac vice* appearance of David Boies as counsel of record in the above-captioned case.

Respectfully submitted,

*/s/ David Boies*
David Boies
**Boies Schiller Flexner LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Email: dboies@bsfllp.com


*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com

August 7, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2023, a true and correct copy of the foregoing, including exhibits, was filed with the Court's CM/ECF system, I also certify that a true and correct copy of the foregoing, including exhibits, was furnished by U.S. Mail to the following Defendants, who have not yet appeared:

<u>Fanatics, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics, LLC.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics Collectibles Intermediate Holdco, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics SPV, LLC.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics Holdings, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com