# Exhibit B

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____DAVID  BOIES , II_____ , Bar # _____DB4399_____

was duly admitted to practice in the Court on

_____September 06, 1991_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   _____May 31, 2023_____
           New York, New York

_____Ruby J. Krajick_____         By         _____s/ D. Shaw_____
         Clerk of Court                                          Deputy Clerk