# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Panini America, Inc.

      *Plaintiff,*

v.
                                    **Case No. 8:23-cv-01721**

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles
Intermediate Holdco, Inc.;
Fanatics SPV, LLC; and
Fanatics Holdings, Inc.

      *Defendants.*

---

## Motion for Special Admission

    Plaintiff Panini America, Inc. respectfully submits the following Motion for Special Admission of Plaintiff's counsel James Denvir, *pro hac vice*. Pursuant to Local Rule 2.01(c), Plaintiffs state as follows:

    1. Plaintiff has retained James Denvir of Boies Shiller Flexner LLP to represent them in the above-captioned case. Mr. Denvir is not a Florida resident and is an inactive member of the Florida Bar.

    2. Mr. Denvir is a member in good standing with the District of Columbia Bar and the following Courts:

    a. United States Supreme Court (admitted 03/24/03);

1

b. District of Columbia Court of Appeals (admitted 11/02/79);

c. United States Court of Appeals for The Federal Circuit (admitted 04/29/93);

d. United States Court of Appeals for The District of Columbia Circuit (admitted 11/05/84);

e. United States District Court for The District of Columbia (admitted 02/03/92);

f. United States Court of Appeals for The Sixth Circuit (admitted 11/21/01);

g. United States District Court for The Eastern District of Michigan (admitted 06/10/96);

h. United States District Court for The Western District of Michigan (admitted 04/27/04);

i. United States District Court for The Northern District of Oklahoma (admitted 02/26/93);

j. United States Court of Appeals for The Tenth Circuit (admitted 01/15/93);

k. United States Court of Appeals for The Ninth Circuit (admitted 06/10/88);

l. United States Court of Appeals for The First Circuit (admitted 01/09/2019); and

m. United States District Court for the District of Colorado (admitted 06/24/2022).

3. Mr. Denvir's District of Columbia Bar number is 284554. A Certificate of Good Standing from the District of Columbia bar is attached hereto as Exhibit A. A Certificate of Good Standing from the United States District Court for the District of the District of Columbia is attached hereto as Exhibit B.

4. Mr. Denvir has not abused the privilege of special admission by maintaining a regular law practice in Florida.

5. Mr. Denvir has not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

6. Mr. Denvir will comply with the federal rules and this Court's local rules.

7. Mr. Denvir is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. Mr. Denvir has paid the fee for special admission or will pay the fee upon special admission and will register with the Court's CM/ECF system.

9. Mr. Denvir affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ James P. Denvir*
James P. Denvir

## Local Rule 3.01(g) Certification

Plaintiff's counsel has conferred with counsel for Defendants and represents that Defendants do not oppose Mr. Denvir's special admission.

**WHEREFORE,** Movant respectfully requests the entry of an order authorizing the *pro hac vice* appearance of James Denvir as counsel of record in the above-captioned case.

Respectfully submitted,

*/s/ James P. Denvir*
James P. Denvir
**Boies Schiller Flexner LLP**
1401 New York Avenue N.W.
Washington, DC  20005
Telephone: (202) 237-9615
Email: jdenvir@bsfllp.com

4

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com

August 7, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2023, a true and correct copy of the foregoing, including exhibits, was filed with the Court's CM/ECF system, I also certify that a true and correct copy of the foregoing, including exhibits, was furnished by U.S. Mail to the following Defendants, who have not yet appeared:

Fanatics, Inc.                          Fanatics, LLC.
5332 Avion Park Dr.              5332 Avion Park Dr.
Tampa, FL 33607                   Tampa, FL 33607

Fanatics Collectibles Intermediate Holdco, Inc.
5332 Avion Park Dr.
Tampa, FL 33607

Fanatics SPV, LLC.
5332 Avion Park Dr.
Tampa, FL 33607

Fanatics Holdings, Inc.
5332 Avion Park Dr.
Tampa, FL 33607

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com