UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Panini America, Inc.

    *Plaintiff,*

v.                                            **Case No. 8:23-cv-01721**

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles
Intermediate Holdco, Inc.;
Fanatics SPV, LLC; and
Fanatics Holdings, Inc.

    *Defendants.*

---

## Motion for Special Admission

Plaintiff Panini America, Inc. respectfully submits the following Motion for Special Admission of Plaintiff's counsel Richard Feinstein, *pro hac vice*. Pursuant to Local Rule 2.01(c), Plaintiffs state as follows:

1. Plaintiff has retained Richard Feinstein of Boies Shiller Flexner LLP to represent them in the above-captioned case. Mr. Feinstein is neither a Florida resident nor a member in good standing of the Florida Bar.

2. Mr. Feinstein is a member in good standing with the District of Columbia Bar, the State Bar of Massachusetts, and the following Courts:

1

a. Supreme Judicial Court Commonwealth of Massachusetts (admitted December 14, 1977);

b. District of Columbia Court of Appeals DC Bar# 324848 (admitted September 18, 1980)

c. United States District Court of the Eastern District of Wisconsin (admitted October 23, 1985);

d. United States District Court for the District of Columbia (admitted May 5, 1986);

e. United States Court of Appeals for the District of Columbia Circuit (admitted May 21, 1986);

f. United States Court of Appeals for the Fourth Circuit (admitted November 20, 1987);

g. United States Court of Appeals for the Ninth Circuit (admitted June 16, 1988);

h. United States Supreme Court (admitted March 16, 1991);

i. United States Court of Appeals for the Eleventh Circuit (admitted May 9, 1991);

j. United States Court of Appeals for the Second Circuit (admitted August 30, 1991);

k. United States Court of Appeals for the Eighth Circuit (admitted December 4, 2017); and

l. United States District Court for the Eastern District of Michigan (admitted May 7, 2021).

3. Mr. Feinstein's District of Columbia bar number is 324848. A Certificate of Good Standing from the District of Columbia bar is attached hereto as Exhibit A. A Certificate of Good Standing from the United States District Court for the District of Columbia is attached hereto as Exhibit B.

4. Mr. Feinstein has not abused the privilege of special admission by maintaining a regular law practice in Florida.

5. Mr. Feinstein has not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

6. Mr. Feinstein will comply with the federal rules and this Court's local rules.

7. Mr. Feinstein is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. Mr. Feinstein has paid the fee for special admission or will pay the fee upon special admission and will register with the Court's CM/ECF system.

9. Mr. Feinstein affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Richard Feinstein*
Richard Feinstein

## Local Rule 3.01(g) Certification

Plaintiff's counsel has conferred with counsel for Defendants and represent that Defendants do not oppose Mr. Feinstein's special admission.

**WHEREFORE,** Movant respectfully requests the entry of an order authorizing the *pro hac vice* appearance of Richard Feinstein as counsel of record in the above-captioned case.

Respectfully submitted,

*/s/ Richard Feinstein*
Richard Feinstein
**Boies Schiller Flexner LLP**
1401 New York Avenue N.W.
Washington, DC  20005
Telephone: (202) 237-9615
Email: rfeinstein@bsfllp.com

4

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com

August 7, 2023

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 7th day of August, 2023, a true and correct copy of the foregoing, including exhibits, was filed with the Court's CM/ECF system, I also certify that a true and correct copy of the foregoing, including exhibits, was furnished by U.S. Mail to the following Defendants, who have not yet appeared:

<u>Fanatics, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics, LLC.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics Collectibles Intermediate Holdco, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics SPV, LLC.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics Holdings, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

      */s/ Stuart H. Singer*
      Stuart H. Singer
      **Boies Schiller Flexner LLP**
      401 East Las Olas Boulevard
      Suite 1200
      Fort Lauderdale, FL 33301
      Telephone: (954) 356-0011
      Email: ssinger@bsfllp.com