UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Panini America, Inc.

    *Plaintiff,*

v.                       Case No. 8:23-cv-01721

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles
Intermediate Holdco, Inc.;
Fanatics SPV, LLC; and
Fanatics Holdings, Inc.

    *Defendants.*

---

## Motion for Special Admission

Plaintiff Panini America, Inc. respectfully submits the following Motion for Special Admission of Plaintiff's counsel Sean Rodriguez, *pro hac vice*. Pursuant to Local Rule 2.01(c), Plaintiffs state as follows:

    1. Plaintiff has retained Sean Rodriguez of Boies Shiller Flexner LLP to represent them in the above-captioned case. Mr. Rodriguez is neither a Florida resident nor a member in good standing of the Florida Bar.

    2. Mr. Rodriguez is a member in good standing with the State of California Bar, the United States District Court of the Northern District of

1

California; and the United States District Court of the Central District of California.

3. Mr. Rodriguez's California Bar number is 262437. A Certificate of Good Standing from the United States District Court for the Northern District of California is attached hereto as Exhibit A.

4. Mr. Rodriguez has not abused the privilege of special admission by maintaining a regular law practice in Florida.

5. Mr. Rodriguez has not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

6. Mr. Rodriguez will comply with the federal rules and this Court's local rules.

7. Mr. Rodriguez is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. Mr. Rodriguez has paid the fee for special admission or will pay the fee upon special admission and will register with the Court's CM/ECF system.

9. Mr. Rodriguez affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully

discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Sean Phillips Rodriguez*
Sean Phillips Rodriguez

## Local Rule 3.01(g) Certification

Plaintiff's counsel has conferred with counsel for Defendants and represent that Defendants do not oppose Mr. Rodriguez's special admission.

**WHEREFORE,** Movant respectfully requests the entry of an order authorizing the *pro hac vice* appearance of Sean Rodriguez as counsel of record in the above-captioned case.

Respectfully submitted,

*/s/ Sean Phillips Rodriguez*
Sean Phillips Rodriguez
**Boies Schiller Flexner LLP**
1401 New York Avenue N.W.
Washington, DC  20005
Telephone: (202) 237-9615
Email: srodriguez@bsfllp.com

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
August 7, 2023                                      Email: ssinger@bsfllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2023, a true and correct copy of the foregoing, including exhibits, was filed with the Court's CM/ECF system, I also certify that a true and correct copy of the foregoing, including exhibits, was furnished by U.S. Mail to the following Defendants, who have not yet appeared:

<u>Fanatics, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics, LLC.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics Collectibles Intermediate Holdco, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics SPV, LLC.</u>
5332 Avion Park Dr.
Tampa, FL 33607

<u>Fanatics Holdings, Inc.</u>
5332 Avion Park Dr.
Tampa, FL 33607

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com