# Exhibit A

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Sean Phillips Rodriguez

Bar Number 262437

was duly admitted to practice in this Court on February 24, 2010, and is in good standing as a member of the bar of this Court.



Signed on August 4, 2023 by

Mark B. Busby