**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PANINI AMERICA, INC.,

    Plaintiff,

v.                                        Case No.: 8:23-cv-01721-KKM-AEP

FANATICS, INC.,
FANATICS, LLC,
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.,
FANATICS SPV, LLC, and
FANATICS HOLDINGS, INC.,

    Defendants.

_____/

**NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to Local Rule 2.02(a), Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics, SPV, LLC, and Fanatics Holdings, Inc., designate William J. Schifino, Jr., Esq., as lead counsel for this action.

Date: August 14, 2023.

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
John A. Schifino, Esq.
Florida Bar Number 72321
Justin P. Bennett, Esq.
Florida Bar Number 112833
Gregory L. Pierson, Esq.
Florida Bar Number 123905
Audrey A. Gangloff, Esq.
Florida Bar Number 1021343
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Primary email: agangloff@gunster.com
Secondary email: cwarder@gunster.com
Secondary email: asnaggs@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
Primary email: mtanner@gunster.com

***Attorneys for Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics, SPV, LLC, and Fanatics Holdings, Inc.***

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        _/s/ *William J. Schifino*
                                        Attorney