UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-CV-1721-KKM-AEP |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*
BY OUT-OF-STATE COUNSEL AMANDA P. REEVES**

1. Amanda P. Reeves, Esquire, moves for special admission to represent Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively "Defendants") in this action.

2. I am neither a Florida resident nor a member in good standing of The Florida Bar. I reside in the Commonwealth of Virginia and my business address is:

    Latham & Watkins LLP
    555 Eleventh Street NW, Suite 1000
    Washington, D.C. 20004
    Email: amanda.reeves@lw.com
    Tel: (202) 637-2200

3. I graduated from the University of Virginia with my undergraduate degree in 1999 and from the University of Virginia School of Law in 2002.

4. I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Virginia, and the U.S. District Court for the Western District of Michigan.

5. I am also a member in good standing of the Bar of the District of Columbia and the Bar of the Commonwealth of Virginia.

6. I am not currently suspended by any court and have not been disbarred by any court. There are no pending grievances or criminal matters against me.

7. I have not abused the privilege of special admission by maintaining a regular practice of law in Florida. In the last 36 months, I have not initially appeared in any case in the state or federal courts in Florida.

8. I will comply with the federal rules and this Court's local rules.

9. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

10. I have paid the fee for special admission or will pay the fee upon special admission.

11. I will register with the Court's CM/ECF system pursuant to Rule

2.01(b)(1)(G).

    12.    I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, the undersigned moves this Court for entry of an Order permitting Amanda P. Reeves, Esq. of Latham & Watkins LLP to be admitted to practice before the U.S. District Court for the Middle District of Florida for the purpose of representing Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. in this action, and such other and further relief as is just and proper.

Dated: August 14, 2023        By:  */s/ Amanda P. Reeves*
                                              Amanda P. Reeves
                                              LATHAM & WATKINS LLP
                                              555 Eleventh Street NW, Suite 1000
                                              Washington, D.C. 20004
                                              Email:  amanda.reeves@lw.com
                                              Tel:  (202) 637-2200

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel, Stuart H. Singer of Boies Schiller Flexner LLP, on August 14, 2023, who advised that Plaintiff does not oppose the relief requested in this motion.

Respectfully submitted on August 14, 2023.

                                         */s/ Amanda P. Reeves*
                                         Amanda P. Reeves
                                         LATHAM & WATKINS LLP
                                         555 Eleventh Street NW, Suite 1000
                                         Washington, D.C. 20004
                                         Email:  amanda.reeves@lw.com
                                         Tel:  (202) 637-2200

## CERTIFICATION OF SERVICE

    I certify that on August 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.
