# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants*. | Case No. 8:23-CV-1721-KKM-AEP |

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* BY OUT-OF-STATE COUNSEL LAWRENCE E. BUTERMAN

1. Lawrence E. Buterman, Esquire, moves for special admission to represent Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC and Fanatics Holdings, Inc. (collectively "Defendants") in this action.

2. I am neither a Florida resident nor a member in good standing of The Florida Bar. I reside in the State of New York and my business address is:

> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Email: lawrence.buterman@lw.com
> Tel: (212) 906-1200

3. I graduated from Johns Hopkins University with my undergraduate degree in 1997 and from Columbia University School of Law in 2000.

4. I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Eastern District of New York, and the U.S. District Court for the Southern District of New York.

5. I am also a member in good standing of the Bars of the State of New York and the District of Columbia.

6. I am not currently suspended by any court and have not been disbarred by any court. There are no pending grievances or criminal matters against me.

7. I have not abused the privilege of special admission by maintaining a regular practice of law in Florida. In the last 36 months I have initially appeared in these cases in Florida:

- *In re: January 2021 Short Squeeze Trading Litigation*, S.D. Fla., 1:21-md-02989

- *Cheng et al., v. Ally Financial Inc. et al.*, S.D. Fla., 1:21-cv-21318

- *Dechirico et al. v. Ally Financial Inc. et al.*, S.D. Fla., 1:21-cv-21451

8. I will comply with the federal rules and this Court's local rules.

9. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so

multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

10. I have paid the fee for special admission or will pay the fee upon special admission.

11. I will register with the Court's CM/ECF system pursuant to Rule 2.01(b)(1)(G).

12. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, the undersigned moves this Court for entry of an Order permitting Lawrence E. Buterman, Esq. of Latham & Watkins LLP to be admitted to practice before the U.S. District Court for the Middle District of Florida for the purpose of representing Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC and Fanatics Holdings, Inc. in this action, and such other and further relief as is just and proper.

Dated: August 14, 2023

By:  */s/ Lawrence E. Buterman*
    Lawrence E. Buterman
    LATHAM & WATKINS LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Email: lawrence.buterman@lw.com
    Tel: (212) 906-1200

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel, Stuart H. Singer of Boies Schiller Flexner LLP, on August 14, 2023, who advised that Plaintiff does not oppose the relief requested in this motion.

Respectfully submitted on August 14, 2023.

    */s/ Lawrence E. Buterman*
    Lawrence E. Buterman
    LATHAM & WATKINS LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Email: lawrence.buterman@lw.com
    Tel: (212) 906-1200

## CERTIFICATION OF SERVICE

I certify that on August 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.
