# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-CV-1721-KKM-AEP |

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__   IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

<u>*Fanatics Collectibles Topco, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-MKV (S.D.N.Y.), in which Fanatics Collectibles Topco, Inc., sues Panini S.p.A. for unfair competition, tortious interference with business relations, and breach of the obligation to negotiate in good faith.</u>

<u>*Panini America, Inc. v. Eli Nicholas Matijevich, Jr., et al.*, Case No. DC-23-04798 (Tex. Dist. Ct., Dallas Cnty), in which Panini America, Inc., brings a purported cause of action against alleged former employees for breach of contract and brings purported causes of action under the Texas Uniform Trade Secrets Act and for breach of fiduciary duty and knowing participation in breach of fiduciary duty against alleged former employees and Fanatics SPV, LLC.</u>

_____   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: August 14, 2023

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Lead Counsel
John A. Schifino, Esq.
Florida Bar Number 72321
Justin P. Bennett, Esq.
Florida Bar Number 112833
Gregory L. Pierson, Esq.
Florida Bar Number 123905
Audrey A. Gangloff, Esq.
Florida Bar Number 1021343
**GUNSTER, YOAKLEY & STEWART, P.A.**

401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Primary email: agangloff@gunster.com
Secondary email: cwarder@gunster.com
Secondary email: asnaggs@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
Primary email: mtanner@gunster.com

Lawrence E. Buterman (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Michael B. Carlinsky (*pro hac vice* forthcoming)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Derek L. Shaffer (*pro hac vice* forthcoming)
Christopher G. Michel (*pro hac vice* forthcoming)
**QUINN EMANUEL**
1300 I Street NW, 9th Floor
Washington, DC 20005
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
(202) 538-8000

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr.