# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-CV-1721 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested person order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    *Plaintiff:*

    Panini America, Inc.

    *Counsel for Plaintiff:*

    Boies Schiller Flexner LLP
    David Boies, Esq.

   Sean Phillips Rodriquez, Esq.
   Stuart H. Singer, Esq.
   Sabria A. McElroy, Esq.
   Jason Hilborn, Esq.
   James P. Denvir, Esq.
   Richard A. Feinstein, Esq.

*Defendants:*

   Fanatics, Inc. is a named Defendant, but no longer exists as a legal entity
   Fanatics, LLC
   Fanatics Collectibles Intermediate Holdco, Inc.
   Fanatics SPV, LLC
   Fanatics Holdings, Inc.

*Counsel for Defendants:*

   Latham & Watkins, LLP
   Lawrence E. Buterman, Esq.
   Amanda P. Reeves, Esq.
   Christopher S. Yates, Esq.

   Quinn Emanuel Urquhart & Sullivan, LLP
   Michael B. Carlinsky, Esq.
   Derek L. Shaffer, Esq.
   Christopher G. Michel, Esq.

   Gunster, Yoakley & Stewart, P.A.
   William J. Schifino, Jr., Esq.
   John A. Schifino, Esq.
   Michael G. Tanner, Esq.
   Justin P. Bennett, Esq.
   Gregory L. Pierson, Esq.
   Audrey A. Gangloff, Esq.

2. The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

   Allegedly, Panini America, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: August 14, 2023                Respectfully submitted,

                                      */s/ William J. Schifino, Jr.*
                                      William J. Schifino, Jr., Esq.
                                      Florida Bar Number 564338
                                      John A. Schifino, Esq.
                                      Florida Bar Number 72321
                                      Justin P. Bennett, Esq.
                                      Florida Bar Number 112833
                                      Gregory L. Pierson, Esq.
                                      Florida Bar Number 123905
                                      Audrey A. Gangloff, Esq.
                                      Florida Bar Number 1021343
                                      **GUNSTER, YOAKLEY & STEWART, P.A.**
                                      401 E. Jackson Street, Suite 1500
                                      Tampa, Florida 33602
                                      Telephone: (813) 228-9080
                                      Facsimile: (813) 228-6739
                                      Primary email: wschifino@gunster.com
                                      Primary email: jschifino@gunster.com

Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Primary email: agangloff@gunster.com
Secondary email: cwarder@gunster.com
Secondary email: asnaggs@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
Primary email: mtanner@gunster.com

Lawrence E. Buterman (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Michael B. Carlinsky (*pro hac vice* forthcoming)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Derek L. Shaffer (*pro hac vice* forthcoming)
Christopher G. Michel (*pro hac vice* forthcoming)
**QUINN EMANUEL**
1300 I Street NW, 9th Floor
Washington, DC 20005
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
(202) 538-8000

***Counsel for Defendant Fanatics, LLC***

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.