# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | No. 8:23-CV-1721-KKM-AEP |

## DECLARATION OF LAWRENCE E. BUTERMAN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I, LAWRENCE E. BUTERMAN, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants in the above-captioned matter. I am an attorney in good standing in the State of New York and the District of Columbia, and, concurrent with this Declaration, I am submitting a motion for admission *pro hac vice* to practice before this Court. I make this Declaration in support of Defendants' Motion to Transfer to the U.S. District Court for the Southern District of New York. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2. Attached as **Exhibit 1** is a true and correct copy of the July 13, 2023 article titled "*Panini America Signs Quinn Ewers to Exclusive Autograph Trading Card Agreement*," by Gena Terranova, published on Panini America's official blog, available at https://blog.paniniamerica.net/panini-america-signs-quinn-ewers-to-exclusive-autograph-trading-card-agreement/.

3. Attached as **Exhibit 2** is a true and correct copy of the landing page of Panini America's official TikTok account, available at https://www.tiktok.com/@officialpaniniamerica (last accessed August 3, 2023).

4. Attached as **Exhibit 3** is a true and correct copy of the landing page of Panini America's official Instagram account, available at https://www.instagram.com/paniniamerica/ (last accessed August 3, 2023).

5.     Attached as **Exhibit 4** is a true and correct copy of the September 16, 2011 article titled "*Panini Reaches Its Goal Faster Than Expected*," by Chris Olds, published on Beckett.com, available at https://www.beckett.com/news/panini-reaches-its-goal-faster-than-expected-with-mlbpa-license/.

6.     Attached as **Exhibit 5** is a true and correct copy of the July 31, 2014 article titled "*Breaking: NFL Players Inc., Panini America Announce Exclusive Long-Term Agreement*," by Tracy Hackler, published on Panini America's official blog, available at https://blog.paniniamerica.net/breaking-nfl-players-inc-panini-america-announce-exclusive-long-term-agreement/.

7.     Attached as **Exhibit 6** is a true and correct copy of the Fanatics "Global Footprint" webpage, last visited on August 14, 2023, available at https://www.fanaticsinc.com/global-footprint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 14, 2023                Respectfully submitted,

*Lawrence E. Buterman*
Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Defendants*

2