# Exhibit 1

## SUBSCRIBE

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email*

Subscribe

## FILTER BY

Select Month

Category

## PANINI SOCIAL



## RECENT POSTS

Impeccable Soccer Rocks with Heavy Metal

Rapinoe, USWNT Aim for the Top Down Under

WWE Select Packs Plenty of Superstar Power Into This Release

Panini Weekly Redemption Card Updates: Clyde Edwards-Helaire, LaMelo Ball

PANINI AMERICA SIGNS QUINN EWERS TO EXCLUSIVE AUTOGRAPH TRADING CARD AGREEMENT

Tour Greek Mythology With

---

July 13, 2023 by Gena Terranova

PANINI AMERICA SIGNS QUINN EWERS TO EXCLUSIVE AUTOGRAPH TRADING CARD AGREEMENT

*University of Texas Quarterback Is the Latest College Athlete to Join the Panini Roster*

**Irving, TX – July 13, 2023** – Panini America, the world's largest sports and entertainment collectibles company, has announced an exclusive partnership with Quinn Ewers, one of the nations's top collegiate quarterbacks.

Panini's partnership with Ewers includes exclusive autographed trading cards, and the projected Heisman Trophy candidate will be featured in Panini's Collegiate and NIL products this fall, as well as select Panini marketing acitvations.



Ewers joins the likes of Luka Doncic, recent NBA Draft Picks Amen and Ausar Thompson, Charles Barkley, David Beckham, Christian Pulisic, and Kylian Mbappe, among others, as Panini exclusive athletes.

"We are proud to welcome Quinn to the Panini family," said Jason Howarth, Senior Vice President of Marketing and Athlete Relations for Panini America. "Quinn had a strong start to his collegiate career and is poised to have a breakout season in 2023. We look forward to watching him perform this fall and offering his exclusive Panini autographed cards to fans."

"Growing up you always dreamt of having your own Panini trading card, so to partner with a brand like Panini is really special.," said Quinn Ewers, University of Texas Quarterback. "I look forward to working with Panini to ensure that UT fans can collect my cards."

A native of Southlake, Texas, Ewers is entering his second season with the Longhorns, who are the preseason favorites in the Big 12 Conference. Ewers set or tied multiple University of Texas freshman passing records during the 2022 campaign.

**About Panini America**

-

Panini America is a subsidiary of The Panini Group, established over 60 years ago in Modena, Italy with subsidiaries throughout Europe, Latin America and the United States.  Panini is the world leader in officially licensed collectibles and is the most significant publisher of collectibles in the U.S., with official licenses for NFL, NFLPA, NBA, NBPA, NASCAR, FIFA, UFC, WWE, College, Disney and other key properties from many other licensors. Panini is also the exclusive trading card and sticker partner of the Pro Football Hall of Fame, Naismith Memorial Basketball Hall of Fame, Elite 11 and Pop Warner Little Scholars, Inc.

Panini has distribution channels in more than 150 countries and employs a staff of over 1,200. For more information visit us at www.paniniamerica.net, www.paninigroup.com or http://blog.paniniamerica.net/. You can also follow Panini America on social media platforms Facebook, Twitter, YouTube and Instagram.

# # #

CONTACTS:

Holden Hill, Taylor Strategy

hhill@taylorstrategy.com

Share

---

**CONTACTS:**

Holden Hill, Taylor Strategy

hhill@taylorstrategy.com

Share

COLLEGE FOOTBALL, COLLEGE FOOTBALL, COLLEGE TRADING CARDS, PANINI FAMILY, SPORTS BUSINESS, SPORTS CARDS

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

☐ Save my name, email, and website in this browser for the next time I comment.

**Post Comment**

PREVIOUS
← Tour Greek Mythology With Panini's Mosaic Draft Picks

NEXT
Panini Weekly Redemption Card Updates: Clyde Edwards-Helaire, LaMelo Ball →

**OFFICIALLY LICENSED**

    

    

©2023 ALL RIGHTS ARE RESERVED.

Follow us on:    

CAMPAIGNS | GLOSSARY | PANINI GROUP | PRIVACY POLICY | TERMS & CONDITIONS | PANINI CODE OF ETHICS | GENERAL CONFORMITY CERTIFICATES | PANINI EVENTS

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

☐ Save my name, email, and website in this browser for the next time I comment.

**Post Comment**

---

PREVIOUS
← Tour Greek Mythology With Panini's Mosaic Draft Picks

NEXT
Panini Weekly Redemption Card Updates: Clyde Edwards-Helaire, LaMelo Ball →

## OFFICIALLY LICENSED

    

    

©2023 ALL RIGHTS ARE RESERVED.

Follow us on:   

CAMPAIGNS | GLOSSARY | PANINI GROUP | PRIVACY POLICY | TERMS & CONDITIONS | PANINI CODE OF ETHICS | GENERAL CONFORMITY CERTIFICATES | PANINI EVENTS