# Exhibit 2

# TikTok

- For You
- Following
- Explore (New)
- LIVE

Log in to follow creators, like videos, and view comments.

**Log in**

## officialpaniniamerica
OfficialPaniniAmerica

**Follow**

34 Following  18.3K Followers  53.9K Likes

The world's largest sports and entertainment collectibles company.
🔗 PaniniAmerica.net

**Videos** | 🔒 Liked

 ▷ 15.4K — @Cincinnati Bengals …
 ▷ 15.2K — A little Clearly Donrus…
 ▷ 7594 — @ufc 265 Main Event!…
 ▷ 10.8K — The #PaniniAmerica c…
 ▷ 6336 — @49ers QB …

 ▷ 7291 — Current …
 ▷ 15.8K — @angels star Shohei …
 ▷ 5841 — Simply . . . mesmerizin…
 ▷ 5886 — 2021 Score @nfl Foot…
 ▷ 6442 — You ready? Panini Am…

 ▷ 6229 — Welcome to the family…
 ▷ 31.3K — Packout for Panini Am…
 ▷ 20.5K — Hot off the presses! 2…
 ▷ 50.6K — Last year's Prizm …
 ▷ 12.4K — Happy St. Patrick's Da…

 🎨 Create effects
 ▷ 15.5K
 ▷ 7331
 ▷ 9034
 ▷ 10.8K

▷ 9946

About  Newsroom  Contact  Careers
TikTok for Good  Advertise
Developers  Transparency
TikTok Rewards  TikTok Embeds
Help  Safety  Terms  Privacy
Creator Portal
Community Guidelines
© 2023 TikTok

Get app

 9946 Panini America's 2020...
 15.5K @madiprew reacts to ...
 7331 Net Marvels returns th...
 9034 Cereal Thrillers: Crunc...
 10.8K The @slam x Panini c...

 13.6K Panini America ink wo...
 12.4K Even as a rookie, ...
 6473 #SBLV #C...
 5914 @tombrady & the ...
 11.2K A work-of-art card: Th...

 8787 A little ...
 7782 A quick one-box rip of...
 19.3K @cavs star Collin Sext...
 4370 Cam Akers • 131 Rushi...
 8828 A quick rip through on...

 3871 We are proud to welc...
 4420 A little something to h...
 6323 Happy New Year from ...
 4714 Merry Christmas and ...
 5899 In honor of ...

 3782 #throwbackthursday ...
 8874 @memgrizz star ...
 8191 Chasing that Barry Sa...
 13.7K The indelible ink of ...
 9069 #TBT to the summer o...

   

 3871 We are proud to welc…
 4420 A little something to h…
 6323 Happy New Year from …
 4714 Merry Christmas and …
 5899 In honor of …

 3782 #throwbackthursday …
 8874 @memgrizz star …
 8191 Chasing that Barry Sa…
 13.7K The indelible ink of …
 9069 #TBT to the summer o…

 5959 @seahawks WR …
 5695 Prizm Football is COM…
 3784 Happy Thanksgiving fr…
 4831 The incomparable …
 11.1K @atlhawks young star…

 6898 "Mahomes Magic" on …
 11.5K KABOOM!!! …
 29K The sweet ink work of…
 7523 The #Tua Rainbow . . ….
 6387 #PaniniInstant feeling…

 12.2K That time the late, gre…
 267.6K @dkm140 with that P…

Document title: OfficialPaniniAmerica (@officialpaniniamerica) | TikTok
Capture URL: https://www.tiktok.com/@officialpaniniamerica
Capture timestamp (UTC): Thu, 03 Aug 2023 18:51:08 GMT
Page 3 of 3