# Exhibit 3

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**paniniamerica** ✓ Follow Message

**7,853** posts  **332K** followers  **3,989** following

**Panini America**
Product/service
The world's largest sports and entertainment collectibles company (FIFA, NBA, NFL, NFLPA, NASCAR, UFC, WWE, and College).
🔗 www.paniniamerica.net + 1

     

2023 NFL Draft   22RookiePre...   2022 NFL Draft   Rated Rookie   Senior Bowl   Highlights   Player Ink

📰 POSTS    🎬 REELS    👤 TAGGED

  
  
  

More





