# Exhibit 6



About Fanatics    Businesses    Culture    Media Room    Careers

## GLOBAL FOOTPRINT

With more than 80 offices & facilities across the globe, Fanatics is best positioned to service fans & partners anytime, anywhere.



## KEY OFFICE LOCATIONS



### JACKSONVILLE, FL

Fanatics Commerce Headquarters



### NEW YORK, NY

Fanatics Inc Holdings Headquarters, Fanatics Betting & Gaming Headquarters, Fanatics Collectibles Headquarters



### SAN MATEO, CA

West Coast Innovation Center

   

About Fanatics   Businesses   Culture   Media Room   Careers

### TAMPA, FL

Fanatics Brands Headquarters

### MANCHESTER, UK

European Headquarters

### TOKYO, JAPAN

Asia Headquarters

**OFFICIALLY LICENSED EVERYTHING**

     

Fanatics.com   Topps.com   Lids.com   MitchellandNess.com   Sportsbook.Fanatics.com

Contact Us

CA Supply Chains Act/UK Modern Slavery Act            Fanatics Holding, Inc. Privacy Notice            Copyright © 2023 Fanatics Inc. All Rights Reserved
Code of Business Conduct & Ethics