**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-CV-1721 |

**REQUEST FOR ORAL ARGUMENT**

Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics"), pursuant to Local Rule 3.01(h), hereby request oral argument on their Motion to Transfer to the U.S. District Court for the Southern District of New York and Memorandum in Support. Fanatics estimates that a total of 45 minutes will be required for oral argument on the Motion.

Dated:  August 14, 2023

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
John A. Schifino, Esq.
Florida Bar Number 72321
Justin P. Bennett, Esq.
Florida Bar Number 112833
Gregory L. Pierson, Esq.
Florida Bar Number 123905
Audrey A. Gangloff, Esq.
Florida Bar Number 1021343
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
jschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com
agangloff@gunster.com
cwarder@gunster.com
asnaggs@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
mtanner@gunster.com

*Counsel for Defendants*

Respectfully submitted,

Lawrence E. Buterman (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Michael B. Carlinsky (*pro hac vice* forthcoming)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Derek L. Shaffer (*pro hac vice* forthcoming)
Christopher G. Michel (*pro hac vice* forthcoming)
**QUINN EMANUEL**
1300 I Street NW, 9th Floor
Washington, DC 20005
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
(202) 538-8000

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ William J. Schifino, Jr.</u><br>
William J. Schifino, Jr.