# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-CV-1721-KKM-AEP |

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* BY OUT-OF-STATE COUNSEL MICHAEL B. CARLINSKY

1. Michael B. Carlinsky, Esquire, respectfully moves for special admission to represent Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively "Defendants") in this action.

2. I am neither a Florida resident nor a member in good standing of The Florida Bar. I reside in the State of New York and my business address is:

> Quinn Emanuel Urquhart & Sullivan LLP
> 51 Madison Ave, 22nd floor
> New York, NY 10010
> Email: michaelcarlinsky@quinnemanuel.com
> Tel: +1 (212)-849-7150

3. I graduated from Susquehanna University with my undergraduate degree in 1986 and from Hofstra University School of Law in 1989.

4. I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Courts for the Southern District of New York and Eastern District of New York.

5. I am also a member in good standing of the Bar of the State of New York.

6. I am also a member in good standing of a United States Court of Appeal; specifically, the Federal Circuit and the Second Circuit.

7. I am not currently suspended by any court and have not been disbarred by any court. There are no pending grievances or criminal matters against Applicant.

8. I have not abused the privilege of special admission by maintaining a regular practice of law in Florida. In the last 36 months, I have initially appeared in two cases in federal courts in Florida: *Mastec Renewables Puerto Rico LLC v. Mammoth Energy Services, Inc. et al.*, No. 1:20-cv-20263-RNS (S.D. Fla., filed January 21, 2021); and *TradeInvest Asset Management Company (BVI) Ltd. et al. v. Wrigley Jr. et al.*, No. 9:22-cv-80360-AMC (S.D. Fla., filed March 8, 2022). In the last 36 months, I have not initially appeared in any case in state court in Florida.

9. I will comply with the federal rules and this Court's local rules.

10. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred

because of such conduct.

11. I have paid the fee for special admission or will pay the fee upon special admission.

12. I will register with the Court's CM/ECF system pursuant to Rule 2.01(b)(1)(G).

13. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, the undersigned respectfully moves this Court for entry of an Order permitting Michael B. Carlinsky, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP to be admitted to practice before the U.S. District Court for the Middle District of Florida for the purpose of representing Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. in this action, and such other and further relief as is just and proper.

Dated: August 17, 2023        By:  /s/ *Michael B. Carlinsky*
                                   Michael B. Carlinsky
                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN LLP
                                   51 Madison Ave, 22nd floor
                                   New York, NY 10010
                                   Email:michaelcarlinsky@quinnemanuel.com
                                   Tel:  +1 (212)-849-7150

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel, Stuart H. Singer of Boies Schiller Flexner LLP, on August 15, 2023, who advised that Plaintiff does not oppose the relief requested in this motion.

Respectfully submitted on August 17, 2023.

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Email: michaelcarlinsky@quinnemanuel.com
Tel:  +1 (212)-849-7150

## CERTIFICATION OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.
