UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Panini America, Inc.

    *Plaintiff,*

v.                                      **Case No. 8:23-cv-01721**

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles
Intermediate Holdco, Inc.;
Fanatics SPV, LLC; and
Fanatics Holdings, Inc.

    *Defendants.*

---

### Certificate of Interested Persons and Corporate Disclosure Statement

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- Allen, D. Matthew

- Barney, Sarah

- Bennett, Justin P.

1

- Boies Schiller Flexner LLP
- Boies, David
- Buterman, Lawrence E.
- Carlinsky, Michael B.
- Carlton Fields, P.A.
- Clabby, John E.
- Denvir, James
- Feinstein, Richard
- Gangloff, Audrey A.
- Gunster, Yoakley & Stewart, P.A.
- Hilborn, Jason
- Latham & Watkins LLP
- McElroy, Sabria
- Michel, Christopher G.
- Panini S.p.A. d/b/a Panini Group
- Pierson, Gregory L.
- Quinn Emanuel Urquhart & Sullivan, LLP
- Reeves, Amanda P.
- Rodriguez, Sean
- Sasso, Gary L.
- Schifino, John A.

- Schifino, William J.
- Shaffer, Derek L.
- Shapiro, Paul
- Singer, Stuart
- Tanner, Michael G.
- Yates, Christopher S.

2.) The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

Panini America, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

/s/ Stuart H. Singer

| | |
|---|---|
| David Boies* | Stuart H. Singer (FBN 377325) |
| *Lead Counsel | Sabria A. McElroy (FBN 95657) |
| (admitted pro hac vice) | Jason Hilborn (FBN 1008829) |
| Boies Schiller Flexner LLP | Boies Schiller Flexner LLP |
| 333 Main Street | 401 East Las Olas Blvd. |
| Armonk, NY 10504 | Suite 1200 |
| (914) 749-8200 | Fort Lauderdale, FL 33301 |
| (914) 749-8300 (fax) | (954) 356-0011 |
| dboies@bsfllp.com | (954) 356-0022 (fax) |
| | ssinger@bsfllp.com |
| | smcelroy@bsfllp.com |
| Sean Phillips Rodriguez | jhilborn@bsfllp.com |
| (admitted pro hac vice) | |
| Boies Schiller Flexner LLP | James P. Denvir |
| 44 Montgomery Street | (admitted pro hac vice) |
| 41st Floor | Richard A. Feinstein |
| San Francisco, CA 94104 | (admitted pro hac vice) |
| (415) 293-6800 | Boies Schiller Flexner LLP |
| (415) 293-6899 (fax) | 1401 New York Ave, NW |
| srodriguez@bsfllp.com | Washington, DC 20005 |
| | (202) 237-2727 |
| | (202) 237-6131 (fax) |
| | jdenvir@bsfllp.com |
| | rfeinstein@bsfllp.com |

*Counsel for Panini America, Inc.*

August 17, 2023

4

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>  */s/ Stuart H. Singer*
>  Stuart H. Singer
>  **Boies Schiller Flexner LLP**
>  401 East Las Olas Boulevard
>  Suite 1200
>  Fort Lauderdale, FL 33301
>  Telephone: (954) 356-0011
>  Email: ssinger@bsfllp.com