# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Panini America, Inc.<br><br>*Plaintiff,*<br><br>v.<br><br>Fanatics, Inc.;<br>Fanatics, LLC;<br>Fanatics Collectibles<br>Intermediate Holdco, Inc.;<br>Fanatics SPV, LLC;<br>and Fanatics Holdings, Inc.<br><br>*Defendants.* | **Case No. 8:23-CV-1721** |

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

(1) *Fanatics Collectibles Topco, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-MKV (S.D.N.Y.); (2) *Panini America, Inc. v. Eli Nicholas Matijevich, Jr., et al.*, Case No. DC-23-04798 (Tex. Dist. Ct., Dallas Cnty).

1

_____       IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: August 17, 2023                                    Respectfully submitted,

/s/ Stuart H. Singer

David Boies*                                        Stuart H. Singer (FBN 377325)
 *Lead Counsel*                                     Sabria A. McElroy (FBN 95657)
(*admitted pro hac vice*)                           Jason Hilborn (FBN 1008829)
Boies Schiller Flexner LLP                          Boies Schiller Flexner LLP
333 Main Street                                     401 East Las Olas Blvd.
Armonk, NY 10504                                    Suite 1200
(914) 749-8200                                      Fort Lauderdale, FL  33301
(914) 749-8300 (fax)                                (954) 356-0011
dboies@bsfllp.com                                   (954) 356-0022 (fax)
                                                    ssinger@bsfllp.com
Sean Phillips Rodriguez                             smcelroy@bsfllp.com
(*admitted pro hac vice*)                           jhilborn@bsfllp.com
Boies Schiller Flexner LLP
44 Montgomery Street                                James P. Denvir
41st Floor                                          (*admitted pro hac vice*)
San Francisco, CA 94104                             Richard A. Feinstein
(415) 293-6800                                      (*admitted pro hac vice*)
(415) 293-6899 (fax)                                Boies Schiller Flexner LLP
srodriguez@bsfllp.com                               1401 New York Ave, NW

Washington, DC 20005
(202) 237-2727
(202) 237-6131 (fax)
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com
