UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-cv-1721-KKM-AEP |

**NOTICE OF COMPLIANCE WITH ENDORSED ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE* (ECF NO. 28)**

1. On August 15, 2023, the Court entered an endorsed order (ECF No. 28) granting the Unopposed Motion for Admission *Pro Hac Vice* By Out-of-State Counsel Christopher S. Yates (ECF No. 15), the Unopposed Motion for Admission *Pro Hac Vice* By Out-of-State Counsel Amanda P. Reeves (ECF No. 16), and the Unopposed Motion for Admission *Pro Hac Vice* By Out-of-State Counsel Lawrence E. Buterman (ECF No. 17).

2. The Court directed counsel to comply with the fee and electronic filing requirements and to file a notice of compliance with those requirements within twenty-one days from the date of the Endorsed Order (ECF No. 28).

3. In accordance with that direction, Christopher S. Yates, Esq., Amanda P. Reeves, Esq., and Lawrence E. Buterman, Esq., give notice of compliance with the fee and electronic filing requirements.

Dated: August 17, 2023

Respectfully submitted,

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
**GUNSTER, YOAKLEY
& STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
cwarder@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY
& STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
mtanner@gunster.com

Lawrence E. Buterman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Michael B. Carlinsky (*pro hac vice* pending)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Derek L. Shaffer (*pro hac vice* pending)
Christopher G. Michel (*pro hac vice*

>pending)
>**QUINN EMANUEL**
>1300 I Street NW, 9th Floor
>Washington, DC 20005
>derekshaffer@quinnemanuel.com
>christophermichel@quinnemanuel.com
>(202) 538-8000
>
>*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ William J. Schifino, Jr.*
>William J. Schifino, Jr.

3