# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Panini America, Inc.

     *Plaintiff,*

v.

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles
Intermediate Holdco, Inc.;
Fanatics SPV, LLC;
and Fanatics Holdings, Inc.

     *Defendants.*

**Case No. 8:23-CV-1721**

## NOTICE OF APPEARANCE OF GARY L. SASSO AS CO-COUNSEL FOR PLAINTIFF

Gary L. Sasso of Carlton Fields, P.A., notices his appearance as co-counsel for Plaintiff Panini America, Inc., in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be directed to him.

Dated: August 17, 2023

Respectfully submitted,

*/s/ Gary L. Sasso*
Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)

CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
(813) 223-7000
(813) 229-4133 (fax)
gsasso@carltonfields.com
mallen@carltonfields.com
jclabby@carltonfields.com
sbarney@carltonfields.com

*Co-Counsel for Panini America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Gary L. Sasso*
Gary L. Sasso
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33307
(813) 223-7000
(813) 229-4133 (fax)
gsasso@carltonfields.com

2