UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Panini America, Inc.<br><br>*Plaintiff*,<br><br>v.<br><br>Fanatics, Inc.;<br>Fanatics, LLC;<br>Fanatics Collectibles Intermediate Holdco, Inc.;<br>Fanatics SPV, LLC;<br>and Fanatics Holdings, Inc.<br><br>*Defendants.* | Case No. 8:23-CV-1721 |

## NOTICE OF APPEARANCE OF D. MATTHEW ALLEN AS CO-COUNSEL FOR PLAINTIFF

D. Matthew Allen of Carlton Fields, P.A., notices his appearance as co-counsel for Plaintiff Panini America, Inc., in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be directed to him.

Dated: August 17, 2023

Respectfully submitted,

*/s/ D. Matthew Allen*
Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)

        CARLTON FIELDS, P.A.
        4221 West Boy Scout Boulevard
        Suite 1000
        Tampa, FL 33607
        (813) 223-7000
        (813) 229-4133 (fax)
        gsasso@carltonfields.com
        mallen@carltonfields.com
        jclabby@carltonfields.com
        sbarney@carltonfields.com

*Co-Counsel for Panini America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/D. Matthew Allen*
        D. Matthew Allen
        CARLTON FIELDS, P.A.
        4221 West Boy Scout Boulevard
        Suite 1000
        Tampa, FL 33307
        (813) 223-7000
        (813) 229-4133 (fax)
        mallen@carltonfields.com