# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Panini America, Inc.<br><br>*Plaintiff*,<br><br>v.<br><br>Fanatics, Inc.;<br>Fanatics, LLC;<br>Fanatics Collectibles Intermediate Holdco, Inc.;<br>Fanatics SPV, LLC;<br>and Fanatics Holdings, Inc.<br><br>*Defendants.* | Case No. 8:23-CV-1721 |

## NOTICE OF APPEARANCE OF SARAH J. BARNEY AS CO-COUNSEL FOR PLAINTIFF

Sarah J. Barney of Carlton Fields, P.A., notices her appearance as co-counsel for Plaintiff Panini America, Inc., in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be directed to her.

Dated: August 17, 2023

Respectfully submitted,

*/s/ Sarah J. Barney*
Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)

>CARLTON FIELDS, P.A.
>4221 West Boy Scout Boulevard
>Suite 1000
>Tampa, FL 33607
>(813) 223-7000
>(813) 229-4133 (fax)
>gsasso@carltonfields.com
>mallen@carltonfields.com
>jclabby@carltonfields.com
>sbarney@carltonfields.com
>
>*Co-Counsel for Panini America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/Sarah J. Barney*
>Sarah J. Barney
>CARLTON FIELDS, P.A.
>4221 West Boy Scout Boulevard
>Suite 1000
>Tampa, FL 33307
>(813) 223-7000
>(813) 229-4133 (fax)
>sbarney@carltonfields.com