UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Panini America, Inc.

    *Plaintiff,*

v.   **Case No. 8:23-cv-01721**

Fanatics, Inc.;
Fanatics, LLC;
Fanatics Collectibles Intermediate Holdco, Inc.;
Fanatics SPV, LLC; and
Fanatics Holdings, Inc.

    *Defendants.*

---

## NOTICE OF APPEARANCE

Jesse Panuccio, of the law firm Boies Schiller Flexner LLP, notices his appearance as counsel for Plaintiff Panini America, Inc., in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be directed to him.

August 21, 2023   Respectfully submitted,

 

|  |  |
|---|---|
| David Boies* <br>   *Lead Counsel* <br> (*admitted pro hac vice*) <br> **Boies Schiller Flexner LLP** <br> 333 Main Street <br> Armonk, NY 10504 | /s/ Jesse Panuccio <br> Stuart H. Singer (FBN 377325) <br> Jesse Panuccio (FBN 31401) <br> Sabria A. McElroy (FBN 95657) <br> Jason Hilborn (FBN 1008829) <br> **Boies Schiller Flexner LLP** <br> 401 East Las Olas Blvd. |

1

(914) 749-8200
(914) 749-8300 (fax)
dboies@bsfllp.com

Sean Phillips Rodriguez
(*admitted pro hac vice*)
**Boies Schiller Flexner LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6800
(415) 293-6899 (fax)
srodriguez@bsfllp.com

James P. Denvir
(*admitted pro hac vice*)
Richard A. Feinstein
(*admitted pro hac vice*)
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
(202) 237-6131 (fax)
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

Suite 1200
Fort Lauderdale, FL  33301
(954) 356-0011
(954) 356-0022 (fax)
ssinger@bsfllp.com
jpanuccio@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)
**Carlton Fields, P.A.**
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
(813) 223-7000
(813) 229-4133 (fax)
gsasso@carltonfields.com
mallen@carltonfields.com
jclabby@carltonfields.com
sbarney@carltonfields.com

*Counsel for Panini America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jesse Panuccio*
Jesse Panuccio
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: jpanuccio@bsfllp.com
