UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PANINI AMERICA, INC.

    *Plaintiff,*

v.                                          **Case No. 8:23-cv-01721**

FANATICS, INC.;
FANATICS, LLC;
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.;
FANATICS SPV, LLC; AND
FANATICS HOLDINGS, INC.

    *Defendants.*

---

**NOTICE OF COMPLIANCE WITH ENDORSED ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE (ECF NO. 12)**

On August 10, 2023, the Court entered an endorsed order (ECF No. 12) granting the Unopposed Motions for Admission Pro Hac Vice by Out-of-State Counsel David Boies (ECF No. 8), James Denvir (ECF No. 9), Richard Feinstein (ECF No. 10), and Sean Rodriguez (ECF No. 11). The Court directed counsel to comply with the fee and electronic-filing requirements and to file notice of compliance with those requirements within twenty-one days from the date of the Endorsed Order (ECF No. 12). In accordance with that direction, David Boies, James Denvir, Richard Feinstein, and Sean Rodriguez give notice of compliance with the fee and electronic-filing requirements.

<div style="display: flex;">

<div>

David Boies*
 *Lead Counsel
(admitted pro hac vice)
**Boies Schiller Flexner LLP**
333 Main Street
Armonk, NY 10504
(914) 749-8200
(914) 749-8300 (fax)
dboies@bsfllp.com

Sean Phillips Rodriguez
(admitted pro hac vice)
**Boies Schiller Flexner LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6800
(415) 293-6899 (fax)
srodriguez@bsfllp.com

James P. Denvir
(admitted pro hac vice)
Richard A. Feinstein
(admitted pro hac vice)
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
(202) 237-6131 (fax)
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

August 24, 2023

</div>

<div>

Respectfully submitted,

/s/ Stuart H. Singer

Stuart H. Singer (FBN 377325)
Jesse Panuccio (FBN 31401)
Sabria A. McElroy (FBN 95657)
Jason Hilborn (FBN 1008829)
**Boies Schiller Flexner LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
(954) 356-0022 (fax)
ssinger@bsfllp.com
jpanuccio@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)
**Carlton Fields, P.A.**
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
(813) 223-7000
(813) 229-4133 (fax)
gsasso@carltonfields.com
mallen@carltonfields.com
jclabby@carltonfields.com
sbarney@carltonfields.com

*Counsel for Panini America, Inc.*

</div>

</div>

## CERTIFICATE OF SERVICE

I certify that on August 24, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com