UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>       *Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>       *Defendants.* | Case No. 8:23-cv-1721-KKM-AEP |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSIONS OF THE AUGUST 28, 2023 AND AUGUST 31, 2023 DEADLINES TO RESPOND TO THE COMPLAINT**

Defendants Fanatics, Inc., Fanatics LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Defendants"), by undersigned counsel, hereby move, without opposition, for extensions of the August 28, 2023 and August 31, 2023 deadlines to respond to the Complaint (ECF No. 1) to, and including, September 11, 2023.

  **I. BACKGROUND**

Plaintiff Panini America, Inc. ("Plaintiff"), filed the Complaint for Permanent Injunctive, Declaratory, and Monetary Relief (the "Complaint") on August 3, 2023 (ECF No. 1). Four named Defendants received service of the summons and the

Complaint on August 7, 2023, and one named Defendant received service of the summons and the Complaint on August 10, 2023. As such, the deadline for four named Defendants to respond is August 28, 2023, and the deadline for the remaining named Defendant to respond to the Complaint is August 31, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A).

On August 14, 2023, Defendants moved to stay all deadlines in this action, including the deadline for Defendants to respond to the Complaint, until after the Court's resolution of Defendants' Motion to Transfer to the U.S. District Court for the Southern District of New York (ECF No. 27). Plaintiff responded in opposition to the Motion to Stay on August 21, 2023 (ECF No. 42). On August 24, 2023, the Court denied the Motion to Stay (ECF No. 43).

Because Defendants require more time to prepare a response to the Complaint, they now seek an extension of time to, and including, September 11, 2023—14 days from the August 28, 2023 deadline and 11 days from the August 31, 2023 deadline—for them to respond to the Complaint.

## II.   LEGAL STANDARD

The Federal Rules of Civil Procedure provide that

> [w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

### III.   ARGUMENT

Defendants seek an extension of the deadline to respond to the Complaint before that deadline has lapsed. To that end, good cause exists for the extension because Defendants require additional time to adequately respond to the 56-page Complaint. The Complaint contains over 180 paragraphs. It span seven sections, even when excluding its nine claims against all Defendants. Those claims include: a claim for attempted monopolization under the Sherman Act, 15 U.S.C. § 2; a claim for monopolization under the Sherman Act, 15 U.S.C. § 2; a claim for unreasonable restraint of trade under the Sherman Act, 15 U.S.C. § 1; claims under the Clayton Act, 15 U.S.C. § 18; and state-law claims against Defendants (ECF No. 1). As such, Defendants require more time to prepare a response to the Complaint. Plaintiff does not oppose this requested extension of time.

WHEREFORE, Defendants Fanatics, Inc., Fanatics LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc., respectfully request that this Court enter an order extending the deadline for them to respond to the Complaint to, and including, September 11, 2023.

### LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel and that Plaintiff's counsel does not object to the relief sought herein.

Dated: August 25, 2023

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
cwarder@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
mtanner@gunster.com

Respectfully submitted,

Lawrence E. Buterman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Michael B. Carlinsky (admitted *pro hac vice*)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Derek L. Shaffer (admitted *pro hac vice*)
Christopher G. Michel (admitted *pro hac*

4

*vice*)
**QUINN EMANUEL**
1300 I Street NW, 9th Floor
Washington, DC 20005
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
(202) 538-8000

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I certify that on August 25, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.