# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PANINI AMERICA, INC.

*Plaintiff*,

v.

Case No. 8:23-cv-1721-KKM-AEP

FANATICS, INC., *et al.*

*Defendants.*

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION IN EXCESS OF TWENTY-FIVE PAGES

Defendants, by undersigned counsel, hereby move, without opposition, for leave to file a motion that exceeds the page limit for motions in Local Rule 3.01(a) by not more than ten (10) pages. In support, Defendants state as follows:

1. Plaintiff Panini America, Inc., filed the Complaint for Permanent Injunctive, Declaratory, and Monetary Relief on August 3, 2023 (ECF No. 1).

2. Defendants are in the process of preparing a Rule 12(b) motion in response to the Complaint, which they will timely file by the deadline to respond to the Complaint.

3. Absent leave, a motion may not exceed 25 pages, inclusive of all parts. *See* Local R. M.D. Fla. 3.01(a). "A motion for leave to file a motion of more than twenty-five pages must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed motion; and must not include the proposed motion." *Id.*

4. Defendants seek the Court's leave to file a Rule 12(b) motion not to exceed thirty-five (35) pages, inclusive of all parts. Defendants ask for this extension of the page limit because they need the extra pages to adequately address the 56-page Complaint, which contains over 180 paragraphs and nine claims against all Defendants, many of which sound in antitrust. Plaintiff does not oppose this request.

WHEREFORE, Defendants respectfully request that this Court enter an order that grants them leave to file a Rule 12(b) motion not to exceed thirty-five (35) pages, inclusive of all parts.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel and that Plaintiff's counsel does not object to the relief sought herein.

Dated: August 25, 2023

Respectfully submitted,

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
cwarder@gunster.com

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
1 Independent Drive, Suite 2300

Lawrence E. Buterman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**

Jacksonville, Florida 32202
Telephone: (866) 915-7185
Facsimile: (904) 354-2170
mtanner@gunster.com

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Michael B. Carlinsky (admitted *pro hac vice*)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Derek L. Shaffer (admitted *pro hac vice*)
Christopher G. Michel (admitted *pro hac vice*)
**QUINN EMANUEL**
1300 I Street NW, 9th Floor
Washington, DC 20005
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
(202) 538-8000

*Counsel for Defendants*

### CERTIFICATION OF SERVICE

I certify that on August 25, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                    */s/ William J. Schifino, Jr.*
                                                    William J. Schifino, Jr.