# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PANINI AMERICA, INC.

    *Plaintiff,*

v.                                                                          **Case No. 8:23-cv-01721**

FANATICS, INC.;
FANATICS, LLC;
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.;
FANATICS SPV, LLC; AND
FANATICS HOLDINGS, INC.

    *Defendants.*

---

## NOTICE OF FILING PROOF OF SERVICE

    Plaintiff, Panini America, Inc., by and through the undersigned counsel, hereby files the enclosed Returns of Service on all Defendants.

    Dated this 25th day of August 2023.

                                                        Respectfully submitted,

                                                        */s/ Stuart H. Singer*

| | |
|---|---|
| David Boies* | Stuart H. Singer (FBN 377325) |
|   *Lead Counsel | Jesse Panuccio (FBN 31401) |
| (*admitted pro hac vice*) | Sabria A. McElroy (FBN 95657) |
| **Boies Schiller Flexner LLP** | Jason Hilborn (FBN 1008829) |
| 333 Main Street | **Boies Schiller Flexner LLP** |
| Armonk, NY 10504 | 401 East Las Olas Blvd. |
| (914) 749-8200 | Suite 1200 |

1

(914) 749-8300 (fax)
dboies@bsfllp.com

Sean Phillips Rodriguez
(*admitted pro hac vice*)
**Boies Schiller Flexner LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6800
(415) 293-6899 (fax)
srodriguez@bsfllp.com

James P. Denvir
(*admitted pro hac vice*)
Richard A. Feinstein
(*admitted pro hac vice*)
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
(202) 237-6131 (fax)
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

Fort Lauderdale, FL  33301
(954) 356-0011
(954) 356-0022 (fax)
ssinger@bsfllp.com
jpanuccio@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)
**Carlton Fields, P.A.**
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
(813) 223-7000
(813) 229-4133 (fax)
gsasso@carltonfields.com
mallen@carltonfields.com
jclabby@carltonfields.com
sbarney@carltonfields.com

*Counsel for Panini America, Inc.*

August 25, 2023

## CERTIFICATE OF SERVICE

I certify that on August 25, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stuart H. Singer*
Stuart H. Singer
**Boies Schiller Flexner LLP**
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: ssinger@bsfllp.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
PANINI AMERICA, INC.                             Civil Action No.: 8:23-cv-1721-KKM-AEP

                Plaintiff,

-against-                                                                    **AFFIDAVIT OF ATTEMPTED SERVICE**

FANATICS, INC.; et al.

                Defendants.
-----------------------------------------------------------------x

STATE OF FLORIDA     )
                              ) s.s.:
COUNTY OF HILLSBOROUGH  )

      I, Angel Allison, being duly sworn, depose and state that I am not a party in this action and am over the age of eighteen years. I reside in the state of Florida.

      I was asked to effectuate personal service of a Summons in a Civil Action and Complaint for Permanent Injunctive, Declaratory, and Monetary Relief upon defendants **Fanatics, Inc.; Fanatics, LLC; Fanatics Collectibles Intermediate Holdco, Inc.; Fanatics SPV, LLC; and Fanatics Holdings, Inc**. at the given address of: 5332 Avion Park Dr., Tampa, FL 33607 in the above captioned matter.

      On August 7, 2023 at 1:26 pm, I attempted service at 5332 Avion Park Dr., Tampa, FL 33607. Fanatics is on the 6th floor and has restricted access. You cannot access that floor without a key card. I called the telephone number 813-969-6153 listed on the notice by the elevators several times and no one answered. I was unable to leave a voicemail. It just stated no one is available and hangs up. I waited and asked other people coming and going if they could get me up to the 6th floor. They were not able to get up to the 6th floor either. Attached as Exhibit A are photos of the note by the elevators, the name "Fanatics" next to the elevator button for floor 6, and signage for Fanatics outside the building.

      After due diligence, I was unable to personally serve the above-named documents upon Fanatics, Inc.; Fanatics, LLC; Fanatics Collectibles Intermediate Holdco, Inc.; Fanatics SPV, LLC; and Fanatics Holdings, Inc. at the given address.

                                                                       _____
                                                                       Angel Allison
Subscribed and Sworn to before me              License No. 21-723547
by means of physical presence this
__15__ day of August, 2023 by the
affiant who is personally known to me.

_____
NOTARY PUBLIC

ANTHONY HAWTHORNE
Notary Public - State of Florida
Commission # HH 005664
My Comm. Expires Jun 1, 2024
Bonded through National Notary Assn.

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff: **PANINI AMERICA, INC.**
vs.
Defendant: **FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 7th day of August, 2023 at 1:00 pm to be served on **FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., 5332 AVION PARK DR, TAMPA, FL 33607**.

I, ERIC L. LARSON, do hereby affirm that on the **7th day of August, 2023** at **1:50 pm, I:**

served a CORPORATION, REGISTERED AGENT by delivering a true copy of the SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF with the date and hour of service endorsed thereon by me, to: CORPORATION SERVICE COMPANY as REGISTERED AGENT at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301 on behalf of FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC. , and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
DANIELLE NELLOMS, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR RA, BF 25 YRS 5'2 130 LBS BLACK HAIR NO GLASSES
SERVED AT : CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS ST, TALLAHASSEE, FL 32301

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023029224
Ref: 28224

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff: **PANINI AMERICA, INC.**
vs.
Defendant: **FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 7th day of August, 2023 at 1:00 pm to be served on **FANATICS HOLDINGS, INC., 5332 AVION PARK DR, TAMPA, FL 33607**.

I, ERIC L. LARSON, do hereby affirm that on the **7th day of August, 2023** at **1:50 pm, I:**

served a CORPORATION, REGISTERED AGENT by delivering a true copy of the SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF with the date and hour of service endorsed thereon by me, to: CORPORATION SERVICE COMPANY as REGISTERED AGENT at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301 on behalf of FANATICS HOLDINGS, INC., and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
DANIELLE NELLOMS, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR RA, BF 25 YRS 5'2 130 LBS BLACK HAIR NO GLASSES
SERVED   AT : CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS ST, TALLAHASSEE, FL 32301

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____

**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023029213
Ref: 29213

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff: **PANINI AMERICA, INC.**
vs.
Defendant: **FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 7th day of August, 2023 at 1:00 pm to be served on **FANATICS, INC., 5332 AVION PARK DR, TAMPA, FL 33607**.

I, ERIC L. LARSON, do hereby affirm that on the **7th day of August, 2023** at **1:50 pm, I:**

served a CORPORATION, REGISTERED AGENT by delivering a true copy of the SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF with the date and hour of service endorsed thereon by me, to: CORPORATION SERVICE COMPANY as REGISTERED AGENT at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301 on behalf of FANATICS, INC. , and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
DANIELLE NELLOMS, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR RA, BF 25 YRS 5'2 130 LBS BLACK HAIR NO GLASSES
SERVED   AT  : CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS ST, TALLAHASSEE, FL 32301

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023029212
Ref: 29212

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff: **PANINI AMERICA, INC.**
vs.
Defendant: **FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 7th day of August, 2023 at 1:00 pm to be served on **FANATICS, LLC, 5332 AVION PARK DR, TAMPA, FL 33607**.

I, ERIC L. LARSON, do hereby affirm that on the **7th day of August, 2023** at **1:50 pm, I:**

served a Limited Liability Company by delivering a CERTIFIED copy of     SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF    with date, hour and initials of process server endorsed thereon by me, to:     CORPORATION SERVICE COMPANY    as    REGISTERED AGENT    for    FANATICS, LLC,    at the address of:    1201 HAYS STREET, TALLAHASSEE, FL 32301   , and informed said person of the contents therein, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
DANIELLE NELLOMS, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR RA, BF 25 YRS 5'2 130 LBS BLACK HAIR NO GLASSES
SERVED    AT  : CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS ST, TALLAHASSEE, FL 32301

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023029215
Ref: 29215

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff: **PANINI AMERICA, INC.**
vs.
Defendant: **FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 7th day of August, 2023 at 1:00 pm to be served on **FANATICS SPV, LLC, 5332 AVION PARK DR, TAMPA, FL 33607**.

I, ERIC L. LARSON, do hereby affirm that on the **7th day of August, 2023** at **1:50 pm, I:**

served a Limited Liability Company by delivering a CERTIFIED copy of SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF with date, hour and initials of process server endorsed thereon by me, to: CORPORATION SERVICE COMPANY as REGISTERED AGENT for FANATICS SPV, LLC, at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
DANIELLE NELLOMS, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR RA, BF 25 YRS 5'2 130 LBS BLACK HAIR NO GLASSES
SERVED AT : CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS ST, TALLAHASSEE, FL 32301

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023029216
Ref: 29216

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

# **RETURN OF SERVICE**

State of Florida        County of MIDDLE        District Court

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff:
**PANINI AMERICA, INC.**

vs.

Defendant:
**FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN & CAPLAN on the 7th day of August, 2023 at 4:47 pm to be served on **FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., 8100 NATIONS WAY, JACKSONVILLE, FL 32256**.

I, Richard Peterson, do hereby affirm that on the **8th day of August, 2023** at **11:28 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF** with the date and hour of service endorsed thereon by me, to: **Kristin Petrick** as **Paralegal** for **FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.**, at the address of: **8100 NATIONS WAY, JACKSONVILLE, FL 32256**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Richard Peterson
#1074

**CAPLAN & CAPLAN**
12505 Orange Drive
Suite 907
Davie, FL 33330
(800) 368-7762

Our Job Serial Number: CPN-2023029332

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2e



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PANINI AMERICA, INC.

CIVIL ACTION NO.: 8:23-CV-1721-KKM-AEP

*Plaintiff*

vs

FANATICS, INC.; ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **08/10/2023** at **12:15 PM** at **251 Little Falls Drive, Wilmington, DE 19808**

deponent served **Summons in a Civil Action and Complaint for Permanent Injunctive Declaratory, and Monetary Relief Demand for a Jury Trial**

on **Fanatics Collectibles Intermediate Holdco, Inc.**, a domestic corporation, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **Lynanne Gares (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
10th day of August, 2023

NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Gilbert Del Valle

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160