# Exhibit 1

EXECS & ENTREPRENEURS | DECEMBER 6, 2022

 Randall Williams

# Fanatics: A Definitive Timeline



*Robin Marchant/Getty Images for Fanatics*

Last Updated: **July 21, 2023**

## With a $31 billion valuation and big moves into trading cards and sports betting, let's take stock of the apparel and memorabilia giant's story so far.

++++++++++

What began as a brick-and-mortar football merchandise establishment right outside Jacksonville, Florida somehow grew into a global behemoth worth billions upon billions.

In barely 25 years, Fanatics has become not only one of the biggest names in sports apparel, but an emerging juggernaut in far-flung spaces like **trading cards**

The company has proven that it's content to move faster than fast. But on the heels of this week's announcement of the company's all-new $350 million fundraise and $18 billion valuation, it's time to take stock of *just how far* this brand has come.

*EDITOR'S NOTE: On Dec. 6, 2022, Fanatics reportedly raised approximately $700 million in new funding, reportedly raising its valuation to $31 billion.*

## SIGN UP FOR OUR NEWSLETTER

Get on our list for weekly sports business, industry trends, interviews, and more.

Enter your email

**Publications:**
- ☑ HEADLINETOGO
- ☑ BOARDROOM TECH TALK
- ☑ INSIDE THE BOARDROOM

SUBSCRIBE

**1995:** Jacksonville-based Fanatics, Inc. debuts as Football Fanatics, a sports apparel and merch shop at the nearby Orange Park Mall.

**Feb. 9, 2011**: *Michael G. Rubin's* GSI Commerce Inc. purchases Fanatics, Inc. The transaction is valued at $277 million, including $171 million of cash and $106 million of GSI common stock, which consists of approximately 4.8 million shares based on the volume-weighted average price on Feb. 8, 2011 of $22.20.

continued, "The combination of Fanatics with our licensed sports merchandise business, which had net revenues of approximately $300 million in 2010, will enable us to better serve our partners and fans, and together the combined company will be a leader in the estimated $15 billion licensed sports merchandise market.



**June 6, 2012**: A little over a year after GSI Commerce's purchase, Fanatics raises $150 million from Andreessen Horowitz and Insight Venture Partners that brings the value of the brand to $1.5 billion.

**June 6, 2013**: Fanatics raises $170 million in funding, bringing the brand's worth to $3.1 billion. Investors included Temasek Holdings and Alibaba Group.

**June 6, 2015**: The NBA inks multiyear partnership with Fanatics to operate the league's flagship store on New York City's Fifth Avenue in time for the holiday season.

"Fanatics is very excited to expand our already incredible partnership with the NBA," said Fanatics Vice President of In-Venue Commerce Brendan

comprehensive shopping experience whether at home, on the go, or when visiting the amazing NBA Store in midtown Manhattan."

**Aug. 26, 2015**: Fanatics sells minority stake to private equity firm Silver Lake for $300 million. The investment, which was broken by Fortune, was all for primary shares which meant previous existing investors kept their stock in the brand.

**Sept. 6 2017**: SoftBank leads a $1 billion investment round assisted by the NFL and NBA. The goal is to use SoftBank's expertise in the Asia-Pacific market to aid Fanatics' global expansion as the brand aimed to grow specifically in the soccer space.

"We've only scratched the surface of the global opportunity," Fanatics CEO Doug Mack said in a statement. "Soccer is the world's No. 1 sport, and then there's cricket. You'll see us extend our rights to international leagues." Brand now valued at $4.5 billion.



**Aug. 13, 2020**: Fanatics raises $350 million from an E funding round which takes the brand valuation to $6.2 billion. The brand is now worth more than every NFL team but the Dallas Cowboys according to Sportico valuations. The round was led by Fidelity and Thrive Capital with Franklin Templeton Investments and Neuberger Berman Group also assisting, according to CNBC.

**Feb. 25, 2021:** Fanatics links with Chinese private equity firm Hillhouse Capital Group to expand its outreach in China. The joint venture between the two companies is a 50-50 split and is based in Shanghai.

"China has been a market we followed for a while," said Zohar Ravid, Fanatics' head of international corporate development when speaking to Reuters. "And we've been meeting with multiple partners in China trying to figure out how we approach it in the best way."

**March 16, 2021**: Joe Montana, Jerry Rice, and Rod Woodson join Fanatics as exclusive memorabilia partners. The three NFL Hall of Famers joined other

Williamson, and Marshawn Lynch.

"This is just the beginning," said Woodson. "We just got into the Hall of Fame portion of the partnership, and, man, I've got a lifetime to build on that."

**March 24, 2021**: Fanatics raises another $320 million from private equity investors such as Neuberger Berman, Thrive Capital, Fidelity Investments, Franklin Templeton, and the MLB. According to CNBC, Fanatics initially said the Series E round would be the last funding round but investors came to them with the proposal.

The brand earns a $12.8 billion valuation, making it worth more than both the Dallas Cowboys and New York Yankees combined.

August 2020: @Fanatics raises $350M at $6.2B valuation

March 2021: Raises $320M at $12.8B valuation

August 2021: Raises $325M at $18B valuation, investors include Jay-Z and @MLB

"We're just getting started."
-@michaelrubin

10:33 AM · Aug 10, 2021

♥ 66    💬 Reply    ↑ Share

Read 1 reply

**Aug. 16, 2021**: Jay-Z and Fanatics partner to apply for a sports betting license in New York in a story first broken by ESPN.

**Aug. 19, 2021**: Fanatics replaces Topps as the MLB's official trading card partner. The deal is set to begin in 2023.

**Sept. 17, 2021**: The Dallas Cowboys and Fanatics agree to a 10-year deal for the sports merchandise company to operate the Cowboys' online store.

**Sept. 29, 2021**: Fanatics raises $350 million in a funding round from Silver Lake, Insight Partners and Endeavor, the owner of the UFC. While Fanatics is now valued at $18 billion, the company's trading card arm currently known as Fanatics Trading Cards is now valued at $10.4 billion.

**Jan. 3, 2022**: Fanatics agrees to buy iconic trading card manufacturer Topps in a deal worth approximately $500 million.

**Feb. 3, 2022**: OneTeam Partners and Fanatics announce an NIL initiative that allows college football players to earn compensation for a new jersey customization licensing program.

**Feb. 18, 2022**: A group including Fanatics, Jay-Z, Meek Mill, Maverick Carter, and Lil Baby reaches an agreement to buy apparel brand Mitchell & Ness for $250 million.

**July 13, 2022**: Nike capitalizes further on the NIL era by partnering with Fanatics to create college team apparel for several of its partner schools.

**Dec. 6, 2022**: After a reported ~$700 million funding round led by Clearlake Capital Group, Fanatics boasts a new company valuation of $31 billion.

# READ MORE:

WATCH

EXECS & ENTREPRENEURS     AUGUST 9, 2023

# David Adelman: From Housing to Hoops

FASHION     JULY 28, 2023

DEALS & INVESTMENTS    JUNE 28, 2023

Fanatics to Acquire PointsBet After DraftKings' Attempt Fails



EXECS & ENTREPRENEURS    JUNE 13, 2023

For David Adelman and the 76ers, Big Arena Dreams Come With Even Bigger Obstacles

SPORTS    JUNE 2, 2023

BETTING & FANTASY      MAY 15, 2023

Fanatics Makes Long-awaited Leap into Sports Betting

NFL       sports business       football       trading cards       fashion       Topps       Michael Rubin

Jay-Z       Mitchell & Ness       Meek Mill

About The Author



RANDALL WILLIAMS

been syndicated in the Boston Globe and Time Magazine. Williams' notable profile features include NFL Executive VP Troy Vincent, Dreamville co-founder Ibrahim Hamad, BMX biker Nigel Sylvester, and both Shedeur and Shilo Sanders. Randall, a graduate of "The Real HU" -- Hampton University — is most proud of scooping Howard University joining Jordan Brand nearly three months before the official announcement.

# FOLLOW US

# STAY ON TOP

Subscribe to our newsletter to get the latest news when it matters most

Enter your email                                                    Subscribe

☑ HEADLINETOGO      ☑ BOARDROOM TECH TALK      ☑ INSIDE THE BOARDROOM

# SPORTS                                              # ENTERTAINMENT

DEALS & INVESTMENTS                                   MUSIC

NIL AND STUDENT ATHLETES                              FILM & TV

BETTING & FANTASY                                     GAMING & ESPORTS

MEDIA                                                 CANNABIS

EXECS + ENTREPRENEURS                                 EMERGING TECH

SNEAKERS

EMERGING TECH

## SHOWS

OUT OF OFFICE

THE ETCS

## INVESTMENTS

## OUR WORK

## BOARDROOM

ABOUT US

CAREERS

TERMS & CONDITIONS

PRIVACY POLICY

All Rights Reserved. 2023.

When you buy products through Boardroom's links, we may earn an affiliate commission.