# Exhibit 2

Please Sign In and use this article's on page print button to print this article.

FOOD & LIFESTYLE

# Fanatics CEO reflects on company's past and future

**IN THIS ARTICLE**

**Alan Trager**
Person

By Christian Conte
Reporter, Jacksonville Business Journal
Jun 21, 2012

Fanatics Inc. has come a long way since its humble beginnings in the mid 1990s when two Jacksonville brothers opened a retail store in an area mall to support the city's new NFL team, the Jacksonville Jaguars.

Alan Trager, one of the founders of the company and the CEO, told me a little bit about where the company started and where's its going.

**Q: What was your motivation in creating the company back in 1995?**

A: My brother Mitch and I had a long history in the retail industry and started brainstorming about new business opportunities to enter into. Being passionate football fans combined with the Jacksonville Jaguars starting their

**UPGRADE TO NATIONWIDE ACCESS**

**Get Industry Insights From 45+ Major Cities**

PLUS ACCESS EVERY STORY FROM EVERY NEWSROOM

UPGRADE MY MEMBERSHIP

inaugural season, we decided to launch a retail store that would give fans of multiple teams like the Jags, Gators and Seminoles a massive assortment to shop their favorite team gear, while providing an environment that was both friendly and fun.

**Q: How did you evolve from a retail sports apparel brick and mortar store to an online store?**

A: In the late 90's, we established much success in growing our brick and mortar store in the Orange Park location and opened a second store at The Avenues mall. Afterward, we chose to stop expanding our brick and mortar presence and focus our expansion efforts solely through the online channel.

**Q: Why do you think the company has grown so fast over the years?**

A: Fanatics has grown so quickly because of our continued focus on providing the greatest customer experience possible. We try our best to fulfill the needs of fans worldwide with the ultimate selection of team merchandise across 700 teams, multiple leagues while instilling customer policies and practices that are industry leading.

**Q: Are you surprised by growth and how different is the company today then you envisioned it would be when you first opened at Orange Park?**

A: Of course we are thrilled at the success we've enjoyed over the past 17 years. Like many, we had no idea that e-commerce would grow the way that it has. While our company is different in that it's much larger, we still strive to achieve excellence and maintain the same core philosophies that we've lived by ever since opening our first store. At the end of the day, it simply comes down to doing right by people.

**Q: Where do you see the company going in the future?**

A: We see tremendous growth opportunities over the coming years. Fanatics is making significant investments to enhance our management team, expand regional distribution capabilities, improve technology and find even better ways to satisfy customers.

For more about the company's growth check out Friday's edition of the Jacksonville Business Journal.

**Latest People On The Move**    More >


**Patrick Henry II**
Ascension ...


FEATURED
**Jonathan Cantor**
LS3P Asso...


**Kathy DeSiena**
Fleet Landi...


**Brian Weiss**
Fleet Landi...

Back to Top ▲

# JACKSONVILLE BUSINESS JOURNAL

**SUBSCRIBERS**

**ABOUT & CONTACT**

**FOLLOW US**

**NEWSLETTERS**

**ACBJ**

User Agreement   |   Privacy Policy   |   Ad Choices   |   Cookie Settings

© 2023 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated April 18, 2023) and Privacy Policy (updated June 27, 2023). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.