# Exhibit 3

Article Reprints    Mobile App    Subscribe    Login     



**Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties**



# Fanatics acquiring U.S. operations of PointsBet

The company founded in Northeast Florida has been working on entering the sports gambling business.

By **Mark Basch**  | 9:39 a.m. May 15, 2023





Fanatics is acquiring the U.S. operations of PointsBet.

**COLUMNISTS**    **BASCH REPORT**    Share    

Fanatics Inc. is expanding its fledgling sports gambling business by acquiring the U.S. operations of an Australian gaming company.

PointsBet Holdings Ltd., which is publicly traded in Australia, announced May 15 it agreed to sell its U.S. business to Fanatics Betting and Gaming for $150 million.

The deal comes three weeks after Fanatics launched its first gambling app in Tennessee and Ohio, according to a Wall Street Journal story posted on the Fanatics website.

Fanatics, founded with a single retail store in the Orange Park Mall in 1995, has turned into a sports merchandising giant valued at more than $30 billion.



The company has been working on entering the sports gambling business for at least a year and has been rumored to be seeking potential acquisition targets.

PointsBet began operations in Australia in February 2017 and entered the U.S. market in May 2018, according to its website.

In a news release, PointsBet Managing Director and Group CEO Sam Swanell said the high costs of operating in the U.S., where gambling is regulated on a state-by-state basis, led the company to explore options for the business.

"The sale of the U.S. business to Fanatics Betting and Gaming delivers the most attractive risk-adjusted value outcome for shareholders compared to the risks and benefits of other options including the status quo," Swanell said.

"Fanatics Betting and Gaming has recognized our strategy, technology and team, as a platform for their own expansion in the online sports betting and iGaming market," he said.

"Given Fanatics significant presence in the U.S. sports market, we consider them to be a natural acquirer of our U.S. business"

Fanatics, after opening a second store in The Avenues mall in 1997, began selling sports merchandise online at a time when e-commerce was beginning.

Founders Mitchell and Alan Trager sold the business in 2011 to a Philadelphia company run by current Fanatics CEO Michael Rubin, and Rubin began an expansion of the company beyond its initial sports merchandising business.

The company maintains its commerce headquarters in Jacksonville.

ADVERTISING



## More News



**Mathis Report**

**Lululemon more than doubling size at St. Johns Town Center in almost $1 million project**

August 15, 2023 | 8:53 A.M.



**Mathis Report**

**Permit issued for Five Below to build-out in Gateway Town Center**

August 15, 2023 | 12:05 A.M.



**Restaurants**

**Dutch Bros Coffee up to four Jacksonville area locations in eastbound expansion**

August 14, 2023 | 12:10 A.M.



**Restaurants**

**City reviewing plans for Chick-fil-A's drive-thru-only site in Atlantic North**

August 14, 2023 | 12:05 A.M.

## Newsletter

**Sign up to receive our news in your inbox!**

Your email address    **SIGN UP**

## More Like This



June 19, 2023 | 10:13 A.M.

**Fanatics deal to buy PointsBet operations gets competition from DraftKings**



June 29, 2023 | 12:00 A.M.

**Introduction led to Regency Centers merger deal**



July 6, 2023 | 12:00 A.M.

**PointsBet Holdings: Fanatics the right business partner**



December 6, 2022 | 6:00 P.M.

**Report: Fanatics worth $31 billion**



January 5, 2023 | 10:31 A.M.

**Fanatics sells its stake in NFT company Candy Digital**







**Law**
**Law clerk vacancy in federal court**
August 15, 2023 | 12:00 A.M.



**Law**
**The Florida Bar backs rules change on law school grads**
August 14, 2023 | 12:00 A.M.



**Mathis Report**
**FedEx Freight remodeling warehouse**
August 15, 2023 | 12:00 A.M.



**Mathis Report**
**Bank of America Tower amenity floor in review**
August 14, 2023 | 12:00 A.M.

## Sponsored Content



**Cheapest Way to Get a Walk in Tub if You're on Medicare**
AD BY SMART LIFESTYLE TRENDS



**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**
AD BY GUNDRYMD



**Doctor Discovers Natural Solution for Macular Degeneration (Watch)**
AD BY VISFIX



**Spring Garden Apron**
AD BY THE COMPANY STORE



**Ironton Non-woven Moving Blanket — 80in. x 72in.**
AD BY NORTHERN TOOL + EQUIPMENT



**Cheese Leaves a Permanent Mark On Your Brain? (Over 50 Must Read)**
AD BY VITALITY NOW



**Black on Clear Monthly Calendar**
AD BY QVC



**Seniors Under 85 Open Your Own Franchise Business For Only $20k**
AD BY NATION.COM



Turn off Your AC & Plug
In This Instead
AD BY CHILLWELL



# Daily Record
## JACKSONVILLE

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties

**Contact**

121 W. Forsyth St., Suite 150
Jacksonville, FL 32202

Phone: 904-356-2466
Fax: 904-353-2628
Email: Info@JaxDailyRecord.Com

  

**Sister Sites**

Business Observer
Your Observer
Orange Observer
Observer Local News

**More**

About Us
Contact Us
Advertise
Subscribe
Jobs
Services
Privacy Policy
Help
Rack Locations

**Newsletter**

[Your email address]  SIGN UP

**Verified Audit**



USPS Periodicals Permit
(190-620)
as required for Public
Notices per section 50.011 (1)
(e), F.S.
Verified Audit
1101 Fifth Ave. Ste. 270
San Rafael, CA 94901
(415) 461-6006
www.verifiedaudit.com
Auditor's Certification
Statement of Ownership

Copyright © 2023 Observer Media Group Inc., All Rights Reserved