# Exhibit 4

8/15/23, 11:26 AM
Fanatics seeks $1.4 million in city and state incentives to expand | Jax Daily Record
Case 8:23-cv-01721-KKM-AEP   Document 50-4   Filed 08/28/23   Page 2 of 5 PageID 396

Article Reprints    Mobile App    Subscribe    Login



# Daily Record JACKSONVILLE

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties



# Fanatics seeks $1.4 million in city and state incentives to expand

By **Karen Brune Mathis**  | 12:00 p.m. April 22, 2015

NEWS

Share    

Jacksonville-based Fanatics Inc. seeks $1.4 million in city and state incentives to add 80 IT jobs and make a $10 million investment in two Southside locations.

The jobs would pay an average wage of $85,800, according a city summary for the deal, dubbed Project Turf. Fanatics, an online retailer of licensed sports merchandise, would renovate and expand at 8100 Nations Way and also at an existing center at 6800 Southpoint Parkway.

Legislation is expected to be filed today with City Council.

The city incentives would total $348,000 and would comprise a $300,000 Recapture Enhanced Value Grant and a $48,000 Qualified Target Industry tax refund.

The state incentives would total almost $1.07 million. That amount consists of the state's QTI match of $192,000 over a six-year period, a $530,000 Governor's Quick Action Closing Fund dispersed in three lump sums, and up to $344,000 in a Quick Response Training Grant.

Fanatics, created 20 years ago, said as it continues to consolidate its three business units, it has to determine the best location to establish its corporate headquarters and fulfillment operations.

It said that even though Jacksonville is a "legacy location," it believes it would be a challenge to recruit the needed IT and digital marketing talent from the local labor pool. It recently opened a mobile applications office in California.

The city's summary said for Fanatics to continue to grow its headquarters in Jacksonville, it would "take a significant investment in recruitment, training and development."

Fanatics now has three locations in Jacksonville – two in the city's northwest and the Southpoint Parkway office, collectively employing 900 people.

The proposed expansion would add a fourth Fanatics location at Nations Way. The $10 million investment would be made in the Nations Way and Southpoint offices.




### Newsletter

Sign up to receive our news in your inbox!

[Your email address]    **SIGN UP**

### More Like This

Fanatics seeks $1.4 million for city and state incentives to expand | Jax Daily Record

The city announced today that Jacksonville was ranked fifth on a list of the top southern cities for jobs, according to the ZipRecruiter Hiring Demand Index. The findings are based on strong hiring demand and economic expansion.

"This proposed $10 million capital investment and creation of 80 new jobs shows continued confidence in Jacksonville's growing economy and IT labor force," said Mayor Alvin Brown in a news release.

In 1995, founders Alan and Mitch Trager opened Fanatics as a brick and mortar storefront in Jacksonville. In 1997, the company went digital. Fanatics is now a Top 50 Internet Retailer Company, offering hundreds of thousands of officially licensed sports merchandise items. Fanatics currently employs more than 1,500 people in multiple states.

The Daily Record reported last month that Fanatics intends to consolidate employees from several offices around Jacksonville into one building at the Nations Way address in Cypress Point Business Park in the Southside near Baymeadows.

Thomas Baumlin, chief financial officer of the Jacksonville-based company, said in a March 11 letter included with building plans that Fanatics will lease the 57,000-square-foot building.

Auld & White Constructors LLC is the contractor for $1.34 million renovation project. The building formerly served as corporate offices for EverBank. Gresham, Smith and Partners is the architect.

HGL Properties LP Ltd. owns the property, which was developed in 1999.

kmathis@jaxdailyrecord.com

@MathisKb

(904) 356-2466

April 23, 2015 | 12:00 P.M.

**Fanatics seeking $1.4 million in incentives to add 80 jobs and expand in Jacksonville**



July 9, 2019 | 5:20 A.M.

**Fanatics seeking changes to economic development agreement**



April 24, 2020 | 11:50 A.M.

**Project Kodiak seeking $480,000 in city, state incentives to create 80 jobs**

June 23, 2018 | 4:44 P.M.

**Two projects that would create 100 jobs seek city, state incentives**

July 22, 2015 | 12:00 P.M.

**Deutsche Bank seeks $5.5M in incentives to add 475 jobs**

---

ADVERTISING

## More News



Mathis Report

**Lululemon more than doubling size at St. Johns Town Center in almost $1 million project**

August 15, 2023 | 8:53 A.M.



Restaurants

**Dutch Bros Coffee up to four Jacksonville area locations in eastbound expansion**

August 14, 2023 | 12:10 A.M.


**Mathis Report**
**Permit issued for Five Below to build-out in Gateway Town Center**
August 15, 2023 | 12:05 A.M.


**Restaurants**
**City reviewing plans for Chick-fil-A's drive-thru-only site in Atlantic North**
August 14, 2023 | 12:05 A.M.


**Law**
**Law clerk vacancy in federal court**
August 15, 2023 | 12:00 A.M.


**Law**
**The Florida Bar backs rules change on law school grads**
August 14, 2023 | 12:00 A.M.


**Mathis Report**
**FedEx Freight remodeling warehouse**
August 15, 2023 | 12:00 A.M.


**Mathis Report**
**Bank of America Tower amenity floor in review**
August 14, 2023 | 12:00 A.M.

## Sponsored Content 


**What a Walk-in Tub Should Cost if You Have Medicare**
AD BY SMART LIFESTYLE TRENDS


**Why Your Chainsaw Needs This Sharpener**
AD BY SHEREM


**Revolutionizing Chainsaw Maintenance with Innovative Design!**
AD BY SHEREM


**Doctor Discovers Natural Solution for Macular Degeneration (Watch)**
AD BY VISFIX


**Propel Your Legal Journey: Leading Online Masters in Law**
AD BY ONLINE MASTERS IN LAW


**Turn off Your AC & Plug in This Instead**
AD BY CHILLWELL


**MD: Do This Immediately if You Have Toenail Fungus (Watch)**
AD BY EHEALTHYLIFEJOURNAL.COM


**A 70-year-old Grandmother Designed a Bra for Women That is Popular All over**



Fanatics seeks $14 million for city and state incentives to expand | Jax Daily Record

AD BY SURSELL



Powerful German Hearing Aids Crushing the Market in the US

AD BY HEAR.COM



## JACKSONVILLE
## Daily Record

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties

**Contact**

121 W. Forsyth St., Suite 150
Jacksonville, FL 32202

Phone: 904-356-2466
Fax: 904-353-2628
Email: Info@JaxDailyRecord.Com

**Sister Sites**

Business Observer
Your Observer
Orange Observer
Observer Local News

**More**

About Us
Contact Us
Advertise
Subscribe
Jobs
Services
Privacy Policy
Help
Rack Locations

**Newsletter**

SIGN UP

**Verified Audit**



USPS Periodicals Permit (190-620)
as required for Public Notices per section 50.011 (1) (e), F.S.
Verified Audit
1101 Fifth Ave. Ste, 270
San Rafael, CA 94901
(415) 461-6006
www.verifiedaudit.com
Auditor's Certification
Statement of Ownership

Copyright © 2023 Observer Media Group Inc., All Rights Reserved