# Exhibit 5

jacksonville.com | The Florida Times-Union

BUSINESS

# State, city consider $1.4 million incentives package for Fanatics to expand in Jacksonville, hire 80

**David Bauerlein**
Published 11:44 a.m. ET April 22, 2015

The state and city are teaming up to offer Fanatics Inc., an Internet retailer specializing in the sale of licensed sports merchandise, up to $1.4 million so the Jacksonville-based company will hire 80 more employees and expand its headquarters here.

The state would put up about $1.07 million. The city's incentives would total $348,000.

Fanatics, which began in 1995 as a small sports apparel store at The Avenues mall, has grown into one of the biggest Internet retailers in the country, offering a huge line of officially licensed sports merchandise and memorabilia.

The company is headquartered in Jacksonville, but it's been hard for it to find people within Northeast Florida who have the information technology talents needed by Fanatics, according to a project summary by the city's Office of Economic Development.

The summary says Fanatics recently opened a "mobile application office" in California to recruit employees.

The average wage of the 80 new employees would be $85,800. In addition, Fanatics would invest $10 million at an existing Southside location and a second Southside office at 9100 Nations Way.

Fanatics also has two locations in the northwest quadrant of the city, including a 550,000-square-foot warehouse at 5245 Commonwealth Avenue. The company's distribution network has warehouses and offices in several other states.

Mayor Alvin Brown called Fanatics a Jacksonville success story. "I am particularly excited that the city can support the expansion and job creation of a global e-commerce company," he said in a prepared statement.

Company founders Alan Trager and Mitch Trager took Fanatics into the online world in 1997, two years after starting at the mall.

"Fanatics is the perfect example of a local company that started down one path, saw an opportunity in the market and capitalized," said Jerry Mallot, president of JAXUSA Partnership.

Fanatics employs about 1,500 people in different states. Jacksonville is the main base of operations with 900 employees.

The city-state incentives package would provide $3,000 for each new job Fanatics creates, up to a maximum amount of $240,000 for 80 employees. The state would pay 80 percent of that incentive and the city's share would be 20 percent.

In addition, the Governor's Quick Action Closing Fund would pay out $530,000 and the city would match that with $300,000. Those payments would be done in three installment based on the company hitting job creation targets.

The city would finance its $300,000 match by rebating future property taxes to Fanatics over a seven-year period. The property tax rebates amount to about 50 percent of the property taxes the city would collect off the company's $10 million capital investment in Jacksonville.

The state also would give a maximum $346,000 Quick Response Training Grant. The training grant would be paid out at a rate of $1,800 per new employee and $1,000 per retained employee.

City Council could vote on the incentives as soon as its May 12 meeting.

David Bauerlein: (904) 359-4581