# Exhibit 7

8/15/23, 11:26 AM
Fanatics expands Southside headquarters - Jacksonville Business Journal
Case 8:23-cv-01721-KKM-AEP Document 59-7 Filed 08/28/23 Page 2 of 3 PageID 414

FOR THE EXCLUSIVE USE OF JHILBORN@BSFLLP.COM

From the Jacksonville Business Journal:
https://www.bizjournals.com/jacksonville/news/2015/05/01/fanatics-expands-southside-headquarters.html

SUBSCRIBER CONTENT:

# Fanatics expands Southside headquarters



GRAHAM & COMPANY



By Andrew Thurlow – Reporter, Jacksonville Business Journal
May 1, 2015

Sports retailer Fanatics is expanding its headquarters in Jacksonville.

The company is leasing 58,000 square feet of office space in Cypress Point Business Park from local developer HGL Properties LP LTD.

Fanatics, which began in 1995 as a brick-and-mortar storefront in Jacksonville, has three locations in Jacksonville — two in the northwest area and one in Southside.

Last year, the Business Journal reported that the company upgraded its distribution center at 5245 Commonwealth Ave. and leased a 200,000-square-foot facility in Westside Industrial Park to accommodate its custom apparel line. The is about five miles northwest of its distribution center.

The newly leased space — located at 8100 Nations Way in Jacksonville's Butler/Baymeadows Corridor — will be an expansion of Fanatics' headquarters, Graham & Co. said in a news release.

The news comes following an announcement that the company plans to add 80 employees to its 900-person local workforce. The new location will house 80 information technology workers and come with a $10 million capital investment. Fanatics is seeking $1.4 million in city and state incentives, including $300,000 in local tax rebates.

Graham & Co. brokers Mark Scott and Peter Crolius represented HGL Properties in the negotiations. Fanatics Inc. was represented by Guy Preston and Preston Phillips of Colliers International.

Cypress Point Business Park is a 344,000-square-foot business park in Jacksonville's Butler/Baymeadows Corridor. The location is also home to US Assure, Selene Financial, Carrington Mortgage Services and ADT.