# Exhibit 8

US Edition        Your Account

Live Now
[Markets](#)
[Economics](#)
[Industries](#)
[Tech](#)
[AI](#)
[Politics](#)
[Wealth](#)
[Pursuits](#)
[Opinion](#)
[Businessweek](#)
[Equality](#)
[Green](#)
[CityLab](#)
[Crypto](#)
More

We've updated the dispute procedures in our Terms of Service ("Terms"). By continuing to use the site, you accept and agree to these updated Terms.

**Quick Links**    Stocks    Currencies    Commodities    Rates & Bonds    Sectors    Watchlist

RECENTLY VIEWED COMPANIES

| FANATICS HOLDINGS INC | HAWAIIAN ELEC | US STEEL CORP | US TREASURY N/B | MTN GROUP LTD | APPLE INC |
|---|---|---|---|---|---|
| Private Company | 21.46 ▼ -10.94 | 31.08 ▲ +8.36 | 97.09 ▼ -0.34 | 13,464.00 ▼ -122.00 | 179.46 ▲ +1.67 |

# Fanatics Inc

Fanatics, Inc. operates as a digital sports platform company. The Company designs, manufactures, and distributes lifestyle and streetwear, headwear, hardgoods, fan gear, and jerseys products. Fanatics serves customers worldwide.

| SECTOR | INDUSTRY | SUB-INDUSTRY | INCORPORATED |
|---|---|---|---|
| Consumer Discretionary | Retail & Whsle - Discretionary | E-Commerce Discretionary | 07/11/2007 |

| ADDRESS | WEBSITE | NO. OF EMPLOYEES |
|---|---|---|
| 8100 Nations Way Jacksonville, FL 32556 United States | www.fanaticsinc.com | -- |

# Latest News

Technology

**Fanatics Wants to Give Die-Hard Sports Fans Their Own Comic Con**

Jul 13, 2023

---

World

**DraftKings Makes $195 Million Counteroffer for PointsBet US Arm**

Jun 16, 2023

---

# Executives

NAME/TITLE

| | |
|---|---|
| **Michael G Rubin** | PRESENT |
| Chairman/CEO/Founder | |
| **Brent Trager** | PRESENT |
| Chief Operating Officer | |
| **Matt Madrigal** | 8/2014-PRESENT |
| Chief Technology & Product Ofcr | |

VIEW MORE ⌄

# Board Members

NAME/COMPANY

**Michael G Rubin**
Fanatics Inc

**Gerald L Storch "Jerry"**
Storch Advisors

**Earvin Johnson Jr "Magic"**
Magic Johnson Enterprises

VIEW MORE ⌄

VIEW MORE ⌄

# Most Popular

HE:US
HAWAIIAN ELEC
21.46 USD ▼ -10.94 -33.77%

X:US
US STEEL CORP
31.08 USD ▲ +8.36 +36.80%

GT10:GOV
US TREASURY N/B
97.09 USD ▼ -0.34 -0.35%

MTN:SJ
MTN GROUP LTD
13,464.00 ZAr ▼ -122.00 -0.90%

AAPL:US
APPLE INC
179.46 USD ▲ +1.67 +0.94%

Case 8:23-cv-01721-KKM-AEP    Document 50-8    Filed 09/28/23    Page 4 of 5 PageID 419

## People Also Search For

8648886Z:IM
DIGICAMERE-SCARL
Private Company

0109127D:US
TOWN PUMP INC
Private Company

0528971D:US
CYBERTROL ENGINEERING LLC
Private Company

1041060Z:US
STATER BROS MARKETS
Private Company

2005411D:US
TRIPLELIFT
Private Company

## More from Bloomberg



**Here's How Hard It Is to Win the Mega Millions Lottery, With Jackpot Soaring to $1.25 Billion**



**A NY College Shutters After 200 Years, Exposing More Higher-Ed Distress**



**Ancient Whale Found in Peru Desert May Be Heaviest Animal That Ever Lived**



**Hamptons Partygoers Cast a Worried Eye on New York's Future**

Terms of Service   Do Not Sell or Share My Personal Information    Trademarks   Privacy Policy

©2023 Bloomberg L.P. All Rights Reserved

Careers  Made in NYC  Advertise  Ad Choices      Help