# Exhibit 9

8/15/23, 10:08 AM
Case 8:23-cv-01721-KKM-AEP   Document 50-9   Filed 08/28/23   Page 2 of 4 PageID 422
Fanatics moving into Laser Spine's Tampa HQ - Tampa Bay Business Journal

**FOR THE EXCLUSIVE USE OF JHILBORN@BSFLLP.COM**

From the Tampa Bay Business Journal:
https://www.bizjournals.com/tampabay/news/2020/01/07/laser-spines-former-tampa-hq-lands-big-office.html

SUBSCRIBER CONTENT:

Commercial Real Estate

# Laser Spine's former Tampa HQ lands big office tenant



Laser Spine Institute
NOLA LAYEYE



By **Ashley Gurbal Kritzer** – Real Estate Editor, Tampa Bay Business Journal
Jan 7, 2020  **Updated** Jan 8, 2020 4:36pm EST

Fanatics Inc., an online retailer that sells sports apparel and merchandise, will take over a large portion of the former Laser Spine Institute headquarters in Tampa's Westshore business district.

Jacksonville-based Fanatics has leased 92,000 square feet — the top three floors — of the Laser Spine building in Avion Park, according to real estate sources who asked not to be named because of the sensitivity of the deal.

Highwoods Properties Inc. developed the $56 million space specifically for Laser Spine, which closed its doors suddenly in early 2019. After Laser Spine's abrupt closure, Highwoods said it expected to write off millions in losses.

Fanatics already has a large presence in several locations throughout Tampa, but this deal will expand its overall footprint while consolidating those offices in one location.

The office deal is massive by Tampa Bay standards, where the majority of office leases are between 10,000 and 20,000 square feet. Many in commercial real estate speculated that Highwoods would hold out for a tenant that could take over the majority of the space. A large portion of the remaining building — the bottom three floors — was Laser Spine's clinical space.

Highwoods confirmed the deal in a news release. Fanatics, the company said, has immediate access to the space to begin construction.

"Our Tampa team has done an excellent job marketing 5332 Avion," Ted Klinck, Highwoods president and CEO, said in a statement, "and our progress to date validates our standard practice of designing properties to provide long-term, multi-customer office flexibility, including build-to-suits."

The office space will be home to Fanatics Brands, the company's in-house apparel division.

"As Fanatics continues to innovate and grow the global licensed sports industry, we're excited to move into our new, collaborative space in Tampa," said Joe Bozich, president of Fanatics Brands. "This space will join many of our teams under one roof and allow us to better engage with our

8/15/23, 10:08 AM
Case 8:23-cv-01721-KKM-AEP   Document 50-9   Filed 08/28/23   Page 4 of 4 PageID 424
Fanatics moving into Laser Spine site in Tampa BIZ - Tampa Bay Business Journal

