# Exhibit 10

Global Footprint - Fanatics Inc.

# Fanatics

About Fanatics    Businesses    Culture    Media Room    Careers

## GLOBAL FOOTPRINT

With more than 80 offices & facilities across the globe, Fanatics is best positioned to service fans & partners anytime, anywhere.

**Tampa, FL**

📍 Tampa, Florida

Fanatics Brands HQ, +Manufacturing, +Distribution

Google

Map data ©2023 Google, INEGI

---

## KEY OFFICE LOCATIONS



**JACKSONVILLE, FL**



**NEW YORK, NY**



**SAN MATEO, CA**



About Fanatics    Businesses    Culture    Media Room    Careers







**TAMPA, FL**

Fanatics Brands Headquarters

**MANCHESTER, UK**

European Headquarters

**TOKYO, JAPAN**

Asia Headquarters

    About Fanatics  Businesses  Culture  Media Room  Careers





About Fanatics   Businesses   Culture   Media Room   Careers