# Exhibit 11

SGB MEDIA   SSI DATA                    SEARCH           Subscribe        Contact Us

# SGB MEDIA

HOME      SGB UPDATES      SGB EXECUTIVE      SGB TODAY

## Fanatics Brands Secures New Headquarters

Posted by SGB Media | Jan 9, 2020 | Apparel, SGB Updates, Update

**RECENT POSTS**

Designer Brands Adds Le Tigre Footwear to Owned Brands Portfolio at DSW, TSC August 16, 2023

Fanatics Brands, the in-house apparel division for Fanatics Inc., has signed a lease for three full floors, or 92,000 square feet, at 5332 Avion in Tampa, FL. Previously, the apparel division had been spread across three locations in the Tampa area.

StockX Report Calls Out On, Salomon and Asics as Top YTD Trading Gainers August 16, 2023

The deal was made with Highwoods Properties Inc. (HIW).

Logo Brands, Inc. Inks Licensing Deal with Mississippi State August 16, 2023

5332 Avion is a 176,000 square-foot, six-story building with structured parking in Tampa's Westshore submarket, the best business district (BBD). Ted Klinck, president and CEO stated, "We're thrilled Fanatics, the global

OrthoLite Names Cirql VP/GM August 16, 2023

leader in licensed sports merchandising, will be a new customer for Highwoods. Our Tampa team has done an excellent job marketing 5332 Avion, and our progress to date validates our standard practice of designing properties to provide long-term, multi-customer office flexibility, including build-to-suits."

"As Fanatics continues to innovate and grow the global licensed sports industry, we're excited to move into our new, collaborative space in Tampa," said Joe Bozich, president of Fanatics Brands. "This space will join many of our teams under one roof and allow us to better engage with our employees, foster creativity, and create an enhanced environment of teamwork."

SHARE:     
  

< PREVIOUS

Target Launches All in Motion Sports Brand

NEXT >

PVH Corp. Names Regional President, PVH Asia Pacific

**Sole Technology Adds Familiar Face as ThirtyTwo Design Chief**
August 16, 2023

**TJX Lifts Outlook As Q2 Earnings Fly Past Expectations**
August 16, 2023

**EXEC: 361 Degrees Gets Lift from Kids in H1 Growth** August 16, 2023

**Target Slashes Guidance After Q2 Sales Shortfall** August 16, 2023

**Macy's Hires Chief Customer and Digital Officer** August 16, 2023

**EoS Fitness Opens New Center in Miami-Dade**

### ARCHIVES

Select Month

### CATEGORIES

Select Catego

### SGB MEDIA

SGB Media Home

SGB Today

SGB Executive

SGB Updates

Press Releases

Subscribe

©2023 SGB Media. All rights reserved. Use of this Site constitutes acceptance of our **Terms & Conditions** and **Privacy Policy**.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SGB Media.