# Exhibit 12







About Fanatics   Businesses   Culture   Media Room   Careers



About Fanatics   Businesses   Culture   Media Room   Careers



About Fanatics   Businesses   Culture   Media Room   Careers