# Exhibit 13



About Fanatics   Businesses   Culture   Media Room   Careers

# GLOBAL FOOTPRINT

With more than 80 offices & facilities across the globe, Fanatics is best positioned to service fans & partners anytime, anywhere.



Lake Mary, FL

Lake Mary, Florida

Commerce Office

## KEY OFFICE LOCATIONS



**JACKSONVILLE, FL**



**NEW YORK, NY**



**SAN MATEO, CA**



About Fanatics   Businesses   Culture   Media Room   Careers







About Fanatics   Businesses   Culture   Media Room   Careers



About Fanatics  Businesses  Culture  Media Room  Careers

Global Footprint - Fanatics Inc

 About Fanatics   Businesses   Culture   Media Room   Careers