# Exhibit 14

# GLOBAL FOOTPRINT

With more than 80 offices & facilities across the globe, Fanatics is best positioned to service fans & partners anytime, anywhere.



## KEY OFFICE LOCATIONS



**JACKSONVILLE, FL**



**NEW YORK, NY**



**SAN MATEO, CA**



About Fanatics  Businesses  Culture  Media Room  Careers





 About Fanatics  Businesses  Culture  Media Room  Careers



About Fanatics   Businesses   Culture   Media Room   Careers



About Fanatics   Businesses   Culture   Media Room   Careers