# Exhibit 15



**FILTER BY:**  LOCATION TYPE ▾    FLORIDA - ORLANDO ▾
TEAM ▾    WORK TYPE ▾

## FANATICS COMMERCE

### RETAIL & IN-VENUE

---

**Retail Associate - Orlando City**                                          APPLY

FLORIDA - ORLANDO    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

[Fanatics Home Page](#)

Jobs powered by LEVER



**FILTER BY:** LOCATION TYPE ⌄    FLORIDA - MIAMI ⌄    TEAM ⌄
WORK TYPE ⌄

# FANATICS COMMERCE

## RETAIL & IN-VENUE

### Retail Associate - Inter-Miami CF    APPLY
FLORIDA - MIAMI    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

### Retail Associate - Miami Marlins    APPLY
FLORIDA - MIAMI    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

[Fanatics Home Page](#)

Jobs powered by LEVER