# Exhibit 17

  

SPORTS

# Fanatics holds second investor day as the company moves toward IPO

PUBLISHED TUE, JUN 13 2023•3:35 PM EDT    UPDATED TUE, JUN 13 2023•5:35 PM EDT

Jessica Golden
@JGOLDEN5

WATCH LIVE

## KEY POINTS

- Fanatics held its second investor meeting Tuesday with 400 existing and prospective investors.
- The company has been preparing to go public someday.
- Fanatics investor Tom Brady made a surprise appearance at the meeting.



Fanatics founder and CEO Michael Rubin at his office in New York.

 MARKETS     CNBC TV     WATCHLIST     MENU

 

initial public offering, a source familiar with the matter tells CNBC.

More than 100 existing and prospective institutional investors from major firms such as [Goldman Sachs](#) and [Barclays](#) gathered Tuesday for the meeting at the NBA Players Association headquarters in New York to hear from Fanatics founder and CEO Michael Rubin, the source said. Another 300 people attended the meeting virtually on Zoom.

Leaders from all parts of the business gave presentations and took part in a Q&A session with the audience.

A spokesman for Fanatics said the company's timeline for an IPO hasn't changed.

Investors were also treated to a surprise visit by football great Tom Brady, an investor in the company.

Brady spoke to investors about business and leadership and mingled with the audience.

Florida-based Fanatics was founded in 2011 by Rubin, former co-owner of the NBA's Philadelphia 76ers and the NHL's New Jersey Devils. Fanatics now has exclusive licensing deals with the NFL, NHL, NBA, MLB and colleges and universities to make and sell official team merchandise.

Last November, Rubin [gathered sell-side analysts](#) for a meet-and-greet and to talk about his growth plans for the company.

In April, the company announced it was hiring [Deborah Crawford](#) from [Meta](#) to lead investor relations, a new position at the company.

Fanatics, the global platform company, is [valued at $31 billion](#). It has experienced rapid growth and made several acquisitions in the past couple of years, including [Topps](#) trading cards and clothing brand [Mitchell & Ness](#).

The company most recently has had its eyes on sports betting, scooping up [PointsBet's U.S. assets](#) for about $150 million in May.

*Fanatics is a two-time CNBC Disruptor 50 company. [Sign up](#) for our weekly, original newsletter that goes beyond the annual Disruptor 50 list, offering a closer look at private companies such as Fanatics*

  

MARKETS    CNBC TV    WATCHLIST    MENU

  WATCH LIVE

UP NEXT | **The Exchange** 01:00 pm ET

## TRENDING NOW

 Once you hit this credit score, 'there's no benefit to scoring higher,' says expert

 This in-demand freelance job pays up to $250/hour and doesn't require a degree

 Fitch warns it may be forced to downgrade dozens of banks, including JPMorgan Chase

 As the new Eris Covid variant spreads across the world, here's what we know so far

 Trump indictment live updates: Ex-president attacks Georgia DA after being hit with 13 counts



| Subscribe to CNBC PRO | Licensing & Reprints |
| CNBC Councils | Select Personal Finance |
| CNBC on Peacock | Join the CNBC Panel |
| Supply Chain Values | Select Shopping |
| Closed Captioning | Digital Products |
| News Releases | Internships |
| Corrections | About CNBC |
| Ad Choices | Site Map |
| Podcasts | Careers |

CNBC WATCH LIVE

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## Advertise With Us

PLEASE CONTACT US

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy
Do Not Sell My Personal Information
CA Notice
Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by REFINITIV

MARKETS CNBC TV WATCHLIST MENU

