# Exhibit 18

8/15/23, 9:20 AM
Case 8:23-cv-01721-KKM-AEP    Document 50-18    Filed 02/28/23    Page 2 of 8 PageID 467
Fanatics valuation hits $31 billion after $700 million investment round



CNBC DISRUPTOR 50 | 2023 LIST | 2022 LIST | 2021 LIST | 2020 LIST | METHODOLOGY

CNBC DISRUPTOR 50

# Fanatics valuation hits $31 billion after $700 million investment round

PUBLISHED TUE, DEC 6 2022•1:16 PM EST    UPDATED WED, DEC 7 2022•9:29 AM EST

Jessica Golden
@JGOLDEN5

WATCH LIVE

## KEY POINTS

Fanatics has raised $700 million in capital. The company is now valued at $31 billion.

The new funding will be used for M&A activity across the Fanatics platform.




   

8/15/23, 9:29 AM
Case 8:23-cv-01721-KKM-AEP Document 50-18 Filed 02/28/23 Page 3 of 8 PageID 468
Fanatics valuation hits $31 billion after $700 million investment round

Fanatics CEO and co-chair Michael Rubin

*Shareif Ziyadat | Filmmagic | Getty Images*

Michael Rubin's sports platform company Fanatics has raised $700 million in fresh capital, pushing its value to $31 billion, according to people familiar with the matter.

The company plans to use the new money to focus on potential merger and acquisition opportunities across its collectibles, betting and gaming businesses, one of the people said.

Fanatics declined to comment.

The round was priced and led by a new investor, Clearlake Capital, in addition to LionTree. The existing investors in the new raise include Silver Lake, Fidelity, and Softbank.

Fanatics was previously valued at $27 billion. In March, the company raised $1.5 billion led by Fidelity and Blackrock and Michael Dell's MSD Partners.

Fanatics has seen rapid growth over the past year. What began as an e-commerce company selling sports gear has evolved into a sports powerhouse that has collected a database of more than 94 million fans.

It's also been snapping up companies this year: In January, The Florida-based company expanded into the collectables business through its $500 million purchase of Topps. And in October, it purchased the iconic clothing brand Mitchell and Ness, in partnership with LeBron James and Kevin Durant, who hope to use their tastemaker status to revive the century-old brand.

This summer, Fanatics ventured deeper into collegiate sports, signing a long-term deal with Nike to manufacture college sports fan apparel. And last month, it signed Japan's most popular baseball team, the Tokyo Giants.

Rubin now has his eyes on the sports gaming market. Fanatics is gearing up to launch sports gambling in 2023, joining an already crowded market. Yet, Rubin is optimistic, predicting in October at the Sports Business Journal's World Congress of Sports Conference that sports betting and Fanatics' other business segments could achieve $8 billion in annual profit in the next decade.



Revenue for Fanatics, including its Lids segment, will be approximately $8 billion in 2023, according to company estimates. That number excludes any trading card rights expected to come in the next few years.

The company is also weighing an initial public offering, and Rubin recently met with more than 90 internet, retail and gaming analysts from various Wall Street firms, where he spoke of Fanatics growth plans.

Fanatics ranked No. 21 on the 2022 CNBC Disruptor 50 list.



### RELATED

 5 biggest risks of sharing your DNA with consumer genetic-testing companies

## MORE IN CNBC DISRUPTOR 50

 The 2023 CNBC Disruptor 50: See the full list of startups taking on the market's biggest companies

 Amazon to offer reproductive care through partnership with Maven Clinic





## These are the 2023 CNBC Disruptor 50 companies

**CNBC.com staff**



8/15/23, 9:20 AM
Case 8:23-cv-01721-KKM-AEP Document 50-18 Filed 02/28/23 Page 7 of 8 PageID 472
Fanatics valuation hits $31 billion after $700 million investment round



**Amazon to offer reproductive care through partnership with Maven Clinic**

Ian Thomas



**Fanatics and competitor Panini launch legal battle with a pair of lawsuits**

Ian Thomas

READ MORE



| | |
|---|---|
| Subscribe to CNBC PRO | Licensing & Reprints |
| CNBC Councils | Select Personal Finance |
| CNBC on Peacock | Join the CNBC Panel |
| Supply Chain Values | Select Shopping |
| Closed Captioning | Digital Products |
| News Releases | Internships |
| Corrections | About CNBC |
| Ad Choices | Site Map |
| Podcasts | Careers |
| Help | Contact |



8/15/23, 9:20 AM
Case 8:23-cv-01721-KKM-AEP   Document 50-18   Filed 08/28/23   Page 8 of 8 PageID 473
Fanatics valuation hits $31 billion after $700 million investment round

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

##  CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by 

