# Exhibit 19



   

Health
Tech
Deals

Talk
to
sales

Events

FAQ

Go to
Axios.c

Media
Deals

Health
Care
Policy

Energy
Policy

Tech
Policy

Axios Pro Exclusive Content

# Fanatics buys Italian sports merchandise company EPI

Kimberly Chin, author of [Axios Pro: Retail Deals](#)
Apr 5, 2023



Pro
coverage

Fintech
Deals

Climate
Deals

Illustration: Aïda Amer/Axios    Retail
Deals

 **AXIOS PRO**

Health
Tech
Deals

Media
Deals

Health
Care
Policy

Energy
Policy

Tech
Policy

Talk
to
sales

Events

FAQ

Go to
Axios.c

**Why it matters:** Fanatics already operates and licenses online retail stores for global sports organizations like the International Olympic Committee and Formula 1.

**Catch up fast:** The Jacksonville, Florida-based company is [valued at $31 billion](#), after raising $1.5 billion in a new round of funding in December.

- The funding has added more fuel to [its acquisition machine](#) and fanned the flames of speculation about a potential IPO.

**Details:** Fanatics will also acquire The Pitch Football Store, a specialist omnichannel retailer in soccer.

- The soon-rebranded Fanatics Italy will operate within Fanatics' e-commerce and licensed sports merchandise business.

- EPI owner Lorenzo Forte will run the business, but will report to global Fanatics Commerce co-presidents Chris Orton and Jack Boyle.

- Fanatics didn't disclose any details of the transaction.

**Context:** Milan-based EPI was founded in 1996 and manages the official online and physical stores of AC Milan, Atalanta, Bologna, Fiorentina, Inter Milan, Juventus and Lazio.

Pro
coverage

- It also has partnerships with Nike, Adidas and Puma and the Italian basketball team Olimpia Milano.

Fintech
Deals

- Fanatics is also connected with the continent's soccer (um, football) culture, including Paris Saint-Germain, Manchester United, Chelsea, Bayern Munich, Atlético Madrid and more.

Climate
Deals

Retail
Deals



- In February 2022, Fanatics purchased iconic throwback retailer Mitchell & Ness along with Jay-Z and other celebrities, in a deal valued at around $250 million.

- In January 2022, the company bought the trading cards and collectibles business of Topps for about $500 million.

*Editor's note: The story has been corrected to note that Fanatics' valuation is $31 billion, based on a $700 million round in December, not $27 billion on a $1.5 billion valuation last month.*

