# Exhibit 20

8/15/23, 10:58 AM
Fanatics to Buy PointsBet's US Business in Sports Betting - Bloomberg
Case 8:23-cv-01721-KKM-AEP Document 50-20 Filed 08/28/23 Page 2 of 4 PageID 479



Business
# Fanatics to Buy PointsBet's US Business in Sports Betting Push

- Fanatics to pay $150 million, gains access to more states
- Team apparel giant is expanding into new lines of business



8/15/23, 10:58 AM
Fanatics to Buy PointsBet's US Business in Sports-Betting Push - Bloomberg
Case 8:23-cv-01721-KKM-AEP Document 50-20 Filed 08/28/23 Page 3 of 4 PageID 480

LIVE NOW
Markets
Economics
Industries
Tech
AI
Politics
Wealth
Pursuits
Opinion
Businessweek
Equality
Green
CityLab
Crypto
More

We've updated the dispute procedures in our Terms of Service ("Terms"). By continuing to use the site, you accept and agree to these updated Terms. ✕

Fanatics Inc. has acquired the US operations of PointsBet, helping accelerate the team apparel company's push into the sports betting market.

Fanatics is paying about $150 million, according to a statement. The deal doesn't include PointsBet's business in Australia, where the company is based, or Canada.

Closely held Fanatics has started testing an online sports betting product with its existing customers in just two states, Ohio and Tennessee. It plans to be in Maryland and Massachusetts by June. By acquiring PointsBet's US business, Fanatics gains access to more states and to PointsBet's trading technology.

Five years after the US Supreme Court struck down the law that had banned sports betting in most states, the market is dominated by FanDuel, a division of Ireland's Flutter Entertainment Plc, and DraftKings Inc. Fanatics is arriving late to the game but sees an advantage with its database of 95 million customers and plans to stand out by offering a more personalized betting experience.



Fanatics, led by Chief Executive Officer Michael Rubin, has been expanding from its roots in licensed apparel for athletic teams into other businesses, including sports collectibles and gambling. In December, the Jacksonville, Florida-based company raised $700 million, valuing it at $31 billion.

Follow all new stories by **Gerry Smith**

+ Get Alerts

Gift this article

Have a confidential tip for our reporters? **Get in Touch**

Before it's here, it's on the Bloomberg Terminal

Up Next

**Russia's Emergency Rate Hike Fails to Lift Ruble After Crash**

## More From Bloomberg