# Exhibit 21



#### Wealth

# Fanatics Founder Rubin Adds Another $1 Billion to His Fortune

The CEO of the sports collectibles firm is now worth $10 billion after latest fundraising round.



US Edition ▾         👤 Jason ▾         🔍

Live Now
Markets
Economics

Economics
Industries
Tech
AI
Politics
Wealth
Pursuits
Opinion
Businessweek
Equality
Green
CityLab
Crypto
More

We've updated the dispute procedures in our Terms of Service ("Terms"). By continuing to use the site, you accept and agree to these updated Terms. ✕



Michael Rubin  *Photographer: Tasos Katopodis/Getty Images*

By Amanda Albright and Tom Maloney
December 6, 2022 at 3:47 PM EST

🎧 Listen 1:49

Fanatics Inc. founder Michael Rubin just added another $1 billion to his growing wealth.

The sports apparel and collectibles company he founded raised $700 million at a $31 billion valuation, Bloomberg News reported Tuesday, citing a person with knowledge of the matter. Rubin's stake is now worth about $10.1 billion, up from $9 billion before the latest round, according to the Bloomberg Billionaires Index.

Read more: Dealmaker Who Beat Topps for Baseball Cards Is Worth $8 Billion 

The Jacksonville, Florida-based company has been involved in multiple funding rounds since Rubin bought it in 2011 and merged it with his e-commerce firm. Fanatics executives have said they soon plan to enter the sports-betting business and have considered other industries as well, including media and ticketing.



The latest funding round was led by private equity firm Clearlake Capital and joined by LionTree, with existing investors including Silver Lake Management, SoftBank Group Corp. and Fidelity Management & Research also taking part, said the person, who asked not to be identified discussing private information.

A spokesperson for Fanatics didn't immediately respond to a request for comment.

Rubin, 50, got his start selling vegetable seeds door-to-door when he was 8 years old, and later opened a ski shop in Pennsylvania while a teenager, according to the company's website. He built Fanatics out of scraps left over from a deal with EBay Inc. a decade ago.

In October, Rubin said he'd sold his stake in the Philadelphia 76ers to David Adelman, the chief executive officer of Campus Apartments. Rubin was among those mentioned this year as a potential buyer of England's Chelsea Football Club, but opted to focus on Fanatics instead, ESPN reported. Clearlake Capital eventually purchased the team with a group that included Todd Boehly, CEO of Eldridge Industries.