# Exhibit 22

Bloomberg Law News 2023-08-28T15:29:30825513386-04:00

# Sidley Guides Clearlake on $700 Million Fundraise for Fanatics

By Rick Mitchell 2022-12-08T06:45:00000-05:00

Sidley Austin advised private equity firm Clearlake Capital Group, L.P. on its investment in Fanatics Inc., a retailer of licensed sports apparel and collectibles that has plans to expand into other types of business.

Clearlake led Fanatics' latest financing round, which raised $700 million, the law firm said. Bloomberg News reported Tuesday that the new funding round brings the Jacksonville, Florida-based company's valuation to around $31 billion.

Investment banking firm LionTree LLC joined the round, with existing investors including Silver Lake Management, SoftBank Group Corp., and Fidelity Management & Research, Bloomberg reported, citing a person familiar with the matter.

Fanatics, led by CEO Michael Rubin, has said it plans to expand into other business lines, including sports betting.

Sidley said its deal team advising Clearlake included M&A and private equity partners Mehdi Khodadad and Mark K. Castiglia, both based in Century City, California.

To contact the correspondent on this story: Rick Mitchell in Paris at rmitchell@correspondent.bloomberglaw.com

To contact the editors responsible for this story: Chris Opfer at copfer@bloomberglaw.com