# Exhibit 23



-0.84%  -0.94%  -0.96%  -1.34%  -2.04%  -2.53%

Premium    HOME  >  MEDIA

# Fanatics' new betting and gaming division is recruiting chiefs of marketing, tech, and legal as it looks to make a splash in the sector

Ashley Rodriguez    Nov 22, 2021, 11:23 AM EST

      Read in app



**Jump to**

Main content
Search
Account

← HOMEPAGE




- **Fanatics, a giant in sports merchandise, is recruiting leaders for its new betting and gaming arm.**

- **The division, led by former FanDuel CEO Matt King, is currently hiring for three C-suite roles.**

- **The company said this year that it plans to expand into areas including sports gambling and online gaming.**

Insider recommends waking up with 🗞 **Morning Brew**, a daily newsletter.

 INSIDER 

By clicking "Sign Up," you also agree to marketing emails from both Insider and Morning Brew; and you accept Insider's Terms and Privacy Policy. Click here for Morning Brew's privacy policy.



**SPONSORED CONTENT by Google Chrome**

**Managing a global organization is no easy feat. Cloud-based browser management can help you keep tabs on a distributed workforce.**

Jump to

Main content
Search
Account

Fanatics is recruiting C-suite executives for its new betting and gaming division.

The sports-merchandise company is hiring for three leadership roles in the unit,

 HOMEPAGE

Fanatics, which is run by founder Michael Rubin, revealed earlier this year plans to break into the sports gambling and online-gaming industries, as part of a larger expansion that includes areas like NFTs and ticketing. It raised $325 million to fund the

Former FanDuel CEO Matt King is leading the betting and gaming business. His team so far includes execs like fellow FanDuel alum Ari Borod as chief commercial officer, and Alex Smith, VP of regulatory affairs. Scot McClintoc, who ran Penn National Gaming's Barstool Sportsbook and worked at Comcast, serves a chief product officer. And Hollis Donaldson, who came from SoFi and Citi, is VP of operations.

Fanatics hasn't announced the US states where it will launch its sportsbook first. It bid for one of the highly coveted licenses in New York State, where the Florida-headquartered company's betting and gaming division is based. But it wasn't included among the nine mobile sports-betting operators that were approved by New York regulators.

Still, the company, built on sports apparel, is forging ahead with its sports gambling plans, and industry watchers are pegging it as one of the most formidable forthcoming entrants in the US market.

Some of Fanatics' job listings give clues about the company's sports-gambling strategy.

Two of the roles involve developing a loyalty program that builds on Fanatics' existing FanCash rewards program, for instance. The listings also say that Fanatics plans to leverage its database of 81 million customers and tout the company's experience forging partnerships in the sports world.



Fanatics Betting and Gaming currently has 13 openings listed on its job board.

They include:

- Chief Legal Officer

- Chief Marketing Officer

- Chief Technology Officer

- Director Fan Servicing (Customer Services)

- Director, Payments

- Director, Risk & Fraud

- Director, Sportsbook Conversion

- Lead Product Designer (UI/UX)

- Manager, Business Development

- Manager, iCasino Product



- VP Marketing (Cross-Sell & Loyalty)

- VP Marketing Brand Creative

A Fanatics spokesperson did not respond by press time to a request for comment.

---

## Read next

---

### Was this article valuable for you?

  

---

## NOW WATCH:



**HOMEPAGE**

Jump to

Main content
Search
Account

Case 8:23-cv-01721-KKM-AEP   Document 50-23   Filed 08/28/23   Page 7 of 7 PageID 494

Hiring



\* Copyright © 2023 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service  and  Privacy Policy .

Contact Us   |   Masthead   |   Sitemap   |   Disclaimer   |   Accessibility   |   Commerce Policy   |   Advertising Policies   |   Coupons

|   Made in NYC   |   Jobs @ Insider

Stock quotes by finanzen.net    |   Reprints & Permissions

Your Privacy Choices

International Editions:

INTL   |   AS   |   AT   |   DE   |   ES   |   IN   |   JP   |   MX   |   NL   |   PL