# Exhibit 24

ADVERTISEMENT

**PROFILE**

# Fanatics

Jacksonville, Florida

## Fanatics Company Stats ⓘ

| Industry | Clothing, Shoes, Sports Equipment |
|---|---|
| Founded | 1995 |

**FORBES PROFILES**

## Capitalize on your Achievement

Claim This Profile

Headquarters   Jacksonville, Florida

Country/Territory   United States

CEO   Michael Rubin

Employees   8,000

### Forbes Lists

**#267**   America's Best Midsize Employers (2023)

**#137**   America's Largest Private Companies (2022)

## Fanatics Financial Summary

Select list year   2022

Revenue   $4B

Sources

### Related People & Companies

**Michael Rubin**
Company Stakeholder
[View Profile]

**Dillard's**
Related by Industry: Clothing, Shoes, Sports Equipment
[View Profile]

**ALSO ON FORBES**

England Set To Face Australia In Quest Of A First

### Jacksonville Jaguars

Located in Jacksonville, FL Metropolitan Area

View Profile

Women's World Cup Final

Republicans Rally Around Trump After Fourth Indictment

The Script For 'Moving' Was So Good Zo In-Sung Could Not Resist

ADVERTISEMENT

**More on Forbes**

9 minutes ago

### England Set To Face Australia In Quest Of A First Women's World Cup Final

By **Assile Toufaily**
Contributor

44 minutes ago

### Republicans Rally Around Trump After Fourth Indictment

By **Robert Hart**
Forbes Staff

49 minutes ago

## The Script For 'Moving' Was So Good Zo In-Sung Could Not Resist

By **Joan MacDonald**
Contributor

52 minutes ago

## Why NFL Teams Still Script Their First 15 Plays

By **Jeff Fedotin**
Contributor

55 minutes ago

Use Forbes logos and quotes in your marketing.

Logo Licensing

Reprints/Plaques

Forbes Profile

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

## Meet The Man Who Fought The Sacklers On Their Opioid Bankruptcy Deal

By **Diane Brady**
Forbes Staff

1 hour ago

## Governor Kim Reynolds Wants To Make Iowa The Nation's Next No-Income-Tax State

By **Patrick Gleason**
Contributor

2 hours ago

# Russia Sharply Hikes Interest Rates In Response To Slumping Ruble

By **Siladitya Ray**
Forbes Staff

2 hours ago

# Amazon Pharmacy Announces Coupons For Insulin—Revolutionizing Medication Access, Yet Again

By
**Sai Balasubramanian, M.D., J.D.**
Contributor

ADVERTISEMENT

2 hours ago

## David Beckham's Man-Fashion Odyssey, From Over-Tattooed Footie Icon To Inter Miami President

By **Guy Martin**
Senior Contributor

2 hours ago

## Amazon Pharmacy Launches $35 Insulin Coupons As Transparency Takes Hold

By **Bruce Japsen**
Senior Contributor

More Articles

# Forbes

© 2023 Forbes Media LLC. All Rights Reserved.

AdChoices       Privacy Statement       Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information       Privacy Preferences       Terms of Service
Digital Terms of Sale       Contact Us       Send Us Feedback       Report a Security Issue       Jobs At Forbes
Reprints & Permissions       Forbes Press Room       Advertise       Investors