# Exhibit 27

8/15/23, 1:08 AM
Case 8:23-cv-01721-KKM-AEP    Document 50-27    Filed 08/28/23    Page 2 of 4 PageID 516
NFL buys 3 percent equity stake in Jacksonville-based Fanatics

jacksonville.com | The Florida Times-Union

BUSINESS

# NFL buys 3 percent equity stake in Jacksonville-based Fanatics

Drew Dixon
Published 3:50 p.m. ET May 9, 2017

Jacksonville's Fanatics Inc. online sports apparel and memorabilia retailer has inked a deal with the NFL that calls for the league to invest $95 million into the company and boosts Fanatics' worth to more than $3.17 billion.

A Fanatics spokesman told the Times-Union the company is declining all comment. But several media accounts — most notably the Sports Business Journal — reported NFL owners voted unanimously in late March to purchase a 3 percent stake in Fanatics. That comes to about $95 million in value. The NFL Players Association has also purchased equity in the company.

The fact that Fanatics is now in part owned by the most lucrative sports league in the U.S. is "impressive," said Kristi Sweeney, assistant professor of sport management at the University of North Florida.

"When you actually look into the deal, it makes a lot of sense for the NFL to buy an equity stake," Sweeney said. "Mostly, what the NFL and the NFL Players Association are trying to do is really to see a greater return, given the rise in sales that Fanatics has had."

While the NFL is now a stakeholder in Fanatics, the company's chairman, Michael Rubin, remains the largest shareholder, owning about 70 percent of the business.

Still, Sweeney rated the NFL agreement a major success for Fanatics.

"Going forward with the NFL, I would assume the other professional leagues are going to make similar deals with Fanatics. I don't want to say Fanatics is the go-to, but really, they already are," Sweeney said.

The news of the NFL equity stake agreement comes after a series of high-profile developments with major professional sports leagues in the past year by Fanatics.

Just last week, the company completed its acquisition of VF Corp.'s Licensed Sports Group that includes Majestic apparel brand.

The Licensed Sports Group component of the company includes the Majestic brand, popular among athletic apparel for professional sports teams, most notably for Major League Baseball. MLB also has equity stakes in Fanatics.

The completion of the deal comes as Fanatics is undergoing unprecedented growth. Fanatics signed a major deal in October with uniform manufacturer Under Armour to outfit Major League Baseball teams with uniforms beginning in 2020.That deal will replace Majestic Athletic's current accord with MLB when it concludes in three years. Fanatics signed a similar agreement with the National Hockey League.

Fanatics' early online retail development shortly after the company was founded in a retail store at The Avenues mall in 1995 allowed it to surge past its competitors, Sweeney said.

"Fanatics has made their growth, and what I would say is continued dominance of the industry, by their investment in the technology and the infrastructure of running the licensed merchandise — essentially their websites — they've put money into that. That gives the teams and all the leagues the best technology to sell their merchandise," Sweeney said.

To Sweeney's point, at its Jacksonville headquarters, Fanatics revamped a mammoth warehouse at 5245 Commonwealth Ave. The company also added a manufacturing facility of about 200,000 square feet in the Westside Industrial Park, where it's leasing the space for the Fanatics apparel division that personalizes and customizes products.

In recent years, the company opened offices in New York, San Francisco, Philadelphia, Denver, Chicago and Fort Lauderdale. Distribution sites and warehouses have expanded to a total of 1.5 million square feet across the country outside of Columbus, Ohio; Louisville, Ky.; and Fort Lauderdale, which is the location for its sports memorabilia division known as Fanatics Authentic.

One of the few "risks" Fanatics might face, Sweeney said, is taking on so much additional business from agreements across various leagues that it might be hard-pressed to deliver the sheer volume of orders.

But Sweeney said if Fanatics continues expansion at its current pace and is able to deliver all merchandise, other equity stakes will likely follow.

"They're going to continue to grow," Sweeney said.

Drew Dixon: (904) 359-4098.