# Exhibit 28

8/15/23, 10:17 AM
Fanatics owner among possible bidders for NFL's Carolina Panthers
Case 8:23-cv-01721-KKM-AEP   Document 50-28   Filed 08/29/23   Page 2 of 3 PageID 520

jacksonville.com | The Florida Times-Union

BUSINESS

# Fanatics owner among possible bidders for NFL's Carolina Panthers

**Phillip Heilman** phillip.heilman@jacksonville.com
Published 11:32 a.m. ET March 12, 2018 | Updated 7:17 p.m. ET March 12, 2018

One possible bidder for the NFL's Carolina Panthers has significant business ties to Jacksonville.

Michael Rubin, owner and executive chairman of Jacksonville's Fanatics Inc. online sports apparel and memorabilia retailer, is a serious candidate to purchase the first NFL team for sale since the Buffalo Bills were sold in 2014, according to ESPN and multiple reports.

Fanatics officials did not respond to requests for comment on those reports.

Rubin, 45, is worth an estimated $3 billion and would be a familiar name to the league's owners. Last May, the NFL invested $95 million for a 3 percent stake in Fanatics. That deal boosted Fanatics' value to more than $3.17 billion at the time.

Rubin lives in Pennsylvania and has a minority stake in the NBA's Philadelphia 76ers, the NHL's New Jersey Devils and the Premier League's Crystal Palace soccer club. His company, GSI Commerce, acquired Fanatics in 2011. GSI was bought by eBay for $2.4 billion later that year, and Rubin bought back several of its assets, including Fanatics.

Rubin would be entering a somewhat crowded field of bidders for the Panthers, who were put up for sale by owner Jerry Richardson late last year following allegations of inappropriate workplace conduct. According to ESPN, other bidders include a hedge fund billionaire and the founder and CEO of a debt collection firm.

Rubin would become the second-youngest NFL owner behind San Francisco 49ers owner Jed York, who is 37.

As of last year, Forbes ranked Carolina as the 21st-most-valuable NFL franchise, worth about $2.3 billion. The Jaguars, who entered the league at the same time as the Panthers for the 1995 season, were 25th with a value of $2.075 billion.

*Phillip Heilman: (904) 359-4063*