# Exhibit 29

8/15/23, 10:32 AM
Case 8:23-cv-01721-KKM-AEP    Document 50-29    Filed 08/28/23    Page 2 of 3 PageID 523
Sportswear firm Fanatics hiring 2,000 for Jacksonville job openings

jacksonville.com | The Florida Times-Union

EMPLOYMENT

# Fanatics seeking 2,000 seasonal employees for Jacksonville sportswear warehouse operations



**Steve Patterson**
Florida Times-Union

Published 1:23 p.m. ET Sept. 11, 2020 | Updated 2:51 p.m. ET Sept. 11, 2020

Sportswear titan Fanatics said Friday it's trying to hire 2,000 people in Jacksonville for jobs that are planned to last through the end of the year.

Some jobs might continue into next year, but those would be "need-based" and can't be predicted yet, said company spokesman Seth Schlechter.

The Jacksonville-based company is looking mainly for warehouse employees to produce, pack and ship sports-themed clothing like shirts and jerseys bearing team names and logos. The company operates e-commerce websites for huge numbers of pro and college teams and leagues, and September through Christmas is its peak season for handling orders.

Most of the jobs pay between $13.50 and $16 per hour and cover multiple shifts and schedules. The company has a website – https://jobs.lever.co/fanatics – listing all of its openings.

The job openings are happening as many Jacksonville residents look for jobs to replace those lost during early months of the coronavirus pandemic. State officials said last month that that about 46,000 Duval County residents were counted as unemployed in July, the latest data available.

The future of some jobs is unclear simply because the company isn't sure what customer demand for sportswear will be in a year when the pandemic has turned business plans upside down.

The return of professional football this week is driving up orders for some Fanatics gear, but demand might weaken if, for example, a second wave of the pandemic this fall pushed team

owners to shorten or reschedule their seasons.

Schlechter said that 34 percent of employees hired for "peak season" jobs last year kept full-time work after the season was over, but he said there's no way to know whether that will happen again.

Fanatics' hiring push coincides with a court challenge by a former employee objecting to the way layoffs elsewhere in Florida were handled this year.

Fanatics and a related company, Fanatics Retail Group Fulfillment, LLC, were sued Wednesday in federal court in Tampa by an ex-employee, Olga Calero, who said layoffs last month at a facility in Hillsborough County "resulted in the termination of hundreds of employees … without proper legal notice."

The suit, which seeks to be a class-action against the company, said more than 100 full-time employees were furloughed in March and were told repeatedly they would be brought back to work. Instead, the suit said the company told those employees Aug. 24 that their jobs were being eliminated Aug. 28.

It argued the company had a legal duty to tell employees as soon as it was "reasonably foreseeable" that their jobs were being eliminated, and said Calero hadn't taken other work because she was told her job would return.

*Steve Patterson: (904) 359-4263*