# Exhibit 30

8/15/23, 10:23 AM
Judge: Tampa Fanatics employee stole trade secrets before taking job with competitor
Case 8:23-cv-01721-KKM-AEP Document 50-30 Filed 08/28/23 Page 2 of 7 PageID 526





SUBSCRIBE

NEWS

# Judge: Tampa Fanatics employee stole trade secrets before taking job with competitor

   



The Jacksonville warehouse of sports merchandise company Fanatics, Inc. (Courtesy of Fanatics)

By **Sara DiNatale** Former Times Staffer

Published April 5, 2018

One of the country's leading sports merchandise companies is tangled in an ongoing lawsuit after a former Tampa employee stole confidential documents to share for a new job with a competitor, according to court records.

Fanatics, a Jacksonville-based company that has its design hub in Tampa, filed a lawsuit in October, accusing a former manager with stealing thousands of pages of documents to share with competitor '47 Brand.

On Tuesday, a Jacksonville judge granted a temporary injunction after testimony accusing the former manager, Brad Leinbach, of not only stealing information, but also breaking non-compete and non-solicitation clauses in his contract with






SUBSCRIBE

**RELATED COVERAGE:** Sports merchandise giant Fanatics expands new Tampa design hub

In her findings, Judge Karen Cole called Leinbach's actions "brazen" and wrote he knowingly and willingly acted in breach of his contract.

In her ruling, Cole outlined the following:

• Leinbach told Fanatics he was leaving to move north because his wife had been offered a new job, which wasn't true. He also tried to get another employee to come with him.

• Shortly after, he used a blank flash drive from a coworker in human resources to download 2,113 spreadsheets, industry-specific presentations, 1,800 other documents, graphic art and text files. Among the files were contact information for vendors, compiled data, key market plans and other trade secrets.

**MORE:** Go here for more Business News

The court also obtained text messages between Leinbach and his new boss at 47 Brand, Greg Marshall, that indicated he was fully aware he was violating his contract by taking another job in sports merchandising and printing.

In one message exchange, Marshall told Leinbach "a copy of your non compete (sic) that I printed out earlier this week is going to start my fire pit tonight."

Leinbach responded he hoped "that is all it is worth as well."

The temporary injunction is slated to last a year, giving both parties an opportunity to negotiate a settlement to avoid a trial.

ADVERTISEMENT


SUBSCRIBE

Fanatics does not comment on pending litigation. Neither Leinbach nor his attorneys could be reached for comment Thursday.

*Contact Sara DiNatale at sdinatale@tampabay.com. Follow @sara_dinatale.*

**UP NEXT:** Beat Nb fishing tournament honors memory of 2-year-old



**SARA DINATALE**
Former Times Staffer



Turning 65 in October: What are my Medicare enrollment timing options?

**MORE FOR YOU**

The reopening of 'Barbie! Barbie! Barbie!' vs. 'Trump! Trump! Trump!' | Column

• Opinion



SUBSCRIBE

Turning 65 in October: What are my Medicare enrollment timing options?

58 minutes ago
• Health

ADVERTISEMENT



Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning
Guthealthwellness

What to Know About RMDs and Taxes
SmartAsset

MD: If You Have Dark Spots, Do This Immediately (It's Genius!)
GundryMD

2nd man arrested in death of Seffner mother found slain in car

1 hour ago
• Hillsborough

Coast Guard finds boat in Gulf of Mexico 8 miles off Pasco. The boater is missing.

1 hour ago
• Pasco

Hillsborough County solar project tries to lower startup costs for residents

2 hours ago
• Environment

Meet the St. Petersburg woman who rescues baby squirrels at Squirrelly AF

3 hours ago
• Life & Culture

Tampa Bay small businesses feel the pain of a quiet summer

4 hours ago
• Business

Florida hospitals rebound from severe nursing shortage during pandemic

4 hours ago
• Health

8/15/23, 10:23 AM
Judge: Tampa Fanatics employee stole trade secrets before taking job with competitor
Case 8:23-cv-01721-KKM-AEP Document 50-30 Filed 08/28/23 Page 6 of 7 PageID 530



SUBSCRIBE

Florida drivers, get ready for sharp increases in auto insurance rates

• Business

**How much could it cost to expand Hillsborough commission? Millions.**

4 hours ago

• Hillsborough

ADVERTISEMENT



ADVERTISEMENT

ADVERTISEMENT



© 2023 All Rights Reserved | **Times Publishing Company**

? Help chat ›

📰 Subscribe

✉ Newsletters

🆔 My Account



SUBSCRIBE



CONTACT US

ABOUT US

SUBMIT A NEWS TIP

JOIN US

MEDIA KIT

PLACE AN AD

LEGAL DISCLAIMERS

PUBLIC NOTICES

SHOP

