# Exhibit 31

8/15/23, 11:16 AM
Fanatics' online roots, and how it profits from being nimble | Jax Daily Record
Case 8:23-cv-01721-KKM-AEP Document 50-31 Filed 09/20/23 Page 2 of 6 PageID 533

Article Reprints   Mobile App   Subscribe   Login



# JACKSONVILLE
# Daily Record

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties



SouthState — Banking Solutions to Move Your Business Forward. Member FDIC

# Fanatics' online roots, and how it profits from being nimble

Company executive Jack Boyle offers insights into how online retailer works at JAXUSA Partnership luncheon.

By **Mark Basch**  | 6:50 a.m. December 15, 2017



Fanatics executive Jack Boyle



NAIOP COMMERCIAL REAL ESTATE DEVELOPMENT ASSOCIATION NORTHEAST FLORIDA CHAPTER
Luncheon with Dr. Walter Kemmsies, Port Expert
Sept. 14th · San Jose Country Club
REGISTER NOW

**NEWS**          Share   

Many area residents already know the story of Fanatics Inc. and how the Jacksonville-based online sports merchandising giant started with a single retail store in the Orange Park Mall.

But at a quarterly luncheon of JAXUSA Partnership on Thursday, Fanatics executive Jack Boyle told the story of how the company got into the online retail business.

The family-run business, founded by brothers Alan and Mitchell Trager, opened the store called Football Fanatics in 1995 as the Jacksonville Jaguars began their first season.

"The business was really strong right out of the box," said Boyle, who joined Fanatics in 2012 and is co-president of its direct-to-consumer/omni-channel business.

Because of the early success and popularity of the team, the store sold a lot of Jaguars merchandise and opened a second store in The Avenues mall in 1997.

"They were incredibly lucky to be in the situation they fell into," Boyle said.

But beyond the two stores, someone in the family had the bright idea to take advantage of the new "World Wide Web" and see if the company could sell merchandise over the internet, he said.

It bought a large shipment of Ohio State University clothing and when Ohio State won a big game in 1997, the company posted pictures of the merchandise and put it up for sale online.

"In a matter of minutes – not hours or days – the product sold out," Boyle said at the luncheon at the Hyatt Regency Jacksonville Riverfront.

Fanatics has grown a lot since it operated its online business out of the two mall stores.

It employs 1,000 people year-round at four Jacksonville facilities and up to 2,500 people during the current peak holiday season, Boyle said.

Revenue for the company exceeds $2 billion a year and it has relationships with every major professional sports league in the U.S. and a number of college sports and international teams.

The Tragers sold the company in 2011 to Pennsylvania-based GSI Commerce Inc.

Boyle said Fanatics is now a "V-commerce" business, meaning it's "vertical," not only selling merchandise, but designing and manufacturing it so it can respond quickly to consumer demand.

"It's the future of e-commerce," he said.

Boyle said retailers would normally have to make merchandise decisions nine or 10 months in advance, but the ups and downs of sports teams and personalities force Fanatics to move a lot quicker.

"In our business, it's tough to predict what's going on," he said. "You don't know what's going to happen, who's going to win, who's going to lose."

As an example, he cited the Jaguars first game this season, when the team sacked Houston Texans quarterbacks 10 times and fans unofficially began calling the team "Sacksonville."

"It went out on social media," Boyle said, and the company responded.

"Within an hour after the game, we had Sacksonville merchandise available online."

Boyle said sales of Jaguars merchandise increased 100 percent because of the team's success this year, but he would not give sales figures.

Another example came this week when baseball star Giancarlo Stanton was traded to the New York Yankees from the Miami Marlins. Within seconds of the trade being officially announced at 2 p.m. Monday, Fanatics had merchandise available, and it has sold $1 million in Stanton-Yankee gear this week, Boyle said.

Boyle said rapid response is a key to Fanatics' success.

"You have to disrupt. You have to move fast," he said.

## APR Energy honored

Another Jacksonville-based company known for moving fast was honored at the JAXUSA event as its international company of the year, APR Energy.

# Newsletter

**Sign up to receive our news in your inbox!**

Your email address                **SIGN UP**

## More Like This

**September 20, 2001 | 12:00 P.M.**

**Jaguars, Football Fanatics form a team**

**April 10, 2014 | 12:00 P.M.**

**Mack to replace retiring Trager at Fanatics**

**June 10, 2013 | 12:00 P.M.**

**WSJ: Fanatics expects $1B in revenue**


**May 15, 2023 | 9:39 A.M.**

**Fanatics acquiring U.S. operations of PointsBet**


**May 13, 2021 | 4:46 P.M.**

**Fanatics sells $322.56 million in stock to group of 28 investors**

APR builds fast-track power plants around the world in situations where electricity is needed quickly.

For example, it has been providing power in parts of Puerto Rico after Hurricane Maria severely damaged the island's infrastructure.

CEO John Campion said APR has 170 employees at its Jacksonville headquarters, and those employees represent 45 nationalities and speak 35 languages.

He said Jacksonville was the perfect place to start the company in 2004, because of its strong business community and the appeal of the area's lifestyle as it recruits employees.

"I keep telling people if you're going to start a business, start it in Jacksonville," Campion said.

## International Business person of the year

Darnell Smith, North Florida market president for Florida Blue, was named international business person of the year.


ADVERTISING

## More News


Mathis Report
**Lululemon more than doubling size at St. Johns Town Center in almost $1 million project**
August 15, 2023 | 8:53 A.M.


Restaurants
**Dutch Bros Coffee up to four Jacksonville area locations in eastbound expansion**
August 14, 2023 | 12:10 A.M.


Mathis Report
**Permit issued for Five Below to build-out in Gateway Town Center**
August 15, 2023 | 12:05 A.M.


Restaurants
**City reviewing plans for Chick-fil-A's drive-thru-only site in Atlantic North**
August 14, 2023 | 12:05 A.M.


Law
**Law clerk vacancy in federal court**
August 15, 2023 | 12:00 A.M.


Law
**The Florida Bar backs rules change on law school grads**
August 14, 2023 | 12:00 A.M.


Mathis Report
**FedEx Freight remodeling warehouse**
August 15, 2023 | 12:00 A.M.



Mathis Report
**Bank of America Tower amenity floor in review**
August 14, 2023 | 12:00 A.M.

## Sponsored Content 



**Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens**
AD BY GUNDRYMD



**Doctor Discovers Natural Solution for Macular Degeneration (Watch)**
AD BY VISFIX



**What a Walk-in Tub Should Cost if You're over 65**
AD BY SENIOR BATH SOLUTIONS



**Seniors Under 85 Open Your Own Franchise Business For Only $20k**
AD BY NATION.COM



**Transform Your Weeder to a Beast That Slices Through Anything!**
AD BY SHEREM



**The Delightful Pond Colored Fountains is Designed to Attract Hummingbirds,birds**
AD BY SHEREM



**Turn off Your AC & Plug in This Instead**
AD BY CHILLWELL



**Forget Retinol, Use This Household Item To Fill In Wrinkles**
AD BY BEVERLY HILLS MD



**MD: Do This Immediately if You Have Toenail Fungus (Watch)**

AD BY EHEALTHYLIFEJOURNAL.COM



# Daily Record
## JACKSONVILLE

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties

**Contact**

121 W. Forsyth St., Suite 150
Jacksonville, FL 32202

Phone: 904-356-2466
Fax: 904-353-2628
Email: Info@JaxDailyRecord.Com

  

**Sister Sites**

Business Observer
Your Observer
Orange Observer
Observer Local News

**More**

About Us
Contact Us
Advertise
Subscribe
Jobs
Services
Privacy Policy
Help
Rack Locations

**Newsletter**

Your email address    SIGN UP

**Verified Audit**

USPS Periodicals Permit (190-620)
as required for Public Notices per section 50.011 (1) (e), F.S.
Verified Audit
1101 Fifth Ave. Ste, 270
San Rafael, CA 94901
(415) 461-6006
www.verifiedaudit.com
Auditor's Certification
Statement of Ownership

Copyright © 2023 Observer Media Group Inc., All Rights Reserved