# Exhibit 32

Article Reprints    Mobile App    Subscribe    Login      



Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties



# Fanatics seeking changes to economic development agreement

Company wants to substitute improvements it made a facility not included in the 2015 deal.

By **Mike Mendenhall**   | 5:20 a.m. July 9, 2019





GOVERNMENT                                      Share   

Fanatics, the Jacksonville-based e-commerce retailer of licensed sports merchandise, is asking the city to allow capital investments made at its 7215 Financial Way location to qualify for its 2015 economic development agreement.

The 2015 agreement extends a seven-year, 50% Recaptured Enhanced Value grant to Fanatics capped at $300,000 for renovations and expansion of the company's facilities at 8100 Nations Way and 6800 Southpoint Parkway.

According to the city Office of Economic Development, Fanatics has invested $9.8 million in its Jacksonville operations as of Dec. 31 and has reported 437 jobs, hitting benchmarks required by the agreement. But some of that investment was done at the company's Financial Way property — a facility not included in the agreement.

Ordinance 2019-471, introduced June 25 by District 3 City Council member Aaron Bowman at the request of Mayor Lenny Curry, would amend the 2015 agreement to include 7215 Financial Way and eliminate the Southpoint Parkway facility.

Fanatics promised $10 million in capital investments over five years. The agreement also requires the company to retain 400 permanent jobs and create 80 jobs with an average annual salary of $85,808 by Dec. 31.

## Newsletter



Sign up to receive our news in your inbox!

Your email address      **SIGN UP**

8/15/23, 11:18 AM        Fanatics seeking changes to economic development agreement | Jax Daily Record
Case 8:23-cv-01721-KKM-AEP   Document 50-32   Filed 09/28/23   Page 3 of 5 PageID 540

In a legislation fact sheet, OED officials said Fanatics is on track to meet those commitments.

"While the company has met the capital investment requirements and new job requirements to date, in part they did so at a location not listed in the agreement," OED Executive Director Kirk Wendland wrote.

Fanatics would receive up to six REV grant payments from the city in fiscal 2019-20 in the amended agreement, with the final payment scheduled in FY 2024. The cap would remain at $300,000.

Fanatics also is seeking to opt out of $240,000 in state and city Qualified Target Industry Tax Refund payments in the original economic development agreement, about $3,000 per job created. The city's local financial support for the QTI was $600 per job, not to exceed $48,000.

The proposed legislation would eliminate QTI incentives from the agreement. According to OED officials, no city-backed payments have been made to Fanatics

The bill will have to be approved by the City Council Finance Committee before a final vote.

Fanatics has its roots at Orange Park Mall where it opened in 1990 as an athletics apparel retail store. It has since grown to operate more than 300 online and offline stores, including e-commerce business for all major U.S. professional sports leagues — NFL, MLB, NHL, MLS, NASCAR and the PGA.

## More Like This

**April 22, 2015 | 12:00 P.M.**
**Fanatics seeks $1.4 million in city and state incentives to expand**


**May 27, 2020 | 11:40 A.M.**
**City Council approves $760,000 in tax rebates for 3 projects**

**April 23, 2015 | 12:00 P.M.**
**Fanatics seeking $1.4 million in incentives to add 80 jobs and expand in Jacksonville**


**May 12, 2020 | 11:34 A.M.**
**Code-named Project Cyclone seeks incentives to add 475 jobs**


**May 7, 2020 | 1:42 P.M.**
**Project Academy, Project Skateboard move to Council**

---

ADVERTISING





## More News


**Mathis Report**
**Lululemon more than doubling size at St. Johns Town Center in almost $1 million project**
August 15, 2023 | 8:53 A.M.


**Restaurants**
**Dutch Bros Coffee up to four Jacksonville area locations in eastbound expansion**
August 14, 2023 | 12:10 A.M.


**Mathis Report**
**Permit issued for Five Below to build-out in Gateway Town Center**
August 15, 2023 | 12:05 A.M.


**Restaurants**
**City reviewing plans for Chick-fil-A's drive-thru-only site in Atlantic North**
August 14, 2023 | 12:05 A.M.


**Law**
**Law clerk vacancy in federal court**
August 15, 2023 | 12:00 A.M.


**Law**
**The Florida Bar backs rules change on law school grads**
August 14, 2023 | 12:00 A.M.

https://www.jaxdailyrecord.com/news/2019/jul/09/fanatics-seeking-changes-to-economic-development-agreement/        2/4


**Mathis Report**
**FedEx Freight remodeling warehouse**
August 15, 2023 | 12:00 A.M.


**Mathis Report**
**Bank of America Tower amenity floor in review**
August 14, 2023 | 12:00 A.M.

## Sponsored Content


**What a Walk-in Tub Should Cost if You Have Medicare**
AD BY SMART LIFESTYLE TRENDS


**The 1 Household Item That Visibly Tightens Saggy Skin**
AD BY BEVERLY HILLS MD


**Seniors Under 85 Open Your Own Franchise Business For Only $20k**
AD BY NATION.COM


**Top Vet: "If You Can't Brush Your Dog's Teeth Daily, Do This"**
AD BY DOGFOODDISCOVERY.COM


**Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens**
AD BY GUNDRYMD


**Doctor Stunned: This Household Item Removes Wrinkles Like Crazy! (Try Tonight)**
AD BY 101 LIFE HACKS


**Heart Surgeon Begs Americans: "Stop Doing This To Your Fruit"**
AD BY GUNDRY.MD


**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**
AD BY GUNDRYMD


**Grandma Attacked Outside Store In Fort Lauderdale**

AD BY SAFEALARM



# Daily Record
## JACKSONVILLE

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties

**Contact**

121 W. Forsyth St., Suite 150
Jacksonville, FL 32202

Phone: 904-356-2466
Fax: 904-353-2628

Email: Info@JaxDailyRecord.Com

  

**Sister Sites**

Business Observer
Your Observer
Orange Observer
Observer Local News

**More**

About Us
Contact Us
Advertise
Subscribe
Jobs
Services
Privacy Policy
Help
Rack Locations

**Newsletter**

[ Your email address ]   SIGN UP

**Verified Audit**



USPS Periodicals Permit (190-620)
as required for Public Notices per section 50.011 (1) (e), F.S.
Verified Audit
1101 Fifth Ave. Ste. 270
San Rafael, CA 94901
(415) 461-6006
www.verifiedaudit.com
Auditor's Certification
Statement of Ownership

Copyright © 2023 Observer Media Group Inc., All Rights Reserved