# Exhibit 33

Article Reprints    Mobile App    Subscribe    Login



# JACKSONVILLE
## Daily Record

Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties



# Report: Fanatics Inc. raises $1.5 billion from a new investor group

The value of the company is now $27 billion, The Wall Street Journal says.

By **Mark Basch**    | 6:50 p.m. March 2, 2022



**BUSINESS**

Share





Jacksonville-based sports merchandising firm Fanatics Inc. raised $1.5 billion from a new group of investors that pushed the value of the company to $27 billion, according to March 2 report by The Wall Street Journal.

The company was valued at $18 billion in mid-2021 but continues to attract new investors and expand its operations.

In the past two months, it bought the trading card business of Topps Inc. and a 75% interest in vintage sports jersey firm Mitchell & Ness.

The $1.5 billion investment came from a group including Fidelity Management & Research Co., funds managed by BlackRock Inc. and a company controlled by Dell Technologies founder Michael Dell, the Journal reported.

Brothers Alan and Mitchell Trager founded Fanatics in 1995 with a single store in the Orange Park Mall.

The Tragers sold the company in 2011 and it now is part of a Philadelphia-based holding company called Kynetic.

ADVERTISING



## More News



**Mathis Report**
**Lululemon more than doubling size at St. Johns Town Center in almost $1 million project**
August 15, 2023 | 8:53 A.M.



**Restaurants**
**Dutch Bros Coffee up to four Jacksonville area locations in eastbound expansion**
August 14, 2023 | 12:10 A.M.



**Mathis Report**
**Permit issued for Five Below to build-out in Gateway Town Center**
August 15, 2023 | 12:05 A.M.



**Restaurants**
**City reviewing plans for Chick-fil-A's drive-thru-only site in Atlantic North**
August 14, 2023 | 12:05 A.M.



**Law**
**Law clerk vacancy in federal court**
August 15, 2023 | 12:00 A.M.



**Law**
**The Florida Bar backs rules change on law school grads**
August 14, 2023 | 12:00 A.M.



**Mathis Report**
**FedEx Freight remodeling warehouse**
August 15, 2023 | 12:00 A.M.



**Mathis Report**
**Bank of America Tower amenity floor in review**
August 14, 2023 | 12:00 A.M.

## Sponsored Content



**If You Have Toenail Fungus Do This Immediately**
AD BY TRENDIFYER



**Doctor Discovers Natural Solution for Macular Degeneration (Watch)**
AD BY VISFIX

## Newsletter

Sign up to receive our news in your inbox!

Your email address       **SIGN UP**

## More Like This



**February 18, 2022 | 5:06 P.M.**
**Fanatics-led group pays $250 million for Mitchell & Ness**



**April 7, 2022 | 10:02 A.M.**
**Report: Fanatics investors include NFL, other sports leagues**



**August 11, 2021 | 5:00 A.M.**
**Reports: Fanatics raises $325 million in capital from investors that include Jay-Z**



**December 6, 2022 | 6:00 P.M.**
**Report: Fanatics worth $31 billion**



**May 13, 2021 | 4:46 P.M.**
**Fanatics sells $322.56 million in stock to group of 28 investors**



**What a Walk-in Tub Should Cost if You're over 65**

AD BY SENIOR BATH SOLUTIONS



**Turn off Your AC & Plug in This Instead**

AD BY CHILLWELL



**Why Your Chainsaw Needs This Sharpener**

AD BY DOTMALLS



**A 70-year-old Grandmother Designed a Bra for Women That is Popular All over**

AD BY SURSELL



**Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens**

AD BY GUNDRYMD



**Doctor Stunned: This Household Item Removes Wrinkles Like Crazy! (Try Tonight)**

AD BY 101 LIFE HACKS



**The Delightful Pond Colored Fountains is Designed to Attract Hummingbirds,birds**

AD BY SHEREM





# Daily Record
### JACKSONVILLE
Business & Legal News in Baker, Clay, Duval, Nassau & St. Johns Counties

| Contact | Sister Sites | More | Newsletter |
|---|---|---|---|
| 121 W. Forsyth St., Suite 150 Jacksonville, FL 32202 | Business Observer | About Us | |

Phone: 904-356-2466
Fax: 904-353-2628
Email: Info@JaxDailyRecord.Com

Your Observer
Orange Observer
Observer Local News

Contact Us
Advertise
Subscribe
Jobs
Services
Privacy Policy
Help
Rack Locations

Your email address    SIGN UP

Verified Audit

USPS Periodicals Permit (190-620)
as required for Public Notices per section 50.011 (1) (e), F.S.
Verified Audit
1101 Fifth Ave. Ste, 270
San Rafael, CA 94901
(415) 461-6006
www.verifiedaudit.com
Auditor's Certification
Statement of Ownership

Copyright © 2023 Observer Media Group Inc., All Rights Reserved