# Exhibit 34

8/15/23, 10:23 AM                        Jax-based Fanatics Inc. wins lawsuit against former employee, competitor - Jacksonville Business Journal

Case 8:23-cv-01721-KKM-AEP   Document 50-34   Filed 08/28/23   Page 2 of 4 PageID 549

**FOR THE EXCLUSIVE USE OF JHILBORN@BSFLLP.COM**

From the Jacksonville Business Journal:
https://www.bizjournals.com/jacksonville/news/2018/04/05/jax-based-fanatics-inc-wins-lawsuit-against-former.html

SUBSCRIBER CONTENT:

Sports Business

# Jax-based Fanatics Inc. wins lawsuit against former employee, competitor



Fanatics wins temporary injunction against former employee, Brad Leinbach and sports apparel company, 47 Brand



By Junior Skepple – Reporter, Jacksonville Business Journal
Apr 5, 2018    Updated Apr 6, 2018 2:50pm EDT

8/15/23, 10:35 AM                                    Jacksonville-based Fanatics Inc. wins lawsuit against former employee, competitor - Jacksonville Business Journal

Case 8:23-cv-01721-KKM-AEP    Document 50-34    Filed 08/28/23    Page 3 of 4 PageID 550

Jacksonville-based apparel company Fanatics won a court decision against a former employee and direct competitor this week.

Court documents state the former Fanatics employee was Brad Leinbach. He worked for VF Corp.'s Licensed Sports Group when it was purchased by Fanatics in April of 2017. After the sale, Leinbach began working with Fanatics as manager of special events and contact printing.

On August 28, about four months after his employment with Fanatics began, Leinbach informed Fanatics that he intended to resign. Fanatics tried to induce him to stay by offering him an improved compensation package that included a 50 percent increase in salary over a designated period of time, the court documents read.

The court documents state Fanatics management was unaware Leinbach had already accepted a job with 47 Brand, a sports lifestyle merchandise company that is a direct competitor to Fanatics.

After informing Fanatics of his resignation, the documents read, Leinbach used a flash drive given to him by another Fanatics employee to download thousands of files from Fanatics that "he planned to share with and to use for the benefit of, his new employer."

The downloaded files included, but are not limited to:

- 2,113 Excel spreadsheets belonging to Fanatics
- 44 industry-specific Fanatics PowerPoint presentations
- 1,800 additional documents, including work-related graphic art and Word files

Leinbach provided the materials to Greg Marshall, his new supervisor at 47 Brand, according to the lawsuit. Leinbach's violations also include violating the non-compete and non-solicitation provision in his contract, per court documents. Leinbach was in violation of his non-compete clause when he accepted the job with 47 Brand in a role similar if not the same as the one he occupied at Fanatics.

After leaving Fanatics, Leinbach attempted to recruit current Fanatics employees to work for 47 Brand, a violation of his non-solicitation clause, per court documents.

Duval County Court Circuit Judge Karen K. Cole ruled in favor of Fanatics by issuing a temporary injunction.

8/15/23, 10:23 AM
Jacksonville-based Fanatics Inc. wins lawsuit against former employee, competitor - Jacksonville Business Journal

Case 8:23-cv-01721-KKM-AEP   Document 50-34   Filed 08/28/23   Page 4 of 4 PageID 551

According to documents the judge ordered that:

- Defendant Brad Leinbach must immediately return all the documents and information he took from Fanatics and he must file with the Clerk of Court a sworn certificate certifying under penalty of perjury that he has complied with the judge's orders
- Leinbach, temporarily, cannot engage in 'business activity,' continue his employment with 47 Brand or disclose to any third-party Fanatics' confidential information.