# Exhibit 36

NEWS

# Fanatics to hire 2500 seasonal positions in Jacksonville

One of largest employers on the First Coast is looking to hire 2500 seasonal employees on Saturday during a job fair at The University of North Florida. Fanatics is an online retail giant that specializes in making authentic team gear and has multiple production and distribution facilities throughout Jacksonville.





**IN OTHER NEWS**

Good Morning Jacksonville 6am

Author: **Kamrel Eppinger**
Published: **4:08 AM EDT September 21, 2018**
Updated: **6:33 AM EDT September 21, 2018**

 

One of largest employers on the First Coast is looking to hire 2500 seasonal employees on Saturday during a job fair at The University of North Florida. Fanatics is an online retail giant that specializes in making authentic team gear and has multiple production and distribution facilities throughout Jacksonville.

In an effort to meet the demands for peak season the company is recruiting customers service representatives, picking and packing associates, and merchandising associates.

"It's a ton of fun, our sales will quadruple during that time and it's really exciting, we'll have a lot people in here all these machines you see behind me will be humming knocking out orders for our fans," Skip Smith said. Smith is the Vice President of Operations.

"You name a team and we make it out of here. We have four buildings here in Jacksonville, we've got buildings in Vegas, Ohio Kentucky, southern Florida, as well as Colorado and our other home office in San Mateo California."

One of the production facilities on the Northwest side of Jacksonville is about 200,000 square and ships out thousands of custom-made T-shirts and sports apparel daily.

"In this building, we manufacture T-shirts on demand for our customers it's what makes our company so special we have the verticalization to be able to create as you want it," Smith said.

With the recent success of the local big cats sales and the number of job opportunities continue to rise.

"Jags are a fabulous story when you think about it just after the Patriots we saw sales increased by 300 percent which is fantastic and since the season began we're at 275 percent increase sales."

To apply visit http://www.fanatics.com/jaxjobs or you can apply in person at the job fair tomorrow.

Fanatics 2018 Recruiting Event:

When: Saturday, September 22, 2018 (9 AM to 12 PM ET)

Where: University of North Florida

Adam Herbert University Center (free parking available)

12000 Alumni Drive

Jacksonville, FL 32224

## Ft Lauderdale Restaurant Named Best Burger In USA
TheFashionBall | Sponsored

## Ft Lauderdale Steakhouse Named Best In The Country
TheFashionBall | Sponsored

## Government to pay Camp Lejeune victims $230,000
Veterans, their surviving family members, and civilians who lived or worked at Camp Lejeune can claim compensation from the government for injuries and wrongful death.
Camp Lejeune Water Claims | Sponsored

Sign Up

## Here's What a New Gutter System Should Cost
leaffilterusa.com | Sponsored

Learn More

**'Remember the Titans' Cast, Then and Now**

Most of these actors have gone on to have gone to incredibly successful careers and some not. Here is what the cast of Remember The Titans doing now.

NotFries | Sponsored

**What Darla and the Little Rascals Looked Like After They Grew Up**

YourDIY | Sponsored

**Woman on death row back in Jacksonville ahead of resentencing for 'buried alive' case**

WTLV

**Missing St. Augustine boater gives 'hang loose' hand sign after rescue**

WTLV

LOADING NEXT ARTICLE...