# Exhibit 37











8/19/23, 10:31 AM Sports Apparel, Jerseys, Hats, Sports Fan Gear & Collectibles | Fanatics.com | Officially Licensed Everything

Case 8:23-cv-01721-KKM-AEP Document 50-37 Filed 08/23/23 Page 4 of 8 PageID 563







Case 8:23-cv-01721-KKM-AEP   Document 50-37   Filed 08/23/23   Page 5 of 8 PageID 564



| OHIO STATE | EAGLES | DODGERS | LAKERS | GOLDEN KNIGHTS | PARIS SAINT-GERMAIN |
| --- | --- | --- | --- | --- | --- |
| GEORGIA | JETS | BRAVES | NUGGETS | BLACKHAWKS | USWNT |
| MICHIGAN | COWBOYS | YANKEES | WARRIORS | BRUINS | INTER MIAMI CF |
| ALABAMA | 49ERS | RED SOX | BULLS | RANGERS | MANCHESTER UNITED |
| TENNESSEE | VIKINGS | REDS | CELTICS | KRAKEN | BARCELONA |
| LSU | BILLS | CUBS | 76ERS | DEVILS | CHELSEA |
| ALL TEAMS | ALL TEAMS | ALL TEAMS | ALL TEAMS | ALL TEAMS | ALL TEAMS |









FASHION HEADWEAR

POP CULTURE



SCHOOL SUPPLIES & BACKPACKS



TERVIS



8/19/23, 10:13 AM  Sports Apparel, Jerseys, Hats, Sports Fan Gear & Collectibles | Fanatics.com - Officially Licensed Everything

Case 8:23-cv-01721-KKM-AEP   Document 50-37   Filed 08/23/23   Page 8 of 8 PageID 567



DEAL ENDS SOON!  48 HOURS ONLY!  UP TO 65% OFF SITEWIDE  USE CODE: LEAGUE  Terms and Exclusions Apply Click For Details

           

Jersey Assurance — Now Jerseys Are *Trade Resistant.* Learn More

Scarves  |  Josef Martinez Jerseys  |  Carlos Vela Jerseys  |  Chicharito Galaxy Jersey

## NASCAR Gear

2023 Daytona 500 Champ Merchandise  |  Ricky Stenhouse Jr. Daytona 500 Gear  |  NASCAR Diecasts  |  NASCAR Hats  |  NASCAR T-Shirts  |  NASCAR Jackets  |  NASCAR Cup Series Gear  |  Vintage NASCAR Shirts  |  NASCAR All Star Race Gear  |  NASCAR Trucker Hats  |  Chase Elliott Diecasts  |  Dale Earnhardt Jr. Hall of Fame Gear

## Golf: Peter Millar, Official Outfitter of U.S. Open

### Customer Service
Contact Us
Help
Track My Order
Shipping
Size Chart
Gift Cards
Zip
Bolt

### Worry Free Shopping
Promo Terms and Exclusions
Coupons & Promotions
Customer Testimonials
Satisfaction Guarantee
Safe Shopping
365-Day Returns
Authenticity Verification

### Information
About Us
Advertise With Us
Affiliate Program
Ambassador Program
FanCash Rewards
FanCash+
FanCash Rewards Card
Fanatics Live
Corporate Info
Careers
Volume Sales
All In Challenge
Fanatics Blog

### Get the App


Stay updated on sales, new items and more.

SIGN UP & SAVE!

### Follow Us
    

Privacy Policy  |  Your Privacy Rights  |  Terms of Use  |  Interest-Based Advertisement  |  CA Supply Chains Act/UK Modern Slavery Act  |  Site Map  |  Shopping Internationally? Visit fanatics.co.uk

© Fanatics, Inc., 2023. All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, Inc.

