# Exhibit 38





# Gregg Winiarski

Experienced Public Company General Counsel • Seasoned C Suite Leader • Public Company Board Member • Human Resources/People Operations

Dobbs Ferry, New York, United States

817 followers · 500+ connections

Join to view profile

 Fanatics, Inc.

## About

• Experienced Chief Legal Officer and executive leader with a successful track record in managing the global legal, compliance and government affairs functions for a complex and dynamic publicly-traded, multi-business enterprise. Trusted advisor to the Board of Directors and senior management team. Broad legal, financial and business experience in the media and technology sectors.

• Extensive transactional experience in mergers & acquisitions (public and private), joint ventures and partnerships and other complex corporate arrangements – including identifying and exploring opportunities, diligence, structuring, negotiation and execution of transactions.

    

• Builder and leader of high-performing teams across organizations. Demonstrated ability to partner with a wide array of management teams and styles.

• Leader in all aspects of the human resources function, including compensation, employee benefits and compliance. Broad experience in the design and implementation of complex equity compensation plans and arrangements.

## Experience


**Fanatics, Inc.**
2 years 1 month

### Chief Legal Officer
Feb 2023 - Present · 7 months
New York

### Senior Advisor
Aug 2021 - Jan 2023 · 1 year 6 months
United States


### Adjunct Professor
Fordham University
Aug 2021 - Present · 2 years 1 month
New York City Metropolitan Area
Adjunct Professor at Fordham University's Gabelli School of Business


### Member of the Board of Directors
Angi
Sep 2017 - Jun 2022 · 4 years 10 months
Denver, Colorado
(Nasdaq: ANGI)




Feb 2005 - Jun 2021 · 16 years 5 months

New York, New York



**Member of the Board of Directors**

LiveSafe

Jan 2016 - Oct 2020 · 4 years 10 months

Arlington, VA



**Member of the Board of Directors**

Match Group

Nov 2015 - Jun 2020 · 4 years 8 months

(Nasdaq: MTCH)



**Associate**

Skadden Arps Slate Meagher & Flom

1997 - 2005 · 8 years



**Accountant**

Ernst & Young

Aug 1992 - Aug 1994 · 2 years 1 month

# Education



**Columbia Law School**

J.D. · Law

1994 - 1997



**Fordham University**

Bachelor of Science (BS) · Accounting and Business/Management

1988 - 1992




See who you know in common

Get introduced

Contact Gregg directly

Join to view full profile



## People also viewed

**Ari Borod**
Chief Business Officer at Fanatics Betting & Gaming
New York, NY

**David Goldberg**
Something New | Ex CTPO Fanatics Collectibles
New York, NY

**Rob Stienes**
SVP, Legal Affairs at Fanatics Holdings, Inc.
Malvern, PA

**Ben Chwick**
M&A at Fanatics, Inc.
New York, NY

**Alex Smith**
VP Regulatory Affairs at Fanatics Betting & Gaming

 

NYU Stern School of Business, College of William and Mary

Amawalk, NY

**Matthew Mao**

Senior Vice President, Legal at Fanatics Holdings, Inc.

New York, NY

**Rick Eddy**

Finance and BizOps Leader | VP at Fanatics

New York, NY

**Chris Tarbell**

Associate General Counsel at Fanatics, Inc. (Privacy and Data Security)

Los Angeles, CA

**Caren Yeamans**

SVP, General Counsel at Fanatics Commerce | Views are my own

Jacksonville, FL

Show more profiles

 **Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Add new skills with these courses

 Building an Effective Cybersecurity Program for Your Startup

 Mergers & Acquisitions

 Pitching to Investors

  

# Gregg's public profile badge

Include this LinkedIn profile on other websites

 **Gregg Winiarski**
Experienced Public Company General Counsel • Seasoned C Suite Leader • Public Company Board Member • Human Resources/People Operations

 Chief Legal Officer at Fanatics, Inc.

View profile                                                                         Linked in

View profile badges

© 2023                                                      About

Accessibility                                               User Agreement

Privacy Policy                                              Your California Privacy Choices

Cookie Policy                                               Copyright Policy

Brand Policy                                                Guest Controls

Community Guidelines                                        Language