# Exhibit 39

(7 Records)

Business Overview (1)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Docket Records (1)
Background Information
Corporate Filings Summary (4)
Full-Text Documents
Corporate Filings (4)
Miscellaneous
Report Section(s) with no Matches (101)

## Business Overview (1 Section)



| Address: | 8100 NATIONS WY<br>JACKSONVILLE, FL 32256 |
|---|---|
| Additional Entity Source(s): | Corporate Filings - Secretary of State |
| Active Ticker Symbols: | |
| Inactive Ticker Symbols: | |
| Location of Incorporation: | DELAWARE |
| Registered Agent: | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS |
| Filing Date: | 11/08/2021 |
| Filing Number: | 202131410038 |

## Corporate Filings Summary (4 Records)

| Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|

Case 8:23-cv-01721-KKM-AEP   Document 50-39   Filed 08/28/23   Page 3 of 13 PageID 577

|    | Business Name | Business Type | Status | Filing State | View Full-Text |
|----|---------------|---------------|--------|--------------|----------------|
| 1. | FANATICS SPV, LLC | LIMITED LIABILITY COMPANY | GOOD STANDING | IL | Full-Text |
| 2. | FANATICS SPV, LLC | FOREIGN LIMITED LIABILITY CO | ACTIVE | MA | Full-Text |
| 3. | FANATICS SPV, LLC | FOREIGN LIMITED LIABILITY COMPANY (LLC) | IN EXISTENCE | TX | Full-Text |
| 4. | FANATICS SPV, LLC | LIMITED LIABILITY COMPANY | ACTIVE | CA | Full-Text |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| **OFAC listing:** | No |
| **Global Sanctions:** | No |
| **Business Address Used as Residential Address:** | YES |
| **P.O. Box listed as Address:** | No |
| **Bankruptcy Debtor or Creditor:** | No |
| **Other Listings Linked to Business Phone Number:** | No |
| **Other Businesses Linked to the Business Address:** | YES |
| **Other Businesses Linked to Same FEIN:** | No |
| **Key Nature of Suit:** | No |
| **Party to a Class Action last 12 months:** | No |
| **Going Concern:** | No |
| **MSB listing:** | No |
| **Healthcare Sanction:** | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FANATICS RETAIL GROUP NEBRASKA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS COMMERCE HOLDCO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS GLOBAL HOLDCO, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP FULLFILLMENT, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| TOP OF THE | 8100 NATIONS | | | | |

| Associates of FANATICS LLC | Address | Address Type | Shared Business Name Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FANATICS SPV, LLC / TOP OF THE WORLD BY FANATICS LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NORTH CAROLINA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS APPAREL LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NORTH DAKOTA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP RHODE ISLAND, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP UTAH, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| TOP OF THE WORLD BY FANATICS, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS LICENSING MANAGEMENT, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS SPV, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP ALABAMA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RET GROUP | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MISSOURI, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP THIRD-PARTY PARTNERS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NORTH, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP OTHER PARTNERS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FANATICS RETAIL GROUP SOUTH, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP CALIFORNIA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NEW YORK, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MAINE, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP KENTUCKY, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS LICENSED SPORTS GROUP, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP FULFILLMENT, INC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP VIRGINIA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MISSISSIPPI, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP FULFILLMENT INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP (DREAMS), LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP SOUTH, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP WASHINGTON, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP ARIZONA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MASSACHUSETTS, | 8100 NATIONS WAY JACKSONVILLE, | Street | Shared Business Name | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| INC. | FL 32256 | | | | |
| FANATICS RETAIL GROUP TENNESSEE, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MINNESOTA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS APPAREL, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP TEXAS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NEVADA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP ILLINOIS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RET GROUP CHICAGO INC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS LEADER HOLDINGS, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP VERMONT, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS (INTERNATIONAL) LIMITED CORP. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS HOLDINGS INC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP IOWA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MICHIGAN, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL | 8100 NATIONS | | | | |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FANATICS RETAIL GROUP INDIANA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS MOUNTED MEMORIES LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NEW MEXICO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP IDAHO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP CONCESSIONS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP FULFILLMENT, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP FULFILLMENT, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP WYOMING, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP PENNSYLVANIA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NEW JERSEY, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP WEST VIRGINIA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS MOUNTED MEMORIES, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP LOUISIANA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP KANSAS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP CHICAGO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FANATICS MOUNTED MEMORIES, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP ARKANSAS, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP (DREAMS), INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS | IN CALIFORNIA AS CSC - LAWYERS INCORPORA CA | | Possible Relationship | No | No |
| FANATICS RETAIL GROUP FULFILLMENT, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 4405 | Street | Shared Business Name | No | No |
| FANATICS (INTERNATIONAL) LIMITED | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP MARYLAND, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP OKLAHOMA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP FULFILLMENT, LLC | 8100 NATIONS WAY C/O LEGAL DEPT JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP NORTH LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP CONCESSIONS, LLC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP OHIO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS INC | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP SOUTH CAROLINA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |

| Fanatics Retail Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FANATICS RETAIL GROUP WISCONSIN, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP SOUTH DAKOTA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP COLORADO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP OF CONNECTICUT, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS RETAIL GROUP GEORGIA, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | Street | Shared Business Name | No | No |
| FANATICS COMMERCE HOLDCO, INC. | 8100 NATIONS WAY JACKSONVILLE, FL 4405 | Street | Shared Business Name | No | No |

## Docket Records (1 Record)

| | Docket Title | Docket Number | Filing Date | Court | Nature of Suit | Company Interest |
|---|---|---|---|---|---|---|
| 1. | PANINI AMERICA INC v. ELI NICHOLAS MATIJEVICH, Jr, et al | DC-23-04798 | 04/14/2023 | Tex.Dist. | Civil | |

## Corporate Filings (4 Records)

To Summary
### FANATICS SPV, LLC

| Corporation Address: | 205 HUDSON STREET, 5TH FL NEW YORK, NY 10013 |
|---|---|

### Filing Record

| Filing Date: | 1/24/2022 | | |
|---|---|---|---|
| State of Incorporation: | DELAWARE | | |
| Corporation Number: | 10020034 | Status Date: | 01/24/2022 |
| Status: | GOOD STANDING | Information Current Through: | 11/18/2022 |
| Business Type: | LIMITED LIABILITY COMPANY | | |
| Office Location Where Filed: | SECRETARY OF STATE/LIMITED LIABILITY COMPANY DIVISION | Office Address Where Filed: | STATE HOUSE RM 213 FL 2 SPRINGFIELD, IL 62756 |

### Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| | | 205 HUDSON | |

| | | | |
|---|---|---|---|
| DAVID TUCKER KAIN | | STREET, 5TH FL NEW YORK, NY 10013 | |
| F. DOUGLAS MACK | | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | |
| SAJ CHERIAN | | 225 WASHINGTON STREET, 3RD FL CONSHOHOCKEN, PA 19428 | |
| MICHAEL CONN | | 225 WASHINGTON STREET, 3RD FL CONSHOHOCKEN, PA 19428 | |
| GLENN H. SCHIFFMAN | | 205 HUDSON STREET, 5TH FL NEW YORK, NY 10013 | |
| MICHAEL G. RUBIN | | 225 WASHINGTON STREET 3RD FL CONSHOHOCKEN, PA 19428 | |

## Registered Agent

| | |
|---|---|
| **Name:** | ILLINOIS CORPORATION SERVICE COMPANY |
| **Address:** | 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703-4261 |

[To Summary](#)

## FANATICS SPV, LLC

| | |
|---|---|
| **Corporation Address:** | 205 HUDSON ST., 5TH FLR. NEW YORK, NY 10013 |

## Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 1/12/2022 | | |
| **State of Incorporation:** | DELAWARE | | |
| **Corporation Number:** | 001555583 | | |
| **Status:** | ACTIVE | **Information Current Through:** | 02/06/2023 |
| **Duns ID:** | 11-862-3890 | **Filing Office Duns ID:** | 36-154-9280 |
| **Business Type:** | FOREIGN LIMITED LIABILITY CO | | |
| **Office Location Where Filed:** | SECRETARY OF THE COMMONWEALTH/CORPORATIONS DIVISION | **Office Address Where Filed:** | 1 ASHBURTON PL BOSTON, MA 02108 |

## Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| DAVID TUCKER KAIN | | 205 HUDSON ST., 5TH FLR. NEW YORK, NY 10013 | |
| MICHAEL G. RUBIN | | 225 WASHINGTON ST., 3RD FLR. CONSHOHOCKEN, PA 19428 | |
| GLENN H. | | 205 HUDSON ST., 5TH FLR. | |

| | | | | |
|---|---|---|---|---|
| SCHIFFMAN | | NEW YORK, NY 10013 | | |
| SHIRI BEN-YISHAI | | 205 HUDSON STREET, 5TH FL NEW YORK | | |
| MELISSA A. BENGTSON | | 205 HUDSON STREET, 5TH FL NEW YORK | | |
| F. DOUGLAS MACK | | 8100 NATIONS WAY JACKSONVILLE, FL 32256 | | |
| MICHAEL G. RUBIN | | 225 WASHINGTON STREET, 3RD FL. CONSHOHOCKEN | | |
| GLENN H. SCHIFFMAN | | 205 HUDSON STREET, 5TH FL NEW YORK | | |
| JUSTIN SEBASTIANO | | 205 HUDSON STREET, 5TH FL NEW YORK | | |

## Registered Agent

| Name: | CORPORATION SERVICE COMPANY | | |
|---|---|---|---|
| Address: | 84 STATE STREET BOSTON, MA 02109 | | |

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 02/01/2023 | MISCELLANEOUS | ANNUAL REPORT |
| 01/12/2022 | MISCELLANEOUS | APPLICATION FOR REGISTRATION |

To Summary

## FANATICS SPV, LLC

| Corporation Address: | 205 HUDSON STREET 5TH FLOOR NEW YORK, NY 10013 |
|---|---|

## Filing Record

| Filing Date: | 1/12/2022 | | |
|---|---|---|---|
| State of Incorporation: | DELAWARE | | |
| | | Filing Number: | 804399788 |
| Duration: | PERPETUAL | | |
| Status: | IN EXISTENCE | Information Current Through: | 01/28/2022 |
| Business Type: | FOREIGN LIMITED LIABILITY COMPANY (LLC) | | |
| Federal Identification Number: | 862786033 | | |
| Office Location Where Filed: | SECRETARY OF STATE | Office Address Where Filed: | 1019 BRAZOS ST AUSTIN, TX 78701 |

## Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| MICHAEL G RUBIN | GOVERNING PERSON | 225 WASHINGTON STREET 3RD FLOOR | |

| | | | |
|---|---|---|---|
| | | CONSHOHOCKEN, PA | |
| MICHAEL CONN | GOVERNING PERSON | 225 WASHINGTON STREET 3RD FLOOR CONSHOHOCKEN, PA | |
| GLENN H SCHIFFMAN | GOVERNING PERSON | 225 WASHINGTON STREET 3RD FLOOR CONSHOHOCKEN, PA | |
| DAVID TUCKER KAIN | GOVERNING PERSON | 205 HUDSON STREET 5TH FLOOR NEW YORK, NY | |
| F DOUGLAS MACK | GOVERNING PERSON | 8100 NATIONS WAY JACKSONVILLE, FL | |
| SAJ CHERIAN | GOVERNING PERSON | 225 WASHINGTON STREET 3RD FLOOR CONSHOHOCKEN, PA | |

## Registered Agent

| | | | |
|---|---|---|---|
| **Name:** | CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCORPORATING SERVICE COMPANY | | |
| **Address:** | 211 E. 7TH STREET, SUITE 620 AUSTIN, TX | | |

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 01/12/2022 | | APPLICATION FOR REGISTRATION; DOCUMENT NUMBER - 1110863380011 |

To Summary

## FANATICS SPV, LLC

| | |
|---|---|
| **Corporation Address:** | 8100 NATIONS WY JACKSONVILLE, FL 32256 |

## Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 11/8/2021 | | |
| **State of Incorporation:** | DELAWARE | | |
| **Corporation Number:** | 202131410038 | | |
| **Status:** | ACTIVE | **Information Current Through:** | 11/12/2021 |
| **Business Type:** | LIMITED LIABILITY COMPANY | | |
| **Office Location Where Filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION | **Office Address Where Filed:** | 1500-11TH STREET SACRAMENTO, CA 95814 |

## Registered Agent

| | | | |
|---|---|---|---|
| | CORPORATION SERVICE | | |

| | | | |
|---|---|---|---|
| **Name:** | COMPANY WHICH WILL DO BUSINESS | | |
| **Address:** | IN CALIFORNIA AS CSC - LAWYERS INCORPORA CA | | |

## Report Section(s) with no Matches (101 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, D&B Worldbase Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Business Contact Records Summary, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Business Contact Records, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, D&B Worldbase, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records