# Exhibit 40

(3 Records)

Business Overview (1)
Quick Analysis Flags (1)
Miscellaneous
Report Section(s) with no Matches (105)

# Business Overview (1 Section)



| | |
|---|---|
| **Address:** | Jacksonville, FL |
| **Active Ticker Symbols:** | |
| **Inactive Ticker Symbols:** | |
| **NAICS Code:** | 423910 |
| **Website Address:** | https://www.fanaticsinc.com/ |

# Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| **OFAC listing:** | No |
| **Global Sanctions:** | No |
| **Business Address Used as Residential Address:** | No |
| **P.O. Box listed as Address:** | No |
| **Bankruptcy Debtor or Creditor:** | No |
| **Other Listings Linked to Business Phone Number:** | No |
| **Other Businesses Linked to the Business Address:** | No |
| **Other Businesses Linked to Same FEIN:** | No |
| **Key Nature of Suit:** | No |
| **Party to a Class Action last 12 months:** | No |
| **Going Concern:** | No |

| | |
|---|---|
| **MSB listing:** | No |
| **Healthcare Sanction:** | No |

## Report Section(s) with no Matches (105 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, D&B Worldbase Summary, Corporate Filings Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Associate Analytics Chart, Business Contact Records Summary, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Business Contact Records, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, D&B Worldbase, Corporate Filings, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records