# Exhibit 45

# PANINI AMERICA



5325 FAA Blvd. Suite 100
IRVING, TX 75061
United States

V15658
Fanatics - MEM PURCHASE ONLY
Attn: Nick Wolthuis
8100 Nations Way
Jacksonville, Florida 32256
United States

## Purchase order

| | |
|---|---|
| Page | 1 of 2 |
| Number | 21PO067020-1 |
| Date | 7/5/2023 |
| Accounting date | 7/5/2023 |
| Prepayment obligation | No |
| Delivery terms | |
| Delivery date | 7/5/2023 |
| Method of payment | AMWIRE |

Delivery address
PANINI AMERICA - CORPORATE
5325 FAA BLVD.
SUITE 100

IRVING, TX 75061
United States

| Project | Item number | Description | Quantity | Unit | Unit price | Disc. % | Amount |
|---|---|---|---|---|---|---|---|
| | SER_RPS | INUSA036722 | 14808.59 | Nr | 1.00000 | 0.00 % | 14,808.59 |
| | | NFL Jerseys<br>Quantity : 14,808.59  Batch number : NFL RPS-2023-24 | | | | | |
| | SER_RPS | INUSA036736 | 1750.74 | Nr | 1.00000 | 0.00 % | 1,750.74 |
| | | Sideline Hats<br>Quantity : 1,750.74  Batch number : NFL RPS-2023-24 | | | | | |
| | SER_RPS | INUSA036737 | 14808.58 | Nr | 1.00000 | 0.00 % | 14,808.58 |
| | | NFL JERSEYS<br>Quantity : 14,808.58  Batch number : NFL RPS-2023-24 | | | | | |
| | SER_RPS | INUSA036738 | 11848.66 | Nr | 1.00000 | 0.00 % | 11,848.66 |
| | | NFL Jerseys<br>Quantity : 11,848.66  Batch number : NFL RPS-2023-24 | | | | | |
| | SER_RPS | INUSA036784 | 1590.18 | Nr | 1.00000 | 0.00 % | 1,590.18 |
| | | Headbands<br>Quantity : 1,590.18  Batch number : NFL RPS-2023-24 | | | | | |

# PANINI AMERICA

5325 FAA Blvd. Suite 100
IRVING, TX 75061
United States



V15658
Fanatics - MEM PURCHASE ONLY
Attn: Nick Wolthuis
8100 Nations Way
Jacksonville, Florida 32256
United States

## Purchase order

| | |
|---|---|
| Page | 2 of 2 |
| Number | 21PO067020-1 |
| Date | 7/5/2023 |
| Accounting date | 7/5/2023 |
| Prepayment obligation | No |
| Delivery terms | |
| Delivery date | 7/5/2023 |
| Method of payment | AMWIRE |

Delivery address
PANINI AMERICA - CORPORATE
5325 FAA BLVD.
SUITE 100

IRVING, TX 75061
United States

| Currency | Sales subtotal amount | Total discount | Charges | Total |
|---|---|---|---|---|
| USD | 44,806.75 | 0.00 | 0.00 | 44,806.75 |

Page:  1 of 2



## Invoice

Fanatics Retail Group Fulfillment
LLC
8100 Nations Way
Jacksonville, FL 32256
USA

| | |
|---|---|
| Contact email | creditdepartment@fanatics.com |
| Tax or GST ID | |

| | |
|---|---|
| Date: | 06/06/23 |
| Due date: | 07/06/23 |
| Invoice number: | INUSA036722 |

Panini America, Inc.
5325 FAA Blvd Suite 100
Irving, TX 75061
USA

| | |
|---|---|
| Your reference: | 193-5300-9010 |
| Terms of payment: | Net 30 days |
| Currency: | USD |
| Customer account: | FAN-001902 |

Page: 2 of 2

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 3689831 Nike Cleveland Browns Brown Vapor Elite Custom Jersey Custom Text: 88 ~ROOKIE 52 | 13.00 | 369.99 | 4,809.87 |
| 2778452 Nike Detroit Lions Blue Vapor Untouchable Custom Elite Jersey Custom Text: 88 ~ROOKIE 60 | 5.00 | 369.99 | 1,849.95 |
| 2778452 Nike Detroit Lions Blue Vapor Untouchable Custom Elite Jersey Custom Text: 88 ~ROOKIE 56 | 2.00 | 369.99 | 739.98 |
| 2778452 Nike Detroit Lions Blue Vapor Untouchable Custom Elite Jersey Custom Text: 88 ~ROOKIE 52 | 4.00 | 369.99 | 1,479.96 |
| 2778452 Nike Detroit Lions Blue Vapor Untouchable Custom Elite Jersey Custom Text: 88 ~ROOKIE 48 | 3.00 | 369.99 | 1,109.97 |
| 2778452 Nike Detroit Lions Blue Vapor Untouchable Custom Elite Jersey Custom Text: 88 ~ROOKIE 44 | 18.00 | 369.99 | 6,659.82 |
| 2778452 Nike Detroit Lions Blue Vapor Untouchable Custom Elite Jersey Custom Text: 88 ~ROOKIE 40 | 5.00 | 369.99 | 1,849.95 |
| Discount | 1.00 | -3,699.89 | -3,699.89 |
| Shipping | 1.00 | 6.99 | 6.99 |
| Handling | 1.00 | 1.99 | 1.99 |

| Sales subtotal | Currency | Total due |
|---|---|---|
| 14,808.59 | USD | 14,808.59 |

**Remit payment to:**

PO Box 417800
Boston, MA 02241
USA

Page: 1 of 2

 Fanatics®

# Invoice

Fanatics Retail Group Fulfillment
LLC
8100 Nations Way
Jacksonville, FL 32256
USA

| | |
|---|---|
| Contact email | creditdepartment@fanatics.com |
| Tax or GST ID | |
| Date: | 06/07/23 |
| Due date: | 07/07/23 |
| Invoice number: | INUSA036736 |

Panini America, Inc.
5325 FAA Blvd Suite 100
Irving, TX 75061
USA

| | |
|---|---|
| Your reference: | 193-5370-8501 |
| Terms of payment: | Net 30 days |
| Currency: | USD |
| Customer account: | FAN-001902 |

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 4685870 Arizona Cardinals New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Cardinal 8 | 2.00 | 45.99 | 91.98 |
| 4686617 Atlanta Falcons New Era 2022 Sideline 39THIRTY 2-Tone Flex Hat - Cream/Black L/XL | 2.00 | 37.99 | 75.98 |
| 4685875 Baltimore Ravens New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Black 8 | 2.00 | 45.99 | 91.98 |
| 4686609 Buffalo Bills New Era 2022 Sideline 39THIRTY 2-Tone Flex Hat - Cream/Royal L/XL | 2.00 | 37.99 | 75.98 |
| 4685874 Carolina Panthers New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Blue 7 3/4 | 2.00 | 32.19 | 64.38 |
| 4685876 Chicago Bears New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Navy 7 3/4 | 2.00 | 45.99 | 91.98 |
| 4685878 Cincinnati Bengals New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Black 7 7/8 | 2.00 | 45.99 | 91.98 |
| 4685880 Cleveland Browns New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Brown 8 | 2.00 | 45.99 | 91.98 |
| 4684090 Dallas Cowboys New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Navy 8 | 2.00 | 45.99 | 91.98 |
| 4685879 Denver Broncos New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Orange 7 7/8 | 2.00 | 45.99 | 91.98 |
| 4685881 Detroit Lions New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Blue 7 3/8 | 2.00 | 45.99 | 91.98 |
| 4685882 Green Bay Packers New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Green 8 | 2.00 | 45.99 | 91.98 |
| 4686633 Houston Texans New Era 2022 Sideline 39THIRTY 2-Tone Flex Hat - Cream/Navy L/XL | 2.00 | 37.99 | 75.98 |

Page: 2 of 2

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 4685887 Indianapolis Colts New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Royal 8 | 2.00 | 45.99 | 91.98 |
| 4685886 Kansas City Chiefs New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Red 8 | 2.00 | 45.99 | 91.98 |
| 4685897 Las Vegas Raiders New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Black 8 | 2.00 | 45.99 | 91.98 |
| 4685893 Los Angeles Chargers New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Powder Blue 7 7/8 | 2.00 | 45.99 | 91.98 |
| 4685894 Los Angeles Rams New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Royal 8 | 2.00 | 45.99 | 91.98 |
| 4685896 New England Patriots New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Navy 8 | 2.00 | 45.99 | 91.98 |
| 4685898 New Orleans Saints New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Black 8 | 2.00 | 45.99 | 91.98 |
| 4686841 New York Giants New Era SEC 2022 Sideline 39THIRTY Flex Hat - Red L/XL | 2.00 | 37.99 | 75.98 |
| 4687968 New York Jets New Era Toddler 2022 Sideline 9TWENTY Adjustable Hat - Green OSFA | 1.00 | 29.99 | 29.99 |
| 4685990 New York Jets New Era Tonal 2022 Sideline 59FIFTY Fitted Hat - Green 7 1/2 | 1.00 | 45.99 | 45.99 |
| 4687433 Philadelphia Eagles New Era 2022 Sideline 39THIRTY Coaches Flex Hat - Midnight Green L/XL | 2.00 | 37.99 | 75.98 |
| 4686632 Pittsburgh Steelers New Era 2022 Sideline 39THIRTY 2-Tone Flex Hat - Cream/Black L/XL | 2.00 | 37.99 | 75.98 |
| 4685884 San Francisco 49ers New Era 2022 Sideline 59FIFTY Fitted Hat - Cream/Scarlet 7 7/8 | 1.00 | 45.99 | 45.99 |
| 4686145 San Francisco 49ers New Era 2022 Sideline Low Profile 59FIFTY Fitted Hat - Cream/Scarlet 7 3/8 | 1.00 | 45.99 | 45.99 |
| Discount | 1.00 | -419.14 | -419.14 |
| Shipping | 1.00 | 7.99 | 7.99 |
| Handling | 1.00 | 1.99 | 1.99 |

| Sales subtotal | Currency | Total due |
|---|---|---|
| 1,750.74 | USD | 1,750.74 |

**Remit payment to:**

PO Box 417800
Boston, MA 02241
USA

Page:  1 of 1

 **Fanatics**

## Invoice

Fanatics Retail Group Fulfillment
LLC
8100 Nations Way
Jacksonville, FL 32256
USA

| Contact email | creditdepartment@fanatics.com |
|---|---|
| Tax or GST ID | |
| | |
| Date: | 06/07/23 |
| Due date: | 07/07/23 |
| Invoice number: | INUSA036737 |

Panini America, Inc.
5325 FAA Blvd Suite 100
Irving, TX 75061
USA

| Your reference: | 21-7608-6739 |
|---|---|
| Terms of payment: | Net 30 days |
| Currency: | USD |
| Customer account: | FAN-001902 |

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 3689831 Nike Cleveland Browns Brown Vapor Elite Custom Jersey Custom Text: 88 ~ROOKIE | 20.00 | 369.99 | 7,399.80 |
| 56 | | | |
| 3689831 Nike Cleveland Browns Brown Vapor Elite Custom Jersey Custom Text: 88 ~ROOKIE | 15.00 | 369.99 | 5,549.85 |
| 60 | | | |
| 3689831 Nike Cleveland Browns Brown Vapor Elite Custom Jersey Custom Text: 88 ~ROOKIE | 15.00 | 369.99 | 5,549.85 |
| 52 | | | |
| Discount | 1.00 | -3,699.90 | -3,699.90 |
| Shipping | 1.00 | 6.99 | 6.99 |
| Handling | 1.00 | 1.99 | 1.99 |

| Sales subtotal | Currency | Total due |
|---|---|---|
| 14,808.58 | USD | 14,808.58 |

**Remit payment to:**

PO Box 417800
Boston, MA 02241
USA

Page: 1 of 1



## Invoice

Fanatics Retail Group Fulfillment
LLC
8100 Nations Way
Jacksonville, FL 32256
USA

| | |
|---|---|
| Contact email | creditdepartment@fanatics.com |
| Tax or GST ID | |
| | |
| Date: | 06/07/23 |
| Due date: | 07/07/23 |
| Invoice number: | INUSA036738 |

Panini America, Inc.
5325 FAA Blvd Suite 100
Irving, TX 75061
USA

| | |
|---|---|
| Your reference: | 107-6527-2717 |
| Terms of payment: | Net 30 days |
| Currency: | USD |
| Customer account: | FAN-001902 |

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 3749284 Nike Buffalo Bills Royal Vapor Elite Custom Jersey Custom Text: 88 ~ROOKIE | 20.00 | 369.99 | 7,399.80 |
| 52 | | | |
| 3304705 Nike Houston Texans Navy Vapor Untouchable Elite Custom Jersey Custom Text: 88 ~ROOKIE | 20.00 | 369.99 | 7,399.80 |
| 44 | | | |
| Discount | 1.00 | -2,959.92 | -2,959.92 |
| Shipping | 1.00 | 6.99 | 6.99 |
| Handling | 1.00 | 1.99 | 1.99 |

| Sales subtotal | Currency | Total due |
|---|---|---|
| 11,848.66 | USD | 11,848.66 |

**Remit payment to:**

PO Box 417800
Boston, MA 02241
USA

Page: 1 of 2



# Invoice

Fanatics Retail Group Fulfillment
LLC
8100 Nations Way
Jacksonville, FL 32256
USA

| | |
|---|---|
| Contact email | creditdepartment@fanatics.com |
| Tax or GST ID | |
| Date: | 06/15/23 |
| Due date: | 07/15/23 |
| Invoice number: | INUSA036784 |

Panini America, Inc.
5325 FAA Blvd Suite 100
Irving, TX 75061
USA

| | |
|---|---|
| Your reference: | 107-6592-1056 |
| Terms of payment: | Net 30 days |
| Currency: | USD |
| Customer account: | FAN-001902 |

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 3802705 New Orleans Saints New Era COOLERA Official Training Camp Headband - Black OSFA | 2.00 | 25.99 | 51.98 |
| 3802711 Green Bay Packers New Era COOLERA Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 3802713 Chicago Bears New Era COOLERA Official Training Camp Headband - Navy OSFA | 4.00 | 25.99 | 103.96 |
| 3802714 Cleveland Browns New Era COOLERA Official Training Camp Headband - Graphite OSFA | 2.00 | 25.99 | 51.98 |
| 3802716 San Francisco 49ers New Era COOLERA Official Training Camp Headband - White OSFA | 4.00 | 25.99 | 103.96 |
| 3802719 Denver Broncos New Era COOLERA Official Training Camp Headband - Orange OSFA | 4.00 | 25.99 | 103.96 |
| 3802720 Tennessee Titans New Era COOLERA Official Training Camp Headband - Navy OSFA | 4.00 | 25.99 | 103.96 |
| 3802722 Seattle Seahawks New Era COOLERA Official Training Camp Headband - College Navy OSFA | 2.00 | 25.99 | 51.98 |
| 3802726 Indianapolis Colts New Era COOLERA Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 3802729 Carolina Panthers New Era COOLERA Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 3802736 Buffalo Bills New Era COOLERA Official Training Camp Headband - Royal OSFA | 4.00 | 25.99 | 103.96 |
| 3802738 Atlanta Falcons New Era Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 3802739 Arizona Cardinals New Era COOLERA Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |

Page:  2 of 2

| Description | Quantity | Unit price | Gross amount |
|---|---|---|---|
| 3802740 Minnesota Vikings New Era COOLERA Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 3802745 Pittsburgh Steelers New Era COOLERA Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 4153224 Tampa Bay Buccaneers New Era Official Training Camp Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 4153227 New England Patriots New Era Official Training Camp COOLERA Headband - Graphite OSFA | 4.00 | 25.99 | 103.96 |
| 4153228 Las Vegas Raiders New Era Official Training Camp COOLERA Headband - Black OSFA | 2.00 | 25.99 | 51.98 |
| 4521188 Jacksonville Jaguars New Era Official Training Camp COOLERA Headband - White OSFA | 2.00 | 25.99 | 51.98 |
| 4523379 Los Angeles Chargers New Era Official Training Camp COOLERA Headband - White OSFA | 4.00 | 25.99 | 103.96 |
| 4523380 New York Jets New Era Official Training Camp COOLERA Headband - Black OSFA | 4.00 | 25.99 | 103.96 |
| 3802708 Kansas City Chiefs New Era COOLERA Official Training Camp Headband - Red OSFA | 2.00 | 25.99 | 51.98 |
| Discount | 1.00 | -395.04 | -395.04 |
| Shipping | 1.00 | 7.99 | 7.99 |
| Handling | 1.00 | 1.99 | 1.99 |

| Sales subtotal | Currency | Total due |
|---|---|---|
| 1,590.18 | USD | 1,590.18 |

**Remit payment to:**

PO Box 417800
Boston, MA 02241
USA



8100 NATIONS WAY
JACKSONVILLE, FL  32256
Phone:
Fax:

## PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 337655 |
| Revision No. | 0 |
| Date | 6/21/2023 |
| Order Type | Regular Order |
| Vendor ID | 11830 |

**TO:**
Panini America Inc
5325 FAA Blvd  Suite 100
Irving, TX  75061

**SHIP TO:**
FANATICS AUTHENTIC
Inbound Receiving Division
15701 SW 29th ST
MIRAMAR, FL  33027

**BILL TO:**
FANATICS AUTHENTIC
8100 NATIONS WAY
JACKSONVILLE, FL  32256

Confirm to:                                                                                    PAGE  1

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| | | Ryan Hausman |

| ORDER DATE | TERMS |
|---|---|
| 6/21/2023 | Net 60 Days |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | CBPK-222556 | 10,000.00 | EA | 8/1/2023 | 29.9950 | 299,950.00 |
| | 746134155550 | | | | | |
| | 2022-23 PANINI SELECT BK (15556) EXCLUSIVE MEGA BOX | | | | | |