# Exhibit 46

**United States District Courts — National Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 |
| **Overall Caseload Statistics** | Filings [1] | | 387,190 | 405,236 | 519,341 | 469,750 | 385,613 | 384,488 |
| | Terminations | | 345,155 | 429,308 | 380,391 | 353,351 | 383,834 | 408,133 |
| | Pending | | 488,658 | 461,481 | 599,049 | 715,242 | 716,286 | 692,219 |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -0.7 | -5.1 | -26.0 | -18.2 | -0.3 | |
| | Number of Judgeships | | 677 | 677 | 677 | 677 | 677 | 677 |
| | Vacant Judgeship Months [2] | | 1,523.6 | 1,558.7 | 1,012.6 | 783.0 | 898.1 | 758.2 |
| **Actions per Judgeship** | Filings | Total | 572 | 599 | 767 | 694 | 570 | 568 |
| | | Civil | 415 | 434 | 622 | 553 | 434 | 436 |
| | | Criminal Felony | 116 | 125 | 110 | 106 | 96 | 93 |
| | | Supervised Release Hearings | 41 | 40 | 35 | 35 | 39 | 39 |
| | Pending Cases [2] | | 722 | 682 | 885 | 1,056 | 1,058 | 1,022 |
| | Weighted Filings [2] | | 507 | 528 | 632 | 605 | 501 | 503 |
| | Terminations | | 510 | 634 | 562 | 522 | 567 | 603 |
| | Trials Completed | | 16 | 17 | 13 | 12 | 16 | 16 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.2 | 7.0 | 6.4 | 10.2 | 10.8 | 11.0 |
| | | Civil [2] | 7.8 | 12.2 | 8.9 | 8.6 | 10.4 | 10.4 |
| | From Filing to Trial [2] (Civil Only) | | 26.9 | 27.2 | 28.4 | 28.3 | 33.8 | 35.7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 90,864 22.9 | 58,659 16.1 | 54,664 10.9 | 68,193 11.3 | 84,477 13.9 | 197,152 33.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.3 | 1.3 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 52.0 | 52.3 | 51.5 | 47.9 | 51.6 | 51.0 |
| | | Percent Not Selected or Challenged | 37.3 | 38.1 | 39.6 | 38.0 | 41.2 | 41.1 |

**2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| | | | |
|---|---:|---|---:|
| Total Civil | 295,215 | Total Criminal[1] | 62,985 |
| A-Social Security | 14,911 | A-Marijuana | 732 |
| B-Personal Injury/Product Liability | 66,428 | B-All Other Drugs | 17,564 |
| C-Prisoner Petitions | 49,995 | C-Immigration | 19,535 |
| D-Forfeitures and Penalties | 853 | D-Firearms and Explosives | 10,337 |
| E-Real Property | 4,249 | E-Fraud | 5,362 |
| F-Labor Suits | 13,447 | F-Violent Offenses | 2,348 |
| G-Contracts | 31,469 | G-Sex Offenses | 3,060 |
| H-Torts (other than Personal Injury/Product Liability) | 23,929 | H-Forgery and Counterfeiting | 142 |
| Intellectual Property Rights | 13,694 | I-Larceny and Theft | 787 |
| J-Civil Rights | 39,700 | J-Justice System Offenses | 624 |
| K-Antitrust | 403 | K-Regulatory Offenses | 800 |
| L-All Other Civil | 36,137 | L-All Other Criminal | 1,694 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 13,727 | 15,085 | 13,152 | 13,869 | 13,298 | 13,113 | | |
| | | Terminations | 12,578 | 14,485 | 13,463 | 12,981 | 13,848 | 14,179 | | |
| | | Pending | 18,152 | 18,709 | 18,354 | 19,216 | 18,672 | 17,541 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -4.5 | -13.1 | -0.3 | -5.5 | -1.4 | | 72 | 6 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 38.8 | 66.2 | 54.6 | 15.7 | 51.2 | 21.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 490 | 539 | 470 | 495 | 475 | 468 | 42 | 4 |
| | | Civil | 414 | 462 | 404 | 434 | 410 | 408 | 26 | 3 |
| | | Criminal Felony | 49 | 47 | 43 | 39 | 35 | 33 | 83 | 5 |
| | | Supervised Release Hearings | 28 | 29 | 23 | 22 | 30 | 28 | 56 | 5 |
| | Pending Cases [2] | | 648 | 668 | 656 | 686 | 667 | 626 | 20 | 3 |
| | Weighted Filings [2] | | 512 | 587 | 535 | 575 | 558 | 534 | 22 | 2 |
| | Terminations | | 449 | 517 | 481 | 464 | 495 | 506 | 29 | 3 |
| | Trials Completed | | 14 | 16 | 10 | 15 | 17 | 17 | 37 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.3 | 14.1 | 15.2 | 18.0 | 19.6 | 19.2 | 76 | 4 |
| | | Civil [2] | 6.4 | 6.5 | 6.4 | 6.0 | 5.7 | 6.0 | 7 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 31.4 | 30.4 | 31.3 | 29.8 | 44.4 | 47.0 | 50 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 2,493 18.8 | 2,927 20.9 | 2,790 20.6 | 2,932 20.7 | 3,617 26.3 | 3,461 26.7 | 82 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 1.7 | 1.9 | 1.6 | 1.6 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 75.7 | 74.8 | 104.6 | 58.8 | 68.6 | 83.3 | | |
| | | Percent Not Selected or Challenged | 51.6 | 52.8 | 66.7 | 48.5 | 48.3 | 57.4 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 11,420 | 305 | 478 | 856 | 16 | 138 | 1,065 | 1,148 | 920 | 823 | 3,646 | 21 | 2,004 |
| Criminal [1] | 907 | - | 307 | 13 | 177 | 234 | 70 | 19 | 2 | 8 | 22 | 8 | 47 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**FLORIDA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 10,491 | 10,775 | 10,544 | 10,427 | 9,799 | 10,481 | | |
| | Terminations | | 10,717 | 10,871 | 10,350 | 10,066 | 10,614 | 10,648 | | |
| | Pending | | 8,271 | 8,261 | 8,499 | 8,917 | 8,194 | 8,114 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -0.1 | -2.7 | -0.6 | 0.5 | 7.0 | | 34 | 4 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months ² | | 34.0 | 32.0 | 12.8 | 12.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 699 | 718 | 703 | 695 | 653 | 699 | 12 | 3 |
| | | Civil | 554 | 579 | 583 | 600 | 555 | 598 | 11 | 3 |
| | | Criminal Felony | 109 | 108 | 96 | 66 | 69 | 74 | 41 | 6 |
| | | Supervised Release Hearings | 37 | 31 | 24 | 29 | 29 | 27 | 58 | 6 |
| | Pending Cases ² | | 551 | 551 | 567 | 594 | 546 | 541 | 29 | 2 |
| | Weighted Filings ² | | 610 | 648 | 616 | 592 | 570 | 632 | 11 | 3 |
| | Terminations | | 714 | 725 | 690 | 671 | 708 | 710 | 12 | 4 |
| | Trials Completed | | 19 | 16 | 15 | 15 | 14 | 17 | 37 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 6.9 | 6.9 | 6.7 | 10.6 | 11.0 | 9.9 | 17 | 3 |
| | | Civil ² | 6.3 | 6.0 | 5.8 | 6.2 | 6.6 | 6.0 | 7 | 2 |
| | From Filing to Trial ² (Civil Only) | | 21.7 | 22.3 | 26.2 | 26.7 | 29.9 | 34.3 | 25 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 364 / 5.6 | 387 / 6.0 | 425 / 6.4 | 460 / 6.4 | 455 / 7.1 | 460 / 7.2 | 32 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.4 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 45.5 | 45.1 | 39.5 | 52.6 | 38.6 | 46.3 | | |
| | | Percent Not Selected or Challenged | 36.0 | 34.9 | 32.8 | 44.2 | 29.1 | 30.9 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 8,972 | 637 | 141 | 2,212 | 13 | 74 | 684 | 1,037 | 796 | 620 | 1,308 | 3 | 1,447 |
| Criminal ¹ | 1,105 | - | 350 | 169 | 190 | 157 | 39 | 114 | 4 | 25 | 6 | 22 | 29 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."