# Exhibit 47




HOME > BIZ > NEWS                               Jun 16, 2022 2:00pm PT

# Fanatics Collectibles Names Dick Clark Productions Alum Mike Mahan as CEO

By Eben Novy-Williams ▼



### MOST POPULAR

Arleen Sorkin, Original Harley Quinn Voice Actor, Dies at 67

'You Are So Not Invited to My Bat Mitzvah' Director on How Nobody Should Think They're 'Fellini in Their First Year'

Everett Collection



Listen to this article now
Powered by Trinity Audio
00:00

**Fanatics** has hired longtime media executive **Mike Mahan** to run its combined collectible division in a newly created role that hints at the company's long-term vision for trading cards and NFTs.

Mahan — who has spent the last nine years at Dick Clark Productions as president, then CEO, then vice chairman — will be CEO of Fanatics Collectibles, a division that houses three parts of the growing Fanatics sports empire. The umbrella includes Topps, the brand behind Fanatics' $10.4 billion sports trading card venture; zerocool, the trading card brand Fanatics launched in 2021 to focus on pop culture, music, and

ADVERTISEMENT



Must Read

entertainment; and Candy Digital, the $1.5 billion NFT platform that Fanatics launched alongside Michael Novogratz and Gary Vaynerchuk (Candy Digital will operate separately).



Still in its early stages, Fanatics Collectibles is on pace to have more than $1 billion in revenue in 2022, with projected profit around $300 million. Mahan will report directly to Fanatics CEO Michael Rubin.

"Our collectibles business has seen tremendous growth since launching last year," Rubin said in a statement. "As a collector and passionate sports fan, Mike's vision for both the trading cards hobby and emerging digital collectibles properties, driven by exceptional products, will further position Fanatics as a leader in these categories."

Mahan has spent more than two decades at the intersection of entertainment, celebrity culture, social media and influencers—experience that lends insight into how Fanatics is thinking about the future of both physical and digital collectibles. Fanatics will surely apply Mahan's knowledge to a booming industry that has historically dedicated little resources to pricey marketing programs.

His direct experience with celebrities to promote shows is also germane to the Fanatics Collectibles vision. Trading cards and NFTs often rely on licensing participation by leagues and teams, but Fanatics is also looking to grow its product directly with the world's most famous people, whether they are athletes, pop stars, influencers or artists.

Mahan is also an investor in a handful of sports teams, including MLS club LAFC and esports org Team Liquid.

The Fanatics Collectibles division does not include Fanatics Authentic, the company's autograph and memorabilia arm, which has exclusive deals with dozens of athletes, including Tom Brady, Steph Curry and Aaron Judge. That remains in the core commerce division under CEO Doug Mack.





FILM

COVER | Michael Mann Fulfills a 30-Year Journey Directing the Operatic, Thrilling 'Ferrari' — And Teases 'Heat 2'





'Sound of Freedom' Sequel Chaos: Who Owns the Rights?

BIZ

SAG-AFTRA Chief Negotiator on Day 40 of Actors Strike: 'The CEOs Need to Be Involved'

ARTISANS

Artists Behind 'The White Lotus,' Reveal Hidden Easter Eggs

**Sign Up for Variety Newsletters**

Enter your email address    SIGN UP →

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.





Introducing Safeway Marketplace.



**Read More About:**

Fanatics, Mike Mahan

### WHAT DO YOU THINK?

Do you think dark matter is real?

- Yes, I think so
- Maybe, I'm not sure
- No, I don't think so
- Other / No opinion

\* By clicking "NEXT" you agree to the following: We use cookies to collect your survey answers for market research and tailored advertising. If you would like to continue with this survey, please read and agree to the CivicScience Privacy Policy and Terms of Service

**NEXT \***

Want to read more articles like this one?

**SUBSCRIBE TODAY**



## Sponsored Stories



**Find yourself on solid ground. Hiring financial planners.**
FIDELITY INVESTMENTS



**The 50 Best HBO Series, Ranked**
ESQUIRE



**This Star of Harry Potter is Probably the Most Beautiful Woman in the World**

**STRICTLY BUSINESS** 

A Variety and iHeartRadio Podcast

BRIDESBLUSH

Sponsored Links by Taboola





Sign Up and Get 7,777 Gold Coins and Free 10 Sweep...
Sign Up and Get 7,777 Gold Coins

Join The Fight: Camp Lejeune 1953-1987 Lawsuit
If You or a Loved One Lived at

District Of Columbia College Named Worst College In T...
BrainSharper | Sponsored

Sponsored Links by Taboola





Sign Up and Get 7,777 Gold Coins and Free 10 Sweep...
Sign Up and Get 7,777 Gold Coins and Free 10 Sweep Coins. No ...
Luckyland Sl... | Sponsored    Play now

Join The Fight: Camp Lejeune 1953-1987 Lawsuit
If You or a Loved One Lived at Camp Lejeune Between 1953 a...
Camp LeJeu... | Sponsored    Learn More

District Of Columbia College Named Worst College In T...
BrainSharper | Sponsored

PRESENTED BY AMERICAN HEART





Find yourself on solid ground. Hiring financial planners.
FIDELITY INVESTMENTS

The 50 Best HBO Series, Ranked
ESQUIRE

This Star of Harry Potter is Probably the Most Beautiful Woman in the World
BRIDESBLUSH

Sponsored Links by Taboola





'Price is Right' Cast and Crew Take Us Be...