# Exhibit 48



# Mike Mahan ✓
@MikeMahan

CEO, Fanatics Collectibles

📍 Los Angeles, CA    📅 Joined April 2011

**667** Following    **8,652** Followers

**Posts**    Replies    Media    Likes