# Exhibit 49






# Greg Abovsky

Chief Financial Officer at Fanatics Collectibles
United States
2K followers · 500+ connections

Join to view profile

 Fanatics, Inc.

 Harvard Business School

## Activity



I'm happy to share that I'm starting a new position as Chief Commercial Officer (CCO) at Fanatics Collectibles!

Liked by Greg Abovsky



VAST Data helps Pixar Animation Studios 'build beyond' for Elemental… and it's the most technically challenging animated movie they've ever…

Liked by Greg Abovsky

 



Here are some highlights from last week's Bloomberg interview with our CEO and Founder, Jaakko (Jack) Kokko. He discussed the latest round of…

Liked by Greg Abovsky

Join now to see all activity

## Experience


**Chief Financial Officer**
Fanatics, Inc.
Dec 2022 - Present · 9 months
Los Angeles, California, United States


**Chief Financial Officer**
StubHub
May 2021 - Nov 2022 · 1 year 7 months
Los Angeles, California, United States


**Yandex**
8 years 5 months

**Chief Operating Officer / Chief Financial Officer**
Dec 2017 - May 2021 · 3 years 6 months




### Chief Financial Officer
Sep 2014 - May 2021 · 6 years 9 months

Moscow, Russian Federation

### VP, Investor Relations
Jan 2013 - Aug 2014 · 1 year 8 months

Moscow, Russian Federation

### Analyst
Diamondback Capital
Mar 2010 - Jan 2013 · 2 years 11 months

### Analyst
Satellite Asset Management
Aug 2005 - Jan 2009 · 3 years 6 months

### Associate
Veritas Software
Sep 2002 - Jun 2003 · 10 months




#### Associate
2000 - 2002 · 2 years

#### Analyst
Jun 1998 - Jun 2000 · 2 years 1 month

#### Summer Analyst
Prudential Securities

1997 - 1997 · less than a year

## Education

#### Harvard Business School
MBA

2003 - 2005




1994 - 1998

## More activity by Greg

A legacy that's leading Kansas City. Congratulations to Angie Long on being selected to the inaugural Bizwomen 100, the first national listing of…

Liked by Greg Abovsky

Greetings all, After 15 years on both the buy-side and sell-side, I am making an exciting move to corporate. Have loved every chapter of the…

Liked by Greg Abovsky




Shared by Greg Abovsky

well - we can remove the "A". It's now pure Intelligence… #chatgpt *Credit - it was circling on WhatsApp - not sure who the genius creator is*

Liked by Greg Abovsky

List of market outlooks for 2023 (Credit: Anthony Cheung) Goldman Sachs https://lnkd.in/eKzF_2K4 J.P. Morgan https://lnkd.in/eHb6-622 Morgan…

Liked by Greg Abovsky

Great joining Peter J. Biché for a discussion of sports M&A at SBJ Dealmakers conference with our friends at Monumental Sports & Entertainment. The…

Liked by Greg Abovsky




Yesterday marked the end of my summer-long internship as a member of the ESG team at Broadridge. Over the past ten weeks, I have gotten to assist in…

Liked by Greg Abovsky

Really enjoyed talking #markets, #sustainability and #energytransition with Bloomberg News this morning.

Liked by Greg Abovsky

Really excited to share the news on our $225M Series D led by Goldman Sachs and Viking Global, including a substantial debt investment from…

Liked by Greg Abovsky

## View Greg's full profile

See who you know in common

Get introduced

 

Join to view full profile



### Range Rover Sport - Experience Range Rover Sport

Ad  landroverusa

# People also viewed

### Brian Miles, CFA
Senior Vice President & CFO, Global eCommerce & IVR at Fanatics, Inc.
Greater Philadelphia

### Rick Eddy
Finance and BizOps Leader | VP at Fanatics
New York, NY

### Alejandro Alvarez
M&A at Fanatics | ex-Goldman Sachs
New York, NY

### Danielle Tonnos
Head of Strategic Finance, Fanatics Betting & Gaming
New York, NY

### Nick Bell
CEO - Fanatics Live
Los Angeles, CA

### Michener Chandlee
Chief Financial Officer & Chief Risk Officer
Ponte Vedra Beach, FL

### David Leiner

 

**Lydia Jett**

Global Consumer Internet Investor & Board Member

Pasadena, CA

**Dylan Sherman**

M&A at Fanatics

New York, NY

**Jason White**

Chief Marketing Officer | Advisor | Speaker

Los Angeles, CA

Show more profiles ⌄



**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Add new skills with these courses

 Investment Evaluation

 Finance Strategies for Business Leaders

Forecasting Using Financial Statements

See all courses

## Greg's public profile badge

 

**Greg Abovsky**

Chief Financial Officer at Fanatics Collectibles

Chief Financial Officer at Fanatics, Inc.

Harvard Business School

View profile

View profile badges

© 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language