# Exhibit 51





**EXECUTIVE TRANSACTIONS**

# Fanatics hires CEO for new Fanatics Live division

2.2.2023

Tech and media veteran **Nick Bell** has joined Fanatics as CEO of Fanatics Live, a new business division under the Fanatics umbrella that will focus on live content-based commerce, starting with the Fanatics Collectibles business. In this role, Bell's team will be tasked with transforming the digital customer shopping experience for collectors, building commerce capabilities focused around content and personalities and further expanding Fanatics' portfolio of technology products. Fanatics Live will take an app-first approach with a coinciding website, with plans to launch in the second half of 2023. Bell will primarily work alongside Fanatics' partners in the Collectibles space, including leagues, Players Associations and other properties. Bell previously led teams responsible for **Google** Search Experience and prior to that served as VP, Global Head of Content and Partnerships at Snap, Inc. Bell is based in L.A. and will report to Fanatics Collectibles CEO **Mike Mahan** (*SBJ*).

© 2023 Leaders Group. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.