Exhibit 52

                                                                    



## Nick Bell

CEO - Fanatics Live

Los Angeles, California, United States

55K followers · 500+ connections

Join to follow

 **Fanatics, Inc.**

 **Personal Website** ↗

## About

Nick is an experienced technology and media executive who previously held executive roles at Google, Snap, and Newscorp.

Nick developed a love for business at an early age, selling his first company, Teenfront.com at 16. Nick is an active angel investor and advises numerous founders and executives.

Passionate about the intersection of digital and media, Bell was selected as one of FastCompany's Most Creative People in 2016, recognized in the 2017 Hollywood Reporter's Power Player List, and featured on Billboard Music's Power 100 list.







**Say Hello to Attention Capital's Newest Team Members!**

By Nick Bell

Aug 22, 2019



**Announcing Attention Capital**

By Nick Bell

Aug 5, 2019

## Activity







Delighted to be joining the board of National Cinemedia (NASDAQ: NCMI) as we embark on the next stage of the journey. https://lnkd.in/gVZQnz6d

Shared by Nick Bell



I had been thinking for a while someone should build Figma, but for Photoshop. A few ex-colleagues from Snap reached out a earlier this year, and I...

Shared by Nick Bell







**Nearly 3 months into my time at Cruise and loving every minute of it. Today, I'm excited to share perspective on our close partnership with the San...**

Liked by Nick Bell

Join now to see all activity

## Experience



**Chief Executive Officer - Fanatics Live**
Fanatics, Inc.

Jan 2023 - Present · 8 months

Los Angeles, California, United States

content, community, commerce



**Google**

2 years 7 months

**Google Search**

Nov 2021 - Dec 2022 · 1 year 2 months

Mountain View

Search Experience @ Google (including Search, Image Search, Lens, Video and Suggest)

**Google Images**

Jun 2020 - Nov 2021 · 1 year 6 months







### Partner
Attention Capital

Feb 2019 - May 2020 · 1 year 4 months

New York, United States

### Snap Inc.

4 years 10 months

#### Vice President, Global Head of Content & Partnerships

Feb 2015 - Jan 2019 · 4 years

Greater Los Angeles Area

Executive team member. Started Snap's content business, building it from the ground up. Launched Snapchat Discover in partnership with some of the worlds leading media companies. Hired a world class team. Full P&L responsibility. Grew revenue from $0-$xbn. Managed relationships with some of the worlds largest sports leagues, events and notable figures. Expanded internationally. Set the standard for mobile storytelling with Snapchat Shows, recognized with an Emmy. Public spokesperson for the...

Show more

#### Director of Product Management

Apr 2014 - Feb 2015 · 11 months

Greater Los Angeles Area

### Senior Vice President of Digital Products
News Corporation

Aug 2010 - Apr 2014 · 3 years 9 months

Greater New York City Area

Overseeing global strategy and product management for world-leading news and information companies such as The Wall Street Journal, The New York Post, News America Marketing, The Sun and The Times of London.

### Founder
Various

1999 - 2010 · 11 years




# Volunteer Experience

### Advisor - Socceraid
UNICEF

2019 - Present · 4 years

### Advisor - Tech Steering Commitee
The Recording Academy

2016 - Present · 7 years

# Patents

**Display screen or a portion thereof with graphical user interface**
USD785004S1

**Multichannel system**
US11249617B1

# More activity by Nick

 

Over the past few months we've built an incredible team and today officially launched our first product. The live commerce space is still nascent in…

Shared by Nick Bell

Massive shout out to Fanatics Live and Nick Bell for their successful launch. I was lucky to take home this beauty in their first live giveaway. As…

Liked by Nick Bell

Very excited to announce that Anjali Sud is joining the team as the new CEO of Tubi! I've always had huge admiration for Anjali's authentic…

Liked by Nick Bell





## We are just getting started. 🚀

Shared by Nick Bell

## Hey Linkedin people - after some much needed down time, I am very excited to announce that back in May I joined Fanatics, Inc., as SVP, Platform for...

Liked by Nick Bell

## Nick Bell 🔔 (@nickbell) on Threads

Shared by Nick Bell




Liked by Nick Bell

**Have you seen our sneak peek?! LETS GO Fanatics Live - coming realllll soon! https://lnkd.in/eTkzxfqM Fanatics, Inc. The Topps Company Topps...**

Shared by Nick Bell

**Have you seen our sneak peek?! LETS GO Fanatics Live - coming realllll soon! https://lnkd.in/eTkzxfqM Fanatics, Inc. The Topps Company Topps...**

Liked by Nick Bell

**So beyond excited about getting #Wemby on the Fanatics team! Let's go!! Bouna Alboury Ndiaye #WembyXFanatics #WembyXTopps Fanatics, Inc. The...**

Shared by Nick Bell





So beyond excited about getting #Wemby on the Fanatics team! Let's go!! Bouna Alboury Ndiaye #WembyXFanatics #WembyXTopps Fanatics, Inc. The...

Liked by Nick Bell

Incredible to see this new era come to life for Search today - a long imagined innovation made possible by a phenomenal team with deep expertise in...

Liked by Nick Bell

## View Nick's full profile

See who you know in common

Get introduced

Contact Nick directly

**Join to view full profile**







## People also viewed

### Jason White
Chief Marketing Officer | Advisor | Speaker
Los Angeles, CA

### Chris Lamontagne
SVP, Platform - Fanatics Live
San Francisco Bay Area

### David Goldberg
Something New | Ex CTPO Fanatics Collectibles
New York, NY

### Ari Borod
Chief Business Officer at Fanatics Betting & Gaming
New York, NY

### Greg Abovsky
Chief Financial Officer at Fanatics Collectibles
United States

### Ed O'Brien
SVP, Business Development & Strategy at Fanatics, Inc.
New York City Metropolitan Area

### Dan Goldberg
SVP, Music & Entertainment at Fanatics & Advisor at Atvenu | Formerly Warner Music Group
New York, NY

### Jeff Zullo
Senior Director of Product - Fanatics Live





Airbnb | Ex-Google | PM | AI/ML + UX

Greater Bend Area

**Zohar Ravid**

SVP, Head Global Corporate Development

New York, NY

Show more profiles ⌄



## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

# Others named **Nick Bell** in **United States**



**Nick Bell**

Senior Managing Director at The Altman Group

Lyndhurst, NJ



**Nick Bell**

Head of Engineering at LoadUp

Atlanta, GA



**Nick Bell**

Private Equity Associate at Granite Creek Capital Partners

Chicago, IL



**Nick Bell**

SVP Supply Chain at Sonoma Creamery

Sonoma, CA

422 others named Nick Bell in United States are on LinkedIn

See others named **Nick Bell**





 **How to Monetize on YouTube**

 **Building Your Marketing Technology Stack**

 **Digital Marketing Tools: Create a Marketing Campaign from Start to Finish**

See all courses

# Nick's public profile badge

Include this LinkedIn profile on other websites

**Nick Bell**
CEO - Fanatics Live

Chief Executive Officer - Fanatics Live at Fanatics, Inc.

View profile

View profile badges

© 2023                                    About

Accessibility                            User Agreement

Privacy Policy                           Your California Privacy Choices

Cookie Policy                            Copyright Policy

Brand Policy                             Guest Controls

Community Guidelines                     Language