# Exhibit 53





EXECUTIVE TRANSACTIONS

# Fanatics Collectibles names Ken Turner CMO

BY JOSH CARPENTER

3.2.2023

Fanatics has made another hire for its Collectibles business, naming **Red Bull** EVP and CMO **Ken Turner** as the division's first CMO. Turner, who will report to Fanatics Collectibles CEO **Mike Mahan**, will be tasked with overseeing brand vision for the division's strategy, as well as for Topps. Prior to Red Bull, Turner was at CPG at SC Johnson for a decade. He will be based in L.A. Turner's hiring comes just days after Fanatics Collectibles named **Omar Wilkes** as its Head of Athlete Relations.

© 2023 Leaders Group. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.