# Exhibit 54

LOGIN

SUBSCRIBE

ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

ADVERTISEMENT

09-13-22 | MARKETING INNOVATION

# Fanatics names former Beats and MTV executive as new CMO for betting and gaming

Jason White has joined the company to head up marketing, advertising, and content for its yet-to-be launched betting and gaming products.



[Source Images: Fanatics, Getty]





**BY JEFF BEER**
1 MINUTE READ

In a clear indication that Fanatics is moving closer to launching a betting product, the sports e-commerce, retail, and collectibles giant has hired former Beats by Dre and MTV marketing exec Jason White as the first chief marketing officer for Fanatics Betting & Gaming, the company's online sports betting and iGaming division.

White joins with a deep résumé of marketing and advertising experience across sports and culture. He helped lead the Nike business at ad agency Wieden+Kennedy before becoming managing director of the agency's Shanghai office. From there he was at Beats by Dre for almost five years, helping to create award-winning campaigns like 2015's "Straight Outta" work. Between then and joining MTV early last year, White was chief marketing officer at cannabis company Curaleaf.

Fanatics sees White's experience in both emerging categories and bridging brands and culture as a perfect match for its ambitions in North America's nascent sports betting market, and he'll be leading the division's marketing, advertising, and content.

8/15/23, 9:30 AM
Case 8:23-cv-01721-KKM-AEP     Document 50-54    Filed 08/28/23   Page 4 of 12 PageID 909
Fanatics names ex-Beats and MTV exec as new CMO of betting

LOGIN
SUBSCRIBE
ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

That long-term strategy appears to be accelerating. Last year, Fanatics hired King, the former CEO of FanDuel, to run its betting and gaming division, which it has gradually been building in anticipation of the market—and the regulation of it—maturing to the point when the company believes it's time to jump in.

Tucker Kain, Fanatics chief strategy and growth officer (who joined from the Los Angeles Dodgers in 2021) told me earlier this year that the Fanatics model is to build and be ready at the right moment.

"If an opportunity hits all three criteria, we need to be ready to move," Kain said. "That's a healthy tension. Our job is to be aware of the opportunities and start building up for them over time, and then when the opportunity coalesces, our pace needs to accelerate. That's the balance in being thoughtful and strategic in our thinking, and then really nimble and fast in how we execute."

ADVERTISEMENT



There are currently more than 80 job openings listed on the Fanatics careers page, and in a recent interview with Colin Cowherd on *The Volume* podcast, company founder Michael Rubin said he expects to be taking bets by the end of this year.



**Today's trending stories, delivered to you daily.**

Email *

SIGN UP

LOGIN                                                                    SUBSCRIBE

ESIGN        TECH        WORK LIFE        NEWS        IMPACT        PODCASTS        VIDEO        INNOVATION FESTIVAL

ADVERTISEMENT

FASTCO WORKS                                                                         PAID CONTENT

07-10-23 | SAP

# Why ignoring AI can leave you behind

New tools and technologies are driving data and insights—none more important than artificial intelligence. Already, companies are tapping into its "major business applications" in surprising ways.

8/15/23, 9:30 AM
Case 8:23-cv-01721-KKM-AEP    Document 50-54    Filed 08/28/23    Page 6 of 12 PageID 911
Fanatics Names Ex-Beats and MTV Exec as New CMO of Betting

BY FASTCO WORKS

Technology advancements have always been a massive driver of innovations that push business forward. Now, the pace of change is faster than ever, with evolutions in artificial intelligence, cloud technologies, and more.

Amy Webb, a quantitative futurist and chief executive officer of the Future Today Institute, tracks these and hundreds of other trends as part of the organization's annual Tech Trends Report. She discussed these emerging technologies—and the new tools that are providing business leaders with new data and insights to drive intelligent decision-making—at the recent Growth Summit, hosted by Fast Company, Inc., and global technology solutions leader SAP. Here are three key takeaways from the event.

**1. Artificial intelligence is ushering in the next wave of computing.**
Given the buzz about ChatGPT and other generative chatbots, AI is the "It" technology. But Webb pointed out that "AI is really an umbrella term that encompasses many different technologies."

In fact, of the 700-plus trends that Webb included in this year's report, more than 100 are related to AI. "That's because this is truly the next wave of computing," she said. "Whether we're talking about cloud or about image generation or supply chain, this is a lot of what anchors what's coming next."

Though much of the current mainstream discussion has focused on conversations between journalists and ChatGPT, Webb said, business leaders should know AI has "major business implications." A chatbot could, for example, help an enterprise hone its value proposition statement or brainstorm different revenue models.

But that's a very basic example of what is actually a complex set of technologies. To illustrate more advanced and disruptive uses of AI, Webb pointed to Absci, a startup that calls itself a generative AI drug creation company. It uses similar generative technology that powers ChatGPT and other conversational bots, but Absci leverages it to generate novel molecular designs for creating new biologic drugs. The company says it can build and test millions of AI designs each week—accelerating the experimental cycle so they can go from designs to data in as little as six weeks.

Not long ago, Webb remarked, few people "in the pharmaceutical industry or the scientific research arena would have said, 'Maybe we can use some of these generative tools to generate millions of new designs for antibodies every single week to see which one might be the best one.' But here they are doing rapid simulation using this new generative AI tool, at a speed and depth that's impossible for humans on their own."

**2. A centralized flow of data is more crucial than ever.**
The pandemic accelerated the need for digital transformation: Enterprises depended on running workloads remotely, so they relied on cloud storage to enable key businesses processes and applications to operate from anywhere.

LOGIN                                                                                                          SUBSCRIBE

ESIGN        TECH        WORK LIFE        NEWS        IMPACT        PODCASTS        VIDEO        INNOVATION FESTIVAL

That's why enterprise resource planning (ERP) has become so important. This is software that helps to run core business processes in a single system, with data flowing between departments so the enterprise can adapt to changes easily, scale quickly, and work more efficiently. Artificial intelligence comes into play here as well, with top ERP tools offering built-in machine learning and advanced analytics to provide key insights.

ADVERTISEMENT

"At Future Today Institute, a lot of the companies that we deal with are still very siloed," Webb said. "If you can't see the interconnectedness between what folks are doing, then it's like looking at the entire world through a pinhole: You're missing the connections between things, and it's those connections that matter."

**3. Business leaders must have a solid grasp on the data their organization generates.**
Artificial intelligence may once have been the purview of the tech industry, but now, Webb emphasized, leaders in all industries can no longer afford to ignore. Addressing the virtual participants, she said, "Many of you are at midsize or even smaller companies are thinking: We've got enough to deal with in the next quarter; we can't possibly think about advanced AI right now. But you'd be making a mistake."

So, what to do? Webb recommends starting with a data audit: Figure out what types of data your organization is generating, and what it could generate in the future. Who's in charge of the data? What metadata might exist and how could that be used?

"These are not sexy questions, but they're very important—because without the answers, you're leaving money on the table," Webb said. "If you don't know which data you are or could be generating, you're never going to know what insights you might be able to glean. So, AI is not just about automating; it's about increasing productivity and expanding your window into all business operations."

In turn, those answers provide business leaders with a lens through which to look at the current AI landscape. Webb urges them not to be afraid of the technical nature of the field or the mere fact that AI exists. "It's here, and at this stage, it's key to understand what AI is and what it can and can't do, because you need to start formulating a plan for your own future," she said. "The question becomes, How does our organization not just coexist with AI, but truly benefit from using some of these tools going forward?"

ABOUT THE AUTHOR
FastCo Works is Fast Company's branded content studio. Advertisers commission us to consult on projects, as well as to create content and video on their behalf. More



# Disney World is hell



# Doing nothing might feel good but it won't make you happy

8/15/23, 9:30 AM
Fanatics names ex-Beats and MTV exec as new CMO of betting
Case 8:23-cv-01721-KKM-AEP   Document 50-54   Filed 08/28/23   Page 9 of 12 PageID 914

LOGIN SUBSCRIBE

ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL



# Did the Inflation Reduction Act actually help lower inflation?



# Downtowns are in decline, leading to the rise of 'donut cities'

LOGIN                                                                                   SUBSCRIBE

ESIGN          TECH          WORK LIFE          NEWS          IMPACT          PODCASTS          VIDEO          INNOVATION FESTIVAL

## More Top Stories:

## Fast Company Top Articles:



LOGIN

SUBSCRIBE

ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

ADVERTISEMENT

ADVERTISEMENT

# TECH

**TECH**
Could Apple be sending you $65 for throttling your iPhone's battery? Here's how to check

**TECH**
Why WeWork couldn't pivot its way out of trouble

**TECH**
The quest to create the next 'Wordle'

# NEWS

**NEWS**
More than half of these employees forfeit PTO. Here's why

**NEWS**
Taylor Swift's Eras Tour caused thousands of hours of traffic delays—except in cities that did this

**NEWS**
Why the biggest threat to the economy has nothing to do with inflation

# CO.DESIGN

**CO.DESIGN**

8/15/23, 9:36 AM
Fanatics names ex-Beats and MTV exec as new CMO of betting
Case 8:23-cv-01721-KKM-AEP    Document 50-54    Filed 08/28/23    Page 12 of 12 PageID 917

LOGIN

SUBSCRIBE

ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

This COVID breathalyzer can detect the virus from a single breath

CO.DESIGN
The Women's World Cup highlights the dismal state of women's sports merch

# WORK LIFE

WORK LIFE
Managers can find the greatest opportunities for growth focusing on these employees

WORK LIFE
These thought exercises can help you stay ahead of AI

WORK LIFE
3 things to do when you receive a bad performance review—instead of getting defensive

Fast Company & Inc © 2023 Mansueto Ventures, LLC

Advertise    Careers    Privacy Policy

Terms    Do Not Sell My Data    Notice of Collection

Permissions    Help Center    About Us    Site Map