# Exhibit 55






# Jason White

Chief Marketing Officer | Advisor | Speaker

Los Angeles, California, United States

15K followers · 500+ connections

Join to follow

 Fanatics, Inc.

## About

Building business through creativity and culture

Music | Sport | Cannabis | China

Forbes CMO Next • Business Insider CMO to watch • AAF Hall of Achievement

## Activity

 



Great work from the team on this important set of new features designed to keep students safe on Saturn. More to come! 🪐

Liked by Jason White



You can't mention the top 50 greatest hip-hop execs without including our very own, The Commissioner Steve Stoute. This man single-handedly built the…

Liked by Jason White






**Congratulations to BECA Founding Member Kimberly Evans Paige on being appointed to the Spanx Board of Directors! She's making history as the first…**

Liked by Jason White

Join now to see all activity

## Experience

### Chief Marketing Officer, Fanatics Betting and Gaming
Fanatics, Inc.
Sep 2022 - Present · 1 year

### Board of Mentors
Monday Night Mentorship
Apr 2020 - Present · 3 years 5 months

Zoom!

Monday Night Mentorship is a Membership Network & Career Accelerant for marketers of color. We're an accomplished professional community who are passionate about coaching and mentoring mid-level marketers and aspiring executives as they navigate their career journey. Our mission: Accelerate the advancement and impact of marketers of color.




Apr 2021 - Jun 2022 · 1 year 3 months

Los Angeles, California

### Chief Marketing Officer

Curaleaf

Feb 2020 - Apr 2021 · 1 year 3 months

Los Angeles, California

Curaleaf | Select

### Chief Marketing Officer

Cura Cannabis Solutions

Feb 2019 - Feb 2020 · 1 year 1 month

Portland, Oregon

### Beats by Dr. Dre

4 years 9 months

#### EVP, Global Head of Marketing

Nov 2016 - Jan 2019 · 2 years 3 months

Los Altos, California

I stand on the shoulders of giants and celebrate the emotion of music.

#### Vice President Marketing

May 2014 - Nov 2016 · 2 years 7 months

Los Angeles, California

 

May 2014 - Jan 2019 · 4 years 9 months

Los Angeles, California, United States

Global Marketing overseeing marketing strategy, brand and retail creative and digital marketing

### Wieden + Kennedy
8 years 8 months

### Managing Director, Wieden + Kennedy Shanghai
Sep 2011 - Apr 2014 · 2 years 8 months

Shanghai, China

Shanghai - Round 2. This time to help lead W+K to become the greatest creative shop in Asia. We exist to create provocative relationships between good companies and their customers. We thrive on doing good things for China. And we believe that creativity can be the greatest driver of business transformation in Asia.

### Global Account Director, Nike
Sep 2009 - Oct 2011 · 2 years 2 months

Portland, Oregon

Managed Nike account globally working with W+K offices in Portland, NY, London, Tokyo, Sao Paolo, Amsterdam and Shanghai. This included developing the highly acclaimed campaigns for Tiger Woods, LeBron James, 2010 World Cup (Write The Future) and Find Your Greatness.

### Head of Account Management and Nike lead, China
Apr 2009 - Sep 2009 · 6 months

Shanghai, China

Oversaw operations and development of Account Management function as W+K Shanghai grew to handle additional brands including Coca-Cola and Heineken.

### Account Director, Nike China
May 2006 - Sep 2009 · 3 years 5 months

Shanghai, China




2008 Beijing Games.

### Management Supervisor, Nike

Sep 2005 - May 2006 · 9 months

Portland, Oregon

Managed half of the Nike business including NIke Women's, Nike Running and the relaunch of AirMax

### Account Supervisor

BBDO Worldwide

Jun 2004 - Sep 2005 · 1 year 4 months

New York City

Managed M&M business through strategic brand repositioning, launched Academy Awards sponsorship campaign and Star Wars dark chocolate product launch.

### Acct Sup, AE and Media Planner

Saatchi & Saatchi

Jun 1999 - Jun 2004 · 5 years 1 month

New York City

Worked on various brands for Procter & Gamble and Johnson and Johnson. Led P&G's #1 brand, Tide, from 2003 to 2004 as an account supervisor.

## Education

 

**Simsbury High School**

-

## Recommendations received

### Doug Milne

"In a world of account people that are just great project co-ordinators that manage relationships, Jason breaks through the clutter to set him and his team a part to deliver great work and great results. He is a business, strategy, innovation and consumer-insight partner that you can rely on to challenge your ideas and push our respective team's performance to the next level. And, to top it off, the Creative Teams love him and he easily thinks beyond the :30s spot. I wish there were more agency folks like him as we all hunt for growth and embrace the ever-changing communications landscape."




leader to not only fully realize what people are capable of but to lead them to understand that themselves. To build confidence in his team in an environment that is hell bent on knocking them down. Jason will always win people's hearts and accounts through his strategic thinking, razor sharp wit and overall brand acumen but it's much harder to win the hearts of those you teach."

2 people have recommended Jason

Join now to view

More activity by Jason

**I wouldn't be the man I am if DJ Kool Herc didn't give kids in the South Bronx a reprieve from the destruction around them in 1973, or if Rakim…**

Liked by Jason White

**+1 to this! Feeling grateful and excited to work on these game-changer products with such brilliant colleagues #LFG**

Liked by Jason White

 

It's been about 12 months since we started building a sportsbook that is the most rewarding in the USA. Today we moved another step down that…

Liked by Jason White

🚨🚨 App Launch Alert 🚨🚨 Fanatics Sportsbook is officially live in OH, MA, TN and MD! We have built the most rewarding sportsbook because we…

Liked by Jason White

Another week, another new milestone – we've just signed a long-term strategic partnership with DAZN to offer its subscribers access to our…

Liked by Jason White

View Jason's full profile

See who you know in common

Get introduced

 

Join to view full profile



## Explore collaborative articles



We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Jason White** in **United States**


**Jason White**
President & CIO at 50 East Capital
Provo, UT


**Jason White**
CISO at Say Technologies
Cave Creek, AZ


**Jason White**
SEVP, Chief Information Officer at Berkshire Bank
Newington, CT


**Jason White**
Founder & CEO at TallyUP!



 Chief Operating Officer
United States

1846 others named Jason White in United States are on LinkedIn

See others named **Jason White**

## Add new skills with these courses

Digital Marketing Foundations

Marketing Tools: Digital Marketing Tools and Services

Creating an Online Video Ad: 2 Editing, Uploading, and Marketing

See all courses

## Jason's public profile badge

Include this LinkedIn profile on other websites

**Jason White**
Chief Marketing Officer | Advisor | Speaker

Chief Marketing Officer, Fanatics Betting and Gaming at Fanatics, Inc.

View profile

View profile badges

© 2023                                                  About
Accessibility                                           User Agreement

Case 8:23-cv-01721-KKM-AEP   Document 50-55   Filed 08/28/23   Page 13 of 13 PageID 930

 

**Brand Policy**

**Community Guidelines**

**Guest Controls**

**Language**