# Exhibit 56



Menu

# Fanatics names chief financial officer for online sports betting division ahead of launch



**Anne Stych**, Bizwomen Editor
Oct 20, 2022, 11:16am EDT



MACBETH STUDIO

Andrea Ellis

## Sign up for our free newsletter

| jhilborn@bsfllp.com | **Sign Up** |

Consumer sports platform Fanatics has named Andrea Ellis as chief financial officer of Fanatics Betting & Gaming, the company's online sports betting division that's set to kick off in January 2023.

8/15/23, 10:13 AM
Fanatics names Andrea Ellis chief financial officer for online sports betting division ahead of launch - Bizwomen
Case 8:23-cv-01721-KKM-AEP Document 50-56 Filed 08/29/23 Page 3 of 6 PageID 933

Fanatics' upcoming launch is the latest in a series of diversification moves for the Jacksonville, Florida company, which has continued to branch out beyond selling licensed sports apparel. The company launched a trading cards venture in 2021 after securing exclusive, long-term deals with Major League Baseball, the National Basketball Association and the NFL Players Association, then bought industry leader Topps in January for $500 million.

The U.S sports betting market is forecast to reach a value of $3.6 billion in 2022 as more states legalize it and balloon to $10 billion by 2028. A $1.5 billion fundraise in March placed Fanatics' value at $27 billion.

See Also

- Fanatics names chief legal officer

Ellis joins Fanatics from electric scooter and bike share company Lime, where she was CFO for two years. She will oversee business and financial planning and analysis across Betting & Gaming's finance functions and report to CEO Matt King. She also will have oversight of payments and fraud.

Under her leadership, Lime expanded into nearly 30 countries, posted multiple quarters of profitability and raised more than $500 million.

Prior to Lime, she held management roles at Restaurant Brands International, serving as head of investor relations and global financial planning and analysis as well as chief financial officer and interim head of retail for Tim Hortons and general manager of Popeyes, where she oversaw field operations for approximately one third of the chain's U.S. locations.

Ellis began her career with Goldman Sachs in equities trading and investment banking and holds an MBA from Harvard Business School. She sits on the board of directors of BridgeBio Pharma, Inc. and serves as the company's audit committee chair.

"We are thrilled to welcome Andrea to our team as we inch closer to formally launching a new, dynamic online sports betting and gaming product for fans," King said. "Andrea has an incredible background leading a wide variety of finance and innovative growth functions across transformative and large-scale consumer brands, experience that will be invaluable to the ultimate long-term success and global scaling of our business."



Anne Stych is the editor of Bizwomen.

Industries:

8/15/23, 10:13 AM Fanatics names Andrea Ellis chief financial officer for its online sports betting division ahead of launch - Bizwomen

Case 8:23-cv-01721-KKM-AEP Document 50-56 Filed 08/29/23 Page 4 of 6 PageID 934

SPORTS BUSINESS

TECHNOLOGY



## THOUGHT LEADERSHIP CHANNEL


5 leadership lessons for women, from women


Regulatory updates that could affect your not-for-profit


**Making job descriptions work for your organization**



## READ NEXT


### Dunkin' enters the spiked-drink market with these new flavors
Dunkin' is no longer just offering coffees and iced drinks in flavors like mocha and caramel. Now they can come spiked with alcohol.


### Estate of Henrietta Lacks, whose immortal cell line has fueled medical research, sues drug developer Ultragenyx
"Indeed, Black suffering has fueled innumerable medical progress and profit, without just compensation or recognition," says the suit filed last week in U.S. District Court in Maryland.


### Women on track to achieve gender parity in corporate leadership roles as soon as 2030
New data suggests the goal could be reached sooner than expected.

© 2023 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 4/18/23) and Privacy Policy (updated 6/27/23).

Your California Privacy Rights.

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.

Ad Choices.

