# Exhibit 57






## Andrea Ellis

Chief Financial Officer at Fanatics Betting & Gaming

Greater Chicago Area

8K followers · 500+ connections

Join to follow

 Fanatics, Inc.

 Harvard Business School

## Experience



**Chief Financial Officer, Fanatics Betting & Gaming**
Fanatics, Inc.
Oct 2022 - Present · 11 months
Chicago, Illinois, United States



**Board Member**
BridgeBio
Aug 2021 - Present · 2 years 1 month




Audit Committee.



### Chief Financial Officer
Lime

Jun 2020 - Sep 2022 · 2 years 4 months

Chicago, Illinois, United States



### Restaurant Brands International
5 years 5 months

#### General Manager, Central Division, Popeyes
Jun 2019 - Jun 2020 · 1 year 1 month

Miami, Florida

#### Product Management and Head of Tech Finance
Jan 2018 - May 2019 · 1 year 5 months

Chicago, Illinois

#### Head of Finance, Tim Hortons (Brand CFO)
Aug 2016 - Jan 2018 · 1 year 6 months

Toronto, Canada

#### Interim Head of Retail (CPG), Tim Hortons
Oct 2016 - Apr 2017 · 7 months

Toronto, Canada

#### Head of Investor Relations, RBI FP&A
Feb 2015 - Aug 2016 · 1 year 7 months

Miami, Florida

### Investment Banking
Goldman Sachs

2012 - 2015 · 3 years

Los Angeles, California




2007 - 2010 · 3 years

New York, New York

# Education

### Harvard Business School

-

2010 - 2012

### University of Pennsylvania

-

2003 - 2007

# Organizations

### LA Alliance Charter Schools

Young Professional Board Member

2012 - 2018




schools and middle schools with over 11,000 enrolled students.

### New York Needs You (NYNY)

Founding Young Leadership Board Member

2009 - 2010

Founded in 2009, NYNY career development and leadership training to first generation college students.

## View Andrea's full profile

- See who you know in common
- Get introduced
- Contact Andrea directly

Join to view full profile



**David Yurman Box Chain Necklace In Sterling Silver, 1.7mm Men's Size 26 in**

 David Yurman 

## People also viewed

**Greg Abovsky**
Chief Financial Officer at Fanatics Collectibles
United States

**Michener Chandlee**




**Wayne Ting**

Lime CEO

San Francisco, CA

**Eric Ng**

Head of Strategic Finance & Treasury at Lime

Greater Chicago Area

**Jennifer Lee**

SVP, Chief Accounting Officer at Lime; Ex-CAO at Moderna; Board of Directors for Lime Germany, Lime UK, Lime Israel, Generations Unite (non-profit)

Dallas, TX

**Josh Kobza**

Chief Executive Officer at Restaurant Brands International

Miami Beach, FL

**Jason White**

Chief Marketing Officer | Advisor | Speaker

Los Angeles, CA

**Joe Kraus**

President at Lime

Palo Alto, CA

**Nathan McCurren**

Head of Investor Relations at Cognex

Boston, MA

**Toby Sun**

Co-Founder at Lime

San Francisco Bay Area

Show more profiles

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.




## Others named **Andrea Ellis** in **United States**

**Andrea Ellis**

Strategic Collaborator | Storyteller | Ecosystem Builder

Kansas City, MO

**Andrea Ellis**

Infrastructure Design Leader at Jacobs

Corvallis, OR

**Andrea Ellis**

Marketing Strategy | Integrated Marketing | Product Marketing

Kansas City, MO

**Andrea Ellis**

Lead Talent Sourcing Partner at UKG (Ultimate Kronos Group)

Greater Houston

176 others named Andrea Ellis in United States are on LinkedIn

See others named **Andrea Ellis**

## Add new skills with these courses

Finance Strategies for Business Leaders

Financial Modeling Foundations

Pitching to Investors

See all courses

## Andrea's public profile badge

 

**Andrea Ellis**

Chief Financial Officer at Fanatics Betting & Gaming

Chief Financial Officer, Fanatics Betting & Gaming at Fanatics, Inc.

Harvard Business School

View profile

View profile badges

© 2023                                           About

Accessibility                                    User Agreement

Privacy Policy                                   Your California Privacy Choices

Cookie Policy                                    Copyright Policy

Brand Policy                                     Guest Controls

Community Guidelines                             Language