# Exhibit 59



crunchbase

# Deborah Tuerk Crawford

SAVE

Summary

Your free trial for Crunchbase Pro ends in 6 days. Upgrade Now

## Overview

CB Rank (Person)

**270,589**

Primary Job Title
Vice President, Investor Relations

Primary Organization
Fanatics

Location
Palo Alto, California, United States

Regions
San Francisco Bay Area, Silicon Valley, West Coast

Gender
Female

Facebook
View on Facebook

LinkedIn
View on LinkedIn

Deborah Tuerk Crawford is the Vice President, Investor Relations of Fanatics. She previously worked at Ancestry.com as a Head of Investor Relations (Consultant). Deborah Tuerk Crawford attended UC San Diego School of Global Policy & Strategy.

Jobs

 Deborah Tuerk Crawford

SAVE

Summary

**Deborah Tuerk Crawford** has **2** current jobs as Vice President, Investor Relations at **Fanatics** and Vice President, Investor Relations at **Meta**.

 **Fanatics**
Vice President, Investor Relations
Apr 2023

 **Meta**
Vice President, Investor Relations
Aug 2014

## Related Hubs

| Hub Name | CB Rank (Hub) |
| --- | --- |
| Retail Acquired Companies With More Than 500 Employees | 15,479 |
| eSports Companies | 23,814 |
| Acquired Sports Companies | 20,508 |
| Sports Acquired Companies With More Than $10M in Revenue | 37,965 |
| Manufacturing Acquired Companies With More Than $100M in Revenue | 22,117 |
| Retail Acquired Companies With More Than 50 Employees | 7,703 |
| United States Sporting Goods Companies | 18,362 |

| Hub Name | CB Rank (Hub) |
|---|---|

### Deborah Tuerk Crawford

SAVE

Summary

Employees (Top 10K)

Manufacturing Acquired Companies With More Than $1M in Revenue    2,284

VIEW ALL >

### Education

**Deborah Tuerk Crawford** studied at **UC San Diego School of Global Policy & Strategy** and **UCLA Anderson School of Management**.

**UC San Diego School of Global Policy & Strategy**
Master of Pacific International Affairs

**UCLA Anderson School of Management**
BA

### Recent News and Activity

There is no recent news or activity for this profile.

### Recommendations

 Alchemist      



8/15/23, 9:46 AM Case 8:23-cv-01721-KKM-AEP Deborah Tuerk Crawford - Vice President, Investor Relations @ Fanatics | Crunchbase Person Profile Document 50-59 Filed 08/28/23 Page 5 of 5 PageID 959

https://www.crunchbase.com/person/deborah-tuerk-crawford 4/4