# Exhibit 60



TODAY'S DIGITAL DAILY                                          MY ACCOUNT

BUSINESS  /  FINANCIAL

# Fanatics Commerce Names Krishna Rao CFO

The former Airbnb executive helped that company raise financing for its initial public offering.

By JEAN E. PALMIERI

MAY 11, 2023, 8:00AM



'Theater Camp' Premiere    ✕

AD (0:29)

https://wwd.com/business-news/financial/fanatics-commerce-krishna-rao-chief-financial-officer-1235648295/    1/6

Fanatics produces gear for fans.

Krishna Rao has joined Fanatics, the digital sports platform, as chief financial officer of Fanatics Commerce, the division that oversees licensed sports merchandise sales for professional leagues, teams, colleges and associations globally.

In this new role, Rao will oversee all finance functions and strategic planning for the commerce business and will report to Doug Mack, chief executive officer of Fanatics Commerce and vice chairman of Fanatics.

Mack said, "Over the course of his career, Krishna has served as strategic financial leader and investor for world-class brands and has a strong mindset for profitable growth and value creation. His strategic approach and financial expertise will have an immediate impact on our company and our unrelenting mission to continually enhance the fan and partner experience worldwide."

Rao was formerly CFO of Cedar, a health care payments and patient engagement platform. Before that, he was global head of corporate and business development at Airbnb, where he helped the company navigate the pandemic and raise more than $10 billion in equity and debt capital as well as the company's financing for its initial public offering. He was also a private equity investor at Blackstone and as a strategy consultant at Bain & Co.

Fanatics has long been rumored to be considering an IPO of its own, although no firm plans have been revealed at this point.

"I have long admired the transformative business that Fanatics has built over more than a decade," he said. "The opportunity to partner with Doug and the incredibly talented global commerce team as they continue to innovate and lead the sports industry is truly exciting. I am energized to join Fanatics at this pivotal time as it becomes a broader digital sports platform that is bringing forward new products and experiences for sports fans around the world."

Rao will be based at Fanatics' San Mateo, Calif., office.



NEWSLETTERS

Sign up for WWD news straight to your inbox every day                                              SIGN UP

# WWD RECOMMENDS



**CELEBRITY NEWS**

### 11 New Documentaries to Watch in August on Netflix, Hulu, Paramount+ and More Streaming Platforms

By  BECCA GLASSER-BAKER



**FASHION SCOOPS**

### Jackie Kennedy's Childhood Home in the Hamptons Sells Again to the High-powered

By  ROSEMARY FEITELBERG



**PEOPLE**

### EXCLUSIVE: Millie Bobby Brown on Her First Fragrance, Wedding Planning and the End of 'Stranger Things'

By  LEIGH NORDSTROM

'Theater Camp' Premiere                                                     

`AD`



A Boss Always with Nina Dobrev

# Most Popular



EXCLUSIVE: M...
Her First Frag...
Planning and ...
Things'

'Theater Camp' Premiere         ✕

AD



**EXCLUSIVE: Dior Names K-pop Group Tomorrow X Together Brand...**



**John Barrett, Celebrity Hair Stylist and Salon Owner, Dies at 66**



**EXCLUSIVE: Calvin Klein's Fall Campaign Features Alexa Demie, Kid...**

**'Say Yes to the Dress!' Star and Kleinfeld Plan First Out-of-state...**

Get all the top news stories and alerts straight to your inbox.

Email                                          SIGN UP

By subscribing, I agree to the Terms of Use and Privacy Policy. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.

# THE ESSENTIALIST

'Theater Camp' Premiere

AD

EXCLUSIVE: Slip x Tatcha Just Launched a Chic Set That…

Get all the top news stories and alerts straight to your inbox.

Email                        SIGN UP

By subscribing, I agree to the Terms of Use and Privacy Policy. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.





WWD and Women's Wear Daily are part of Penske Media Corporation. © 2023 Fairchild Publishing, LLC. All Rights Reserved.
Powered by WordPress.com VIP

'Theater Camp' Premiere                                                                  ✕

AD