# Exhibit 61





# Krishna Rao

Chief Financial Officer at Fanatics Commerce

San Francisco Bay Area

3K followers · 500+ connections

**Join to follow**

Fanatics, Inc.

Yale Law School

## Activity







**My wife gave birth to our first child this weekend - welcome Casper Cedar Otto 🤗 We are full of love and very happy that mother and baby are doing…**

Liked by Krishna Rao

**Excited and proud to share with the world what the team here at Anthropic has been working on. Give it a try at claude.ai!**

Liked by Krishna Rao

 



One of the ironies of our #climatecrisis is the destructive, self-reinforcing feedback loops underlying so many causes of global warming. This is…

Liked by Krishna Rao

Join now to see all activity

## Experience


**Chief Financial Officer, Fanatics Commerce**
Fanatics, Inc.
2023 - Present · less than a year
San Francisco Bay Area


**Fellow**
tidemark
2021 - Present · 2 years
San Francisco, California, United States


**Chief Financial Officer**
Cedar
2021 - 2023 · 2 years
San Francisco, California, United States

 

### Global Head of Corporate & Business Development
2018 - 2021 · 3 years

San Francisco, California, United States

### Director, FP&A
2015 - 2018 · 3 years

San Francisco, California, United States

### Principal, Private Equity Group
Blackstone

2011 - 2015 · 4 years

New York, NY

### Bain & Company
3 years

### Senior Associate Consultant
2007 - 2008 · 1 year

### Associate Consultant
2005 - 2007 · 2 years

## Education

### Yale Law School
Juris Doctor (J.D.)

2008 - 2011

 

2001 - 2005

## More activity by Krishna

I'm happy to share that I'm starting a new position as Head of Sales at Zus Health! Really excited to get back with my old colleagues from my…

Liked by Krishna Rao

💐 We are pretty excited about this one, which would not have been possible without the Tidemark community sharing our thesis on vertical SaaS far…

Liked by Krishna Rao

 

Liked by Krishna Rao

"I think we're going to see a real evolution in what we think of as a lawyer's value to a client—being truly consultative and advisory, being…

Liked by Krishna Rao

Therma° CEO and Founder Manik Suri connected with Silas Mahner from CleanTechies Podcast to discuss a significant contributor to climate change, the…

Liked by Krishna Rao

Thrilled to share the latest Cedar Suite outcomes with our partner, Advanced Dermatology and Cosmetic Surgery. By delivering a superior end-to-end…

Liked by Krishna Rao




I'm excited to share that I'll be speaking at Sapphire Ventures 2nd Annual #2023HypergrowthEngineeringSummit on June 15th in San Francisco! The…

Liked by Krishna Rao

Wow! What an amazing episode of Caffeinated! Hosted by Nathan Resnick, this episode featured the brilliant mind behind Therma°, Manik Suri. As the…

Liked by Krishna Rao

Congratulations Krishna Rao, we are so excited for you and the team at Fanatics! The Commerce business opportunity at Fanatics is massive and we…

Liked by Krishna Rao

View Krishna's full profile

See who you know in common

Get introduced

 

Join to view full profile

## Sign in

Stay updated on your professional world

Sign in

 Continue with Google

New to LinkedIn? Join now

## People also viewed

### Thomas Hume
Financial/Market Analyst
San Jose, CA

### Justin Garner, CPA, MBA
Fractional CFO | Executive Business Leader | 15+ Years of Experience
Ripon, CA

### Adam Smith
Partner at Tidemark
San Francisco, CA

### Andrew Walsh
Partner at Tidemark
San Francisco, CA

### Vanessa Gage
General Counsel & Interim CFO at Cedar
San Francisco Bay Area

### Susan Dickeson
Chief Financial Officer at NEWPORT MEAT NORTHERN CALIFORNIA, INC. - a Sysco Company
Fremont, CA

### Debra Briggs




**Rich Naumann**

CFO, Director at Sunrise Warriors, Inc.

Lafayette, CA

**Dan Hurwitz**

CFO at Philz Coffee

San Francisco Bay Area

**Guy Barkwill**

Chief Accounting Officer

San Francisco Bay Area

Show more profiles



**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Krishna Rao** in **United States**



**Krishna Rao**

Laguna Hills, CA



**Krishna R.**

Chief Technical Officer | Engineering and Technology Executive | Entrepreneurial Leader | 3-Time Technology Innovation Award Winner | Helping create and bring Innovative Products to Market

Fremont, CA



**Krishna Rao**

Chief Technology Officer

Dallas-Fort Worth Metroplex

**Krishna Rao**

Vice President and Head of Data

Seattle, WA




See others named **Krishna Rao**

## Krishna's public profile badge

Include this LinkedIn profile on other websites

> **Krishna Rao**
> Chief Financial Officer at Fanatics Commerce
>
> Chief Financial Officer, Fanatics Commerce at Fanatics, Inc.
>
> Yale Law School
>
> View profile

View profile badges

© 2023                                About

Accessibility                         User Agreement

Privacy Policy                        Your California Privacy Choices

Cookie Policy                         Copyright Policy

Brand Policy                          Guest Controls

Community Guidelines                  Language