# Exhibit 62

BREAKING NEWS



APPLY TO THE WORKFORCE EXECUTIVE COUNCIL   |   WORKFORCE WIRE: CORONAVIRUS

WORKFORCE WIRE

# Fanatics hires its first chief people officer as Michael Rubin's sports business giant expands

PUBLISHED THU, OCT 27 2022•7:45 AM EDT    UPDATED THU, OCT 27 2022•3:28 PM EDT



Riley de León
@RILEYCNBC

WATCH LIVE

## KEY POINTS

- Orlando Ashford, known for holding senior level HR roles at Fortune 500 companies like Marsh & McLennan, Coca-Cola and Motorola, is joining Fanatics in a newly created role as companywide chief people officer.

- At Fanatics, he will be tasked with managing global human resources, which includes matters that range from talent development to diversity and inclusion efforts, the company said.

- The creation of Ashford's role comes at a critical time, as corporate leaders face an avalanche of workplace issues with no easy answers.



MARKETS

CNBC TV

WATCHLIST

MENU



Orlando Ashford, known for holding senior level HR roles at Fortune 500 companies like [Marsh & McLennan](), [Coca-Cola]() and [Motorola](), is joining Fanatics in a newly created role as companywide chief people officer, the sports business conglomerate announced Thursday.

Ashford will report directly to both CEO Michael Rubin and CFO Glenn Schiffman.

At Fanatics, he will be tasked with managing global human resources, which includes matters that range from talent development to diversity and inclusion efforts, the company said.

"As we continue to grow and expand, it becomes even more important to double down on organizational development, and I can't think of a better person to lead this charge than Orlando," Rubin stated in a press release.

Each of the three Fanatics' businesses — commerce, collectibles, betting & gaming — have heads of HR that report to those respective business CEOs. Ashford will be working closely with these leaders across verticals, while he reports to both Rubin and Schiffman. He will be Rubin's sixth direct report.

Prior to joining Fanatics, Ashford was a strategic advisor to private-equity firm Sycamore Partners. He also previously served as president of [Carnival]()-owned Holland America Line. He's currently the chairman of the board of pharmaceutical company [Perrigo](), and sits on the board of Syndio — a private, venture-backed HR tech company.

   

8/15/23, 9:34 AM
Michael Rubin's Fanatics hires its first chief people officer
Case 8:23-cv-01721-KKM-AEP    Document 50-62   Filed 08/28/23   Page 4 of 8 PageID 981

The appointment of Ashford's role comes at a critical time, as corporate leaders face an avalanche of workplace issues with no easy answers. The scramble to find workers, offer pay and benefits to keep them from quitting, and increase diversity in the workforce, all while navigating a new remote-hybrid-in person work arrangement is unfamiliar territory for most chief executives.

"Fanatics is a special company, one that I've long admired, where I can take my energy and expertise to further establish a diverse, platform-wide company culture comprised of the best and brightest people," Ashford said in the release.

Fanatics has established itself as the leader for sports merchandise and commerce, with exclusive licensing deals ranging from the NFL and NBA to the International Olympic Committee. It's now looking to expand its sports industry reach even further, setting its sights on digital collectibles, sports betting, and trading cards.

The company, most recently valued at $27 billion, ranked No. 21 on this year's CNBC Disruptor 50 list.

Last week, Fanatics announced it hired Andrea Ellis to be the chief financial officer of its betting and gaming division, which is expected to launch in January.



**VIDEO** **02:20**
Fanatics is going through a pretty fast transformation, says CEO Michael Rubin

  MARKETS    CNBC TV    WATCHLIST   MENU

## RELATED


**Job unhappiness is at a staggering all-time high, according to Gallup**


**Here are the four things employers need to offer to keep workers from quitting**


**These are the American workers most worried that A.I. will soon make their jobs obsolete**


**As Google, Tesla push workers back to the office, experts say hybrid is still the best solution**


**How artificial intelligence is helping hire, promote and train workers**

# MORE IN WORKFORCE WIRE




MARKETS


CNBC TV

WATCHLIST

MENU



# Here are the four things employers need to offer to keep workers from quitting

Mikaela Cohen

   



**How artificial intelligence is helping hire, promote and train workers**

*Robert Lerose, special to CNBC.com*



**The biggest problem offices have in summer goes beyond getting workers to return**

*Mikaela Cohen*

READ MORE



Subscribe to CNBC PRO                    Licensing & Reprints

CNBC Councils                             Select Personal Finance

CNBC on Peacock                           Join the CNBC Panel


  

| Closed Captioning | Digital Products |
| Corrections | Internships |
| Ad Choices | About CNBC |
| Podcasts | Site Map |
| Help | Careers |
|  | Contact |

     

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by

