# Exhibit 63






## Orlando Ashford Sr

Chief People Officer, Fanatics Holdings, Inc; Chairman, Perrigo, Inc; Director, State Farm Life & Fire Boards; Director, Array Technologies

Fort Lauderdale, Florida, United States

5K followers · 500+ connections

Join to view profile

 Fanatics, Inc.

 Purdue University

🔗 Talentism the Book

## About

27 years of global experience in Executive Management, Talent Management, Organization Development, Change Management and Corporate Human Resources.

Serves as a thought leader, confidant and coach to senior executives on human capital and business issues with the Board, C-suite and HR functions. Helps in planning and executing major change initiatives and enabling successful strategy execution for organizations.




Employment Branding

## Articles by Orlando



**The Death of George Floyd: Are We Seeing the Extinction of Racism?**
By Orlando Ashford Sr
Jun 23, 2020

## Activity



 

Liked by Orlando Ashford Sr



John Rowell and I are most proud of these two 2023 graduates: Alden Blue from University of Mississippi and Effie Blue from Kenyon College!

Liked by Orlando Ashford Sr

So humbled to receive this unexpected recognition. Thanks to Gervase Bush, Robert Marshak and David Coghlan for their nomination and to the OD…

Liked by Orlando Ashford Sr

Join now to see all activity

## Experience




Oct 2022 - Present · 11 months

New York, New York, United States

Serves as the Chief People Officer responsible for all aspects of HR and driving people and culture for the leading digital sports platform. Additionally, leads DEI, internal communications and the Foundation and philanthropic efforts for the company.

### Member Board Of Directors

Azamara

Mar 2021 - Present · 2 years 6 months

Miami-Fort Lauderdale Area

### Chair Of The Board Of Directors

Perrigo Company plc

Dec 2020 - Present · 2 years 9 months

Dublin, County Dublin, Ireland

### Member Board Of Directors

Array Technologies, Inc.

Oct 2020 - Present · 2 years 11 months

Albuquerque, New Mexico, United States

 

Jan 2020 - Jan 2023 · 3 years 1 month

Hershey, Pennsylvania, United States

### Member Board Of Directors
Amerant Bank

Apr 2022 - Dec 2022 · 9 months

Miami, Florida, United States

### Strategic Advisor
Sycamore Partners

Sep 2020 - Oct 2022 · 2 years 2 months

### Member Board Of Directors
ITT Inc.

Dec 2012 - May 2022 · 9 years 6 months




2014 - Jun 2020 · 6 years

Greater Seattle Area

Responsible for the leading cruise line's financial results, organization development, product innovation, brand awareness and providing unmatched guest experiences on board the fleet of 15 premium cruise ships.

## Mercer

2 years 7 months

### President, Talent Business Segment

Jan 2013 - Oct 2014 · 1 year 10 months

Greater New York City Area

Leads a global human capital consulting business with 2400 colleagues in over 30 countries. Providing organization solutions and thought leadership in the following areas:

Executive Compensation and Rewards
Workforce Analytics and Planning
Employee Information and Data
Organization Communications and Change Management

### Managing Partner

Apr 2012 - Dec 2012 · 9 months

Greater New York City Area

Serves as Managing Partner of a newly formed consulting unit in Mercer focused on corporate board, CEO and C-suite effectiveness, change management, diversity and executive talent management

 

Sep 2008 - Apr 2012 · 3 years 8 months

Responsible for Human Resources, Corporate Communications, Marketing and Corporate Social Responsibility for Marsh & McLennan which is made up of 50,000 employees working in over 90 countries. MMC is the parent company for Marsh, Mercer, Guy Carpenter and Oliver Wyman operating companies that deliver advisory services in the areas of strategy, insurance, human resources and risk management.

### The Coca-Cola Company

3 years 1 month

#### Group Director Human Resources Eurasia and Africa

Apr 2006 - Aug 2008 · 2 years 5 months

Responsible for all aspects of Human Resources for Coca-Cola Company in Eurasia and Africa (90 countries).

#### VP Corporate Center Human Resources and Cultural Transformation

Aug 2005 - Apr 2006 · 9 months

Responsible for Human Resources for the corporate center and a global initiative to transform organizational culture.

### VP Human Resources Strategy and Organizational Development

Motorola

Dec 2004 - Aug 2005 · 9 months

Responsible for the global HR strategy and transformation moving HR to a self service model (call center, employee portal, strategic business partner model).

### Principal/ Partner

Oliver Wyman - Delta Organization and Leadership

1999 - 2003 · 4 years




**Purdue University**

BS and MS · Organizational Leadership and Industrial Technology

1986 - 1993

Served as a residence hall counselor in Wiley Hall 1989-1993

## Volunteer Experience

**Board Director**

Year Up

Jun 2019 - Jul 2022 · 3 years 2 months

Economic Empowerment

**Board Member**

Orange Bowl Committee

Mar 2022

Education

## More activity by Orlando

**Lewis was the face of the Nashville Student Movement, one of the original Freedom Riders, and one of the keynote speakers alongside Martin Luther…**




"Expectation vs. exception." We couldn't agree more with Stephen Curry's perspective on equity. Yes, equal pay should be "standard across the board,"…
Liked by Orlando Ashford Sr

I am honored to have been elected by my fellow Kenyon College Trustees to the role of Chair of the Board. I look forward to partnering with the Board…
Liked by Orlando Ashford Sr

It's been an exciting week at Fanatics, and we're just getting started. We are proud to announce our entry into another line of business - Fanatics…
Liked by Orlando Ashford Sr

 

Liked by Orlando Ashford Sr

Welcome to our second Global Impact Day!! #MerchMadness #Fanatics
Liked by Orlando Ashford Sr

Thank you Emma Doughty for leading the team HideOut Youth Zone for #fanatics 2nd Global Volunteer Day!
Liked by Orlando Ashford Sr

View Orlando's full profile

See who you know in common

Get introduced

Contact Orlando directly

Join to view full profile






**2023 Range Rover Sport - Test Drive Range Rover Sport**

 

# People also viewed

**Francisco Mallmann**
Chief Strategy & Financial Officer at Azamara
Miami, FL

**Nick Bell**
CEO - Fanatics Live
Los Angeles, CA

**Michelle Lardizabal**
Chief Sales Officer North America at Azamara Cruises
Miami, FL

**Douglas Parks**
Strategic Advisor and Consultant
Miami, FL

**Jason White**
Chief Marketing Officer | Advisor | Speaker
Los Angeles, CA

**Andres Astralaga**
Vice President Human Resources and Recruiting - Operations & Fan Services
Jacksonville, FL

**Dinah Ruiz**
Global Strategic Talent Business Partner / Transformation & start-up experience / Career Consultant & Mentor
Miami, FL

**Suzanne Tesi**
Senior Vice President, Global Human Resources at Fanatics, Inc.




Board Chair | Independent Corporate and Non-Profit Director | Corporate Governance | Former Venture Capital Investor

Minneapolis, MN

**Ken Beller**

I am an award-winning author and speaker with real business experience in generational values, collaboration, and leadership.

Sedona, AZ

Show more profiles



**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Add new skills with these courses

Customer Service: Motivating Your Team

Setting Business Unit Goals

Setting Team and Employee Goals Using SMART Methodology

See all courses

## Orlando's public profile badge

Include this LinkedIn profile on other websites

 

Boards; Director, Array Technologies

Chief People Officer at Fanatics, Inc.

Purdue University

View profile

View profile badges

© 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language