# Exhibit 64



About Fanatics   Businesses   Culture   Media Room   Careers

# GLOBAL FOOTPRINT

With more than 80 offices & facilities across the globe, Fanatics is best positioned to service fans & partners anytime, anywhere.



Los Angeles, CA

Los Angeles, CA

Collectibles HQ

## KEY OFFICE LOCATIONS



**JACKSONVILLE, FL**



**NEW YORK, NY**



**SAN MATEO, CA**



About Fanatics   Businesses   Culture   Media Room   Careers



**TAMPA, FL**

Fanatics Brands Headquarters



**MANCHESTER, UK**

European Headquarters



**TOKYO, JAPAN**

Asia Headquarters