# Exhibit 65



FILTER BY:    LOCATION TYPE ⌄    LOCATION ⌄

FANATICS COLLECTIBLES ⌄    WORK TYPE ⌄

## FANATICS COLLECTIBLES

### ATHLETE RELATIONS & TALENT LICENSING

Talent Licensing Planner    **APPLY**

TEXAS - DALLAS    FANATICS COLLECTIBLES – ATHLETE RELATIONS & TALENT LICENSING    SALARIED

HYBRID

### FANATICS COLLECTIBLES

Fanatics Collectibles General Interest    **APPLY**

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – FANATICS COLLECTIBLES    SALARIED

HYBRID

Fanatics Collectibles General Interest    **APPLY**

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS COLLECTIBLES    SALARIED    HYBRID

## Fanatics Collectibles General Interest



TEXAS - DALLAS    FANATICS COLLECTIBLES – FANATICS COLLECTIBLES    SALARIED    HYBRID

# FANATICS LIVE

## Content Producer

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS LIVE    SALARIED    ON-SITE

## Content Production Associate - Mobile Apps

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS LIVE    SALARIED    ON-SITE

## Onboarding & Account Specialist - Fanatics Live (4 Month Contract - Temp-Perm)



NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS LIVE    SEASONAL    HYBRID

## Sr. Manager, Brand Marketing

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – FANATICS LIVE    SALARIED    ON-SITE

# FINANCE & ACCOUNTING

## Director, Financial Planning & Analysis



NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FINANCE & ACCOUNTING    SALARIED    ON-SITE

## Manager, FP&A



CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – FINANCE & ACCOUNTING    SALARIED    HYBRID

# LEGAL

### Senior Director, Corporate Counsel

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – LEGAL    SALARIED    ON-SITE

### Senior Director, Corporate Counsel

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – LEGAL    SALARIED    ON-SITE

## SALES

### Account Manager - Breaker Sales

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – SALES    SALARIED    HYBRID

### Director of Hobby Sales - Trading Cards

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – SALES    SALARIED    HYBRID

### Director of Hobby Sales - Trading Cards

APPLY

REMOTE - USA    FANATICS COLLECTIBLES – SALES    SALARIED    REMOTE

### Director, Trade Marketing

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – SALES    SALARIED    ON-SITE

## TECHNOLOGY – DATA & ANALYTICS

### Sr. Cloud Engineer

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS
SALARIED    ON-SITE

### Sr. Cloud Engineer

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS    SALARIED
ON-SITE

## Sr. Data Scientist

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS
SALARIED    ON-SITE

## Staff Data Scientist

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS
SALARIED    ON-SITE

# TECHNOLOGY – ENGINEERING & PRODUCT

## Senior UX Researcher

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TECHNOLOGY – ENGINEERING & PRODUCT
SALARIED    HYBRID

# TECHNOLOGY – IT

## Director, Data Analytics (Master Data Management)

APPLY

TEXAS - DALLAS    FANATICS COLLECTIBLES – TECHNOLOGY – IT    SALARIED    ON-SITE

## Sr. Systems Analyst

APPLY

TEXAS - DALLAS    FANATICS COLLECTIBLES – TECHNOLOGY – IT    SALARIED    ON-SITE

## Technical Project Manager

APPLY

REMOTE - USA    FANATICS COLLECTIBLES – TECHNOLOGY – IT    SALARIED    REMOTE

# TOPPS INTERNATIONAL

## Customer Services Advisor - Italian Speaking - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    ON-SITE

## Customer Services Manager, UK and Europe - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## ECommerce Graphic Designer - Online & Offline - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Hobby Business Sales Manager, Austria/Switzerland - Topps International

APPLY

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, Germany - Topps International

APPLY

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, Iberia - Topps International

APPLY

SPAIN - MADRID    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, Italy - Topps International

APPLY

ITALY - MILAN    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, UK and ROI - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## International Logistics Manager - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Logistics Coordinator - Topps International

APPLY

ITALY - MILAN    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Marketing Manager, Belgium and Netherlands

APPLY

NETHERLANDS - AMSTERDAM    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED

HYBRID

## On-Camera Content Creator - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Sales Manager, Belgium/Netherlands - Topps International

APPLY

NETHERLANDS - AMSTERDAM    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED

HYBRID

## Sales Manager, France - Topps International

APPLY

FRANCE - PARIS    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Sales Order Processing Coordinator

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Sales Sheet Coordinator - Topps International

APPLY

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Sales Sheet Coordinator - Topps International

**APPLY**

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Sales Support Coordinator - Spanish/English/French - Topps International

**APPLY**

SPAIN - MADRID    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Sports Editor Bundesliga - German/English - Topps International

**APPLY**

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Talent Licensing Planner - Topps International

**APPLY**

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Video Editor - Topps International

**APPLY**

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

# TRADING CARDS - ECOMMERCE

## Performance Marketing Associate

**APPLY**

TEXAS - DALLAS    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE    SALARIED    ON-SITE

## Performance Marketing Associate

**APPLY**

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE

SALARIED    ON-SITE

## Performance Marketing Associate

**APPLY**

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE    SALARIED

ON-SITE

## Production Designer (Website)



TEXAS - DALLAS   FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE   SALARIED   ON-SITE

## Production Designer (Website)

APPLY

CALIFORNIA - LOS ANGELES   FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE

SALARIED   ON-SITE

## Production Designer (Website)

APPLY

NEW YORK - NEW YORK   FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE   SALARIED

ON-SITE

## Technical Project Manager

APPLY

TEXAS - DALLAS   FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE   SALARIED   ON-SITE

## Technical Project Manager

APPLY

CALIFORNIA - LOS ANGELES   FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE

SALARIED   ON-SITE

## Technical Project Manager

APPLY

NEW YORK - NEW YORK   FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE   SALARIED

ON-SITE

# TRADING CARDS - OPERATIONS

## Buyer - Topps Trading Cards



TEXAS - SUNNYVALE   FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS   SALARIED

ON-SITE

## Fulfillment Associate - Topps Trading Cards

APPLY

TEXAS - SUNNYVALE   FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS   HOURLY   ON-SITE

## Inventory Associate - Topps Trading Cards

APPLY

TEXAS - SUNNYVALE   FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS   HOURLY   ON-SITE

## Memorabilia Associate - Topps Trading Cards



TEXAS - SUNNYVALE    FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS    HOURLY    ON-SITE

## Order Management & Logistics Associate



TEXAS - SUNNYVALE    FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS    HOURLY    ON-SITE

## Project Manager



TEXAS - DALLAS    FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS    SALARIED    ON-SITE

[Fanatics Home Page](#)

Jobs powered by  L E V E R