# Exhibit 66





FILTER BY:    LOCATION TYPE  ⌄     LOCATION  ⌄     TEAM  ⌄

WORK TYPE  ⌄

# FANATICS BETTING & GAMING

## ENGINEERING FANAPP

### Senior Staff Engineer - Platform - FanApp                    APPLY

REMOTE - NEW YORK    FANATICS BETTING & GAMING – ENGINEERING FANAPP    SALARIED    REMOTE

## ENGINEERING TECH ENABLEMENT

### Director of Quality Engineering                    APPLY

CALIFORNIA - SAN MATEO    FANATICS BETTING & GAMING – ENGINEERING TECH ENABLEMENT

SALARIED    ON-SITE

## OPERATIONS

## Director, VIP Account Management



REMOTE - NEW YORK    FANATICS BETTING & GAMING – OPERATIONS    SALARIED    REMOTE

# PRODUCT

## Sr. Product Manager - Cross-Sell



NEW YORK - NEW YORK    FANATICS BETTING & GAMING – PRODUCT    SALARIED    REMOTE

# FANATICS COLLECTIBLES

## ATHLETE RELATIONS & TALENT LICENSING

### Talent Licensing Planner

APPLY

TEXAS - DALLAS    FANATICS COLLECTIBLES – ATHLETE RELATIONS & TALENT LICENSING    SALARIED
HYBRID

## FANATICS COLLECTIBLES

### Fanatics Collectibles General Interest

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – FANATICS COLLECTIBLES    SALARIED
HYBRID

### Fanatics Collectibles General Interest

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS COLLECTIBLES    SALARIED    HYBRID

### Fanatics Collectibles General Interest

APPLY

TEXAS - DALLAS    FANATICS COLLECTIBLES – FANATICS COLLECTIBLES    SALARIED    HYBRID

# FANATICS LIVE

## Content Producer



NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS LIVE    SALARIED    ON-SITE

## Content Production Associate - Mobile Apps

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS LIVE    SALARIED    ON-SITE

## Onboarding & Account Specialist - Fanatics Live (4 Month Contract - Temp-Perm)



NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FANATICS LIVE    SEASONAL    HYBRID

## Sr. Manager, Brand Marketing

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – FANATICS LIVE    SALARIED    ON-SITE

# FINANCE & ACCOUNTING

## Director, Financial Planning & Analysis

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – FINANCE & ACCOUNTING    SALARIED    ON-SITE

## Manager, FP&A

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – FINANCE & ACCOUNTING    SALARIED    HYBRID

# LEGAL

## Senior Director, Corporate Counsel

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – LEGAL    SALARIED    ON-SITE

## Senior Director, Corporate Counsel

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – LEGAL    SALARIED    ON-SITE

# SALES

## Account Manager - Breaker Sales

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – SALES    SALARIED    HYBRID

## Director of Hobby Sales - Trading Cards

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – SALES    SALARIED    HYBRID

## Director of Hobby Sales - Trading Cards

APPLY

REMOTE - USA    FANATICS COLLECTIBLES – SALES    SALARIED    REMOTE

## Director, Trade Marketing

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – SALES    SALARIED    ON-SITE

# TECHNOLOGY – DATA & ANALYTICS

## Sr. Cloud Engineer

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS
SALARIED    ON-SITE

## Sr. Cloud Engineer

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS    SALARIED
ON-SITE

## Sr. Data Scientist

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS

SALARIED    ON-SITE

## Staff Data Scientist

APPLY

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TECHNOLOGY – DATA & ANALYTICS

SALARIED    ON-SITE

# TECHNOLOGY – ENGINEERING & PRODUCT

## Senior UX Researcher

APPLY

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TECHNOLOGY – ENGINEERING & PRODUCT

SALARIED    HYBRID

# TECHNOLOGY – IT

## Director, Data Analytics (Master Data Management)

APPLY

TEXAS - DALLAS    FANATICS COLLECTIBLES – TECHNOLOGY – IT    SALARIED    ON-SITE

## Sr. Systems Analyst

APPLY

TEXAS - DALLAS    FANATICS COLLECTIBLES – TECHNOLOGY – IT    SALARIED    ON-SITE

## Technical Project Manager

APPLY

REMOTE - USA    FANATICS COLLECTIBLES – TECHNOLOGY – IT    SALARIED    REMOTE

# TOPPS INTERNATIONAL

## Customer Services Advisor - Italian Speaking - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    ON-SITE

## Customer Services Manager, UK and Europe - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## ECommerce Graphic Designer - Online & Offline - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Hobby Business Sales Manager, Austria/Switzerland - Topps International

APPLY

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, Germany - Topps International

APPLY

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, Iberia - Topps International

APPLY

SPAIN - MADRID    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, Italy - Topps International

APPLY

ITALY - MILAN    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Hobby Business Sales Manager, UK and ROI - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## International Logistics Manager - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Logistics Coordinator - Topps International

APPLY

ITALY - MILAN    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Marketing Manager, Belgium and Netherlands

APPLY

NETHERLANDS - AMSTERDAM    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED

HYBRID

## On-Camera Content Creator - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Sales Manager, Belgium/Netherlands - Topps International

APPLY

NETHERLANDS - AMSTERDAM    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED

HYBRID

## Sales Manager, France - Topps International

APPLY

FRANCE - PARIS    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Sales Order Processing Coordinator

APPLY

UNITED KINGDOM - MILTON KEYNES    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED    HYBRID

## Sales Sheet Coordinator - Topps International

APPLY

GERMANY - FRANKFURT    FANATICS COLLECTIBLES – TOPPS INTERNATIONAL    SALARIED    HYBRID

## Sales Sheet Coordinator - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED     HYBRID

## Sales Support Coordinator - Spanish/English/French - Topps International

APPLY

SPAIN - MADRID     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL     SALARIED     HYBRID

## Sports Editor Bundesliga - German/English - Topps International

APPLY

GERMANY - FRANKFURT     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL     SALARIED     HYBRID

## Talent Licensing Planner - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED     HYBRID

## Video Editor - Topps International

APPLY

UNITED KINGDOM - MILTON KEYNES     FANATICS COLLECTIBLES – TOPPS INTERNATIONAL

SALARIED     HYBRID

# TRADING CARDS - ECOMMERCE

## Performance Marketing Associate

APPLY

TEXAS - DALLAS     FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE     SALARIED     ON-SITE

## Performance Marketing Associate

APPLY

CALIFORNIA - LOS ANGELES     FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE

SALARIED     ON-SITE

## Performance Marketing Associate

APPLY

NEW YORK - NEW YORK     FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE     SALARIED

ON-SITE

## Production Designer (Website)

**APPLY**

TEXAS - DALLAS    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE    SALARIED    ON-SITE

## Production Designer (Website)

**APPLY**

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE

SALARIED    ON-SITE

## Production Designer (Website)

**APPLY**

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE    SALARIED

ON-SITE

## Technical Project Manager

**APPLY**

TEXAS - DALLAS    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE    SALARIED    ON-SITE

## Technical Project Manager

**APPLY**

CALIFORNIA - LOS ANGELES    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE

SALARIED    ON-SITE

## Technical Project Manager

**APPLY**

NEW YORK - NEW YORK    FANATICS COLLECTIBLES – TRADING CARDS - ECOMMERCE    SALARIED

ON-SITE

# TRADING CARDS - OPERATIONS

## Buyer - Topps Trading Cards

**APPLY**

TEXAS - SUNNYVALE    FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS    SALARIED

ON-SITE

## Fulfillment Associate - Topps Trading Cards

**APPLY**

TEXAS - SUNNYVALE    FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS    HOURLY    ON-SITE

## Inventory Associate - Topps Trading Cards

**APPLY**

TEXAS - SUNNYVALE    FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS    HOURLY    ON-SITE

## Memorabilia Associate - Topps Trading Cards

APPLY

TEXAS - SUNNYVALE   FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS   HOURLY   ON-SITE

## Order Management & Logistics Associate

APPLY

TEXAS - SUNNYVALE   FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS   HOURLY   ON-SITE

## Project Manager

APPLY

TEXAS - DALLAS   FANATICS COLLECTIBLES – TRADING CARDS - OPERATIONS   SALARIED   ON-SITE

# FANATICS COMMERCE

## ACCOUNTING & FINANCE

### Senior Financial Analyst

APPLY

FLORIDA - TAMPA   FANATICS COMMERCE – ACCOUNTING & FINANCE   SALARIED   HYBRID

## BUYING & MERCHANDISING

### Buying Assistant

APPLY

UNITED KINGDOM - MANCHESTER   FANATICS COMMERCE – BUYING & MERCHANDISING
SALARIED   HYBRID

### Drop Ship Manager

APPLY

FLORIDA - JACKSONVILLE   FANATICS COMMERCE – BUYING & MERCHANDISING   SALARIED   HYBRID

### Merchandise Assistant

APPLY

UNITED KINGDOM - MANCHESTER   FANATICS COMMERCE – BUYING & MERCHANDISING
SALARIED   HYBRID

## DIGITAL MARKETING

### CRM Manager



UNITED KINGDOM - MANCHESTER   FANATICS COMMERCE – DIGITAL MARKETING   SALARIED

HYBRID

### Senior CRM Manager



UNITED KINGDOM - MANCHESTER   FANATICS COMMERCE – DIGITAL MARKETING   SALARIED

HYBRID

## FANATICS BRANDS - ANALYTICS & BRAND MANAGEMENT

### Team Services Coordinator

**APPLY**

PENNSYLVANIA - EASTON

FANATICS COMMERCE – FANATICS BRANDS - ANALYTICS & BRAND MANAGEMENT   SALARIED

ON-SITE

## FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)

### Graphic Designer I, Nike Apparel

**APPLY**

FLORIDA - TAMPA   FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)

SALARIED   HYBRID

### Graphic Designer II, Nike Apparel, NCAA

**APPLY**

FLORIDA - TAMPA   FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)

SALARIED   HYBRID

### Jr Identity & Presentation Designer, NHL

**APPLY**

FLORIDA - TAMPA   FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)

SALARIED   HYBRID

## Product Designer (Apparel)

APPLY

UNITED KINGDOM - MANCHESTER

FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)   SALARIED   HYBRID

## Production Analyst

APPLY

HONDURAS - SAN PEDRO SULA

FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)   SALARIED   ON-SITE

## Production Artist

APPLY

FLORIDA - TAMPA   FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)

SALARIED   ON-SITE

## Production Artist (Bangkok)

APPLY

THAILAND - BANGKOK

FANATICS COMMERCE – FANATICS BRANDS - DESIGN (APPAREL AND GRAPHIC)   SALARIED   ON-SITE

## FANATICS BRANDS - MANUFACTURING

## Fanatics Sewing University

APPLY

PENNSYLVANIA - EASTON   FANATICS COMMERCE – FANATICS BRANDS - MANUFACTURING

HOURLY   ON-SITE

## Operator - Sewing

APPLY

PENNSYLVANIA - EASTON   FANATICS COMMERCE – FANATICS BRANDS - MANUFACTURING

HOURLY   ON-SITE

## Screen Print Worker

APPLY

PENNSYLVANIA - EASTON   FANATICS COMMERCE – FANATICS BRANDS - MANUFACTURING

HOURLY   ON-SITE

## FANATICS BRANDS - MERCHANDISING AND PRODUCT MANAGEMENT

## Associate Product Developer - Headwear

APPLY

FLORIDA - TAMPA

FANATICS COMMERCE – FANATICS BRANDS - MERCHANDISING AND PRODUCT MANAGEMENT

SALARIED    HYBRID

## Associate Product Line Manager - Headwear

APPLY

FLORIDA - TAMPA

FANATICS COMMERCE – FANATICS BRANDS - MERCHANDISING AND PRODUCT MANAGEMENT

SALARIED    HYBRID

# FANATICS BRANDS - MITCHELL & NESS

## Sr. Manager, Ecommerce Merchandising

APPLY

CALIFORNIA - IRVINE    FANATICS COMMERCE – FANATICS BRANDS - MITCHELL & NESS    SALARIED

HYBRID

## Sr. Production Artist - Headwear

APPLY

CALIFORNIA - IRVINE    FANATICS COMMERCE – FANATICS BRANDS - MITCHELL & NESS    SALARIED

HYBRID

# FANATICS BRANDS - OPERATIONS/SUPPLY CHAIN

## Inventory Specialist - SOX Compliance

APPLY

FLORIDA - TAMPA    FANATICS COMMERCE – FANATICS BRANDS - OPERATIONS/SUPPLY CHAIN

SALARIED    HYBRID

## Production Analyst

APPLY

THAILAND - BANGKOK    FANATICS COMMERCE – FANATICS BRANDS - OPERATIONS/SUPPLY CHAIN

SALARIED    HYBRID

## Supply Chain Analyst

APPLY

FLORIDA - TAMPA    FANATICS COMMERCE – FANATICS BRANDS - OPERATIONS/SUPPLY CHAIN

SALARIED    ON-SITE

## Third Party Operations Manager

APPLY

FLORIDA - TAMPA    FANATICS COMMERCE – FANATICS BRANDS - OPERATIONS/SUPPLY CHAIN

SALARIED    HYBRID

# FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING

## Garment Technician / Technical Designer

APPLY

THAILAND - BANGKOK

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

HYBRID

## Global Standards - Sr Technical Designer

APPLY

FLORIDA - TAMPA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

HYBRID

## Headwear Materials Developer (Fabric & Color)

APPLY

THAILAND - BANGKOK

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

HYBRID

## NFL/NCAA Trim Developer – Sideline

APPLY

THAILAND - BANGKOK

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

ON-SITE

## Product Developer - Apparel / Jerseys (Honduras)

APPLY

HONDURAS - SAN PEDRO SULA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

ON-SITE

## Product Developer - NBA Jerseys

APPLY

FLORIDA - TAMPA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

HYBRID

## Senior Materials Manager

APPLY

FLORIDA - TAMPA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

HYBRID

## Sourcing Analyst - Honduras

APPLY

HONDURAS - SAN PEDRO SULA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

ON-SITE

## Sourcing Operations Analyst - Honduras

APPLY

HONDURAS - SAN PEDRO SULA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

ON-SITE

## Sr Product Developer, NHL Jerseys

APPLY

FLORIDA - TAMPA

FANATICS COMMERCE – FANATICS BRANDS - PRODUCT DEVELOPMENT AND SOURCING    SALARIED

HYBRID

# FANATICS BRANDS - WAREHOUSE/DISTRIBUTION

## Packer / Computer Operator

APPLY

PENNSYLVANIA - EASTON

FANATICS COMMERCE – FANATICS BRANDS - WAREHOUSE/DISTRIBUTION    HOURLY    ON-SITE

## Receiver

APPLY

PENNSYLVANIA - EASTON

FANATICS COMMERCE – FANATICS BRANDS - WAREHOUSE/DISTRIBUTION    HOURLY    ON-SITE

## Warehouse Associate II

APPLY

OKLAHOMA - NORMAN    FANATICS COMMERCE – FANATICS BRANDS - WAREHOUSE/DISTRIBUTION

HOURLY    ON-SITE

## Warehouse Associate III

APPLY

OKLAHOMA - NORMAN    FANATICS COMMERCE – FANATICS BRANDS - WAREHOUSE/DISTRIBUTION

HOURLY    ON-SITE

# FANATICS BRANDS - WINCRAFT - OPERATIONS

## Custodial Maintenance

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Digital Machine Operator

APPLY

FLORIDA - LAKE MARY    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Machine Operator Digital

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Production Specialist 1

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Production Specialist 2

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Production Specialist 3

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Production Team Lead - 3rd shift

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Warehouse Specialist 1

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Warehouse Specialist 1

APPLY

FLORIDA - LAKE MARY    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Warehouse Specialist 2

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS

HOURLY    ON-SITE

## Warehouse Specialist 2

APPLY

IOWA - CLARION    FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - OPERATIONS    HOURLY

ON-SITE

# FANATICS BRANDS - WINCRAFT - PROFESSIONAL

## 2nd Shift Manufacturing Supervisor

APPLY

FLORIDA - LAKE MARY   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
SALARIED   ON-SITE

## 2nd Shift Production Supervisor

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
SALARIED   ON-SITE

## 3rd Shift Manufacturing Supervisor

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
SALARIED   ON-SITE

## Creative Artist

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
HOURLY   ON-SITE

## Procurement Coordinator

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
HOURLY   ON-SITE

## Production Artist

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
HOURLY   ON-SITE

## Sales Account Executive

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
HOURLY   ON-SITE

## Warehouse Supervisor

APPLY

MINNESOTA - WINONA   FANATICS COMMERCE – FANATICS BRANDS - WINCRAFT - PROFESSIONAL
SALARIED   ON-SITE

# HUMAN RESOURCES

## Bilingual Human Resources Assistant - Seasonal

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Bilingual Human Resources Assistant - Seasonal

APPLY

FLORIDA - MIRAMAR    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Human Resources Assistant - Seasonal

APPLY

MARYLAND - ABERDEEN    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Human Resources Assistant - Seasonal

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Human Resources Assistant (Part-Time)

APPLY

MARYLAND - ABERDEEN    FANATICS COMMERCE – HUMAN RESOURCES    HOURLY    ON-SITE

## Human Resources Associate

APPLY

MINNESOTA - WINONA    FANATICS COMMERCE – HUMAN RESOURCES    HOURLY    ON-SITE

## Learning & Development Coordinator (Seasonal)

APPLY

OHIO - FRAZEYSBURG    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Seasonal Human Resources Assistant

APPLY

OHIO - FRAZEYSBURG    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Seasonal Human Resources Assistant

APPLY

NEVADA - LAS VEGAS    FANATICS COMMERCE – HUMAN RESOURCES    SEASONAL    ON-SITE

## Seasonal Training Coordinator

APPLY

PENNSYLVANIA - EASTON    FANATICS COMMERCE – HUMAN RESOURCES    HOURLY    ON-SITE

## Senior Human Resources Manager - Operations

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – HUMAN RESOURCES    SALARIED    ON-SITE

## MARKETING - PRODUCT CONTENT

### Product Image Stylist

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – MARKETING - PRODUCT CONTENT    HOURLY

ON-SITE

### Seasonal Studio Assistant

APPLY

OHIO - FRAZEYSBURG    FANATICS COMMERCE – MARKETING - PRODUCT CONTENT    SEASONAL

ON-SITE

### Studio Imaging Coordinator

APPLY

FLORIDA - MIRAMAR    FANATICS COMMERCE – MARKETING - PRODUCT CONTENT    HOURLY    HYBRID

## OPERATIONS - CUSTOMER SERVICE

### Customer Service Representative I

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – OPERATIONS - CUSTOMER SERVICE    HOURLY

ON-SITE

### Customer Service Representative I (Seasonal)

APPLY

FLORIDA - MIRAMAR    FANATICS COMMERCE – OPERATIONS - CUSTOMER SERVICE    HOURLY

REMOTE

### Fan Experience Supervisor - Contact Centre

APPLY

UNITED KINGDOM - MANCHESTER    FANATICS COMMERCE – OPERATIONS - CUSTOMER SERVICE

SALARIED    ON-SITE

### Nights - Social Media (Customer Experience) Specialist

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – OPERATIONS - CUSTOMER SERVICE    HOURLY

ON-SITE

# OPERATIONS - DISTRIBUTION (E-COMMERCE)

## Data Analyst                                            APPLY

MARYLAND - ABERDEEN    FANATICS COMMERCE – OPERATIONS - DISTRIBUTION (E-COMMERCE)

HOURLY    ON-SITE

## Maintenance Technician 2 / 2nd shift                    APPLY

OHIO - FRAZEYSBURG    FANATICS COMMERCE – OPERATIONS - DISTRIBUTION (E-COMMERCE)

HOURLY    ON-SITE

## Ohio Seasonal Warehouse Associate - 2023               APPLY

OHIO - FRAZEYSBURG    FANATICS COMMERCE – OPERATIONS - DISTRIBUTION (E-COMMERCE)

SEASONAL    ON-SITE

## Operations Supervisor - #15410                          APPLY

MARYLAND - ABERDEEN    FANATICS COMMERCE – OPERATIONS - DISTRIBUTION (E-COMMERCE)

SALARIED    ON-SITE

## Seasonal Warehouse Athlete                              APPLY

NEVADA - LAS VEGAS    FANATICS COMMERCE – OPERATIONS - DISTRIBUTION (E-COMMERCE)

SEASONAL    ON-SITE

## Senior Operations Manager                               APPLY

NEVADA - LAS VEGAS    FANATICS COMMERCE – OPERATIONS - DISTRIBUTION (E-COMMERCE)

SALARIED    ON-SITE

# OPERATIONS - MADE TO ORDER

## Fulfillment Team Lead (Bilingual / Spanish)

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – OPERATIONS - MADE TO ORDER    HOURLY    ON-SITE

## Operations Supervisor

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – OPERATIONS - MADE TO ORDER    SALARIED
ON-SITE

## Operations Supervisor - Nights

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – OPERATIONS - MADE TO ORDER    SALARIED
ON-SITE

## Seasonal Warehouse Associate- 2023

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – OPERATIONS - MADE TO ORDER    SEASONAL
ON-SITE

## Seasonal Warehouse Associate- 2023 Night Shift

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – OPERATIONS - MADE TO ORDER    SEASONAL
ON-SITE

## Team Lead (Bilingual / Spanish)

APPLY

KENTUCKY - FAIRDALE    FANATICS COMMERCE – OPERATIONS - MADE TO ORDER    HOURLY    ON-SITE

# OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT

## Controls Engineer - #16260

APPLY

MARYLAND - ABERDEEN

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    SALARIED    HYBRID

## Environmental Health & Safety (EHS) Manager

APPLY

NEVADA - LAS VEGAS

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    SALARIED    ON-SITE

## Maintenance Lead - #16171

APPLY

FLORIDA - JACKSONVILLE

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    HOURLY    ON-SITE

## Maintenance Supervisor - Fulfillment Center (Evening Shift)

APPLY

MARYLAND - ABERDEEN

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    SALARIED    ON-SITE

## Maintenance Tech 1 (Night Shift) - #16218

APPLY

KENTUCKY - FAIRDALE

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    HOURLY    ON-SITE

## Maintenance Tech 2

APPLY

MARYLAND - ABERDEEN

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    HOURLY    ON-SITE

## Night Maintenance Supervisor

APPLY

NEVADA - LAS VEGAS

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    SALARIED    ON-SITE

## Night Shift Maintenance Technician Level 2

APPLY

NEVADA - LAS VEGAS

FANATICS COMMERCE – OPERATIONS - SUPPORT/CONTINUOUS IMPROVEMENT    HOURLY    ON-SITE

## RETAIL & IN-VENUE

## Assistant Buyer

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – RETAIL & IN-VENUE    SALARIED    HYBRID

## Associate General Manager, MN Gophers

APPLY

MINNESOTA - MINNEAPOLIS    FANATICS COMMERCE – RETAIL & IN-VENUE    SALARIED    ON-SITE

## Aston Villa, Sales Assistant (Match Day)

**APPLY**

UNITED KINGDOM - BIRMINGHAM    FANATICS COMMERCE – RETAIL & IN-VENUE    HOURLY    ON-SITE

## Casual Retail Assistant- Millwall FC

**APPLY**

UNITED KINGDOM - MILLWALL LONDON    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL
ON-SITE

## Casual Sales Assistant FA Wembley

**APPLY**

UNITED KINGDOM - WEMBLEY    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Everton Store Supervisor (35hrs per week)

**APPLY**

UNITED KINGDOM - LIVERPOOL    FANATICS COMMERCE – RETAIL & IN-VENUE    HOURLY    ON-SITE

## In-Venue Sales Assistant & Merchandise Coordinator (35 hours per week)

**APPLY**

UNITED KINGDOM - TWICKENHAM    FANATICS COMMERCE – RETAIL & IN-VENUE    HOURLY    ON-SITE

## Retail Associate - Air Force Academy

**APPLY**

COLORADO - COLORADO SPRINGS    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL
ON-SITE

## Retail Associate - Arizona Cardinals

**APPLY**

ARIZONA - GLENDALE    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Atlanta United/Falcons

**APPLY**

GEORGIA - ATLANTA    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Baltimore Orioles

**APPLY**

MARYLAND - BALTIMORE    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Brooklyn Nets

**APPLY**

NEW YORK - BROOKLYN    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Carolina Panthers/Charlotte FC

APPLY

NORTH CAROLINA - CHARLOTTE   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - CF Montréal

APPLY

QUEBEC - MONTREAL   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Clemson Tigers

APPLY

SOUTH CAROLINA - CLEMSON   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Cleveland Browns

APPLY

OHIO - CLEVELAND   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - DC United

APPLY

WASHINGTON, D.C   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Detroit Lions

APPLY

MICHIGAN - DETROIT   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Houston Dynamo & Houston Dash

APPLY

TEXAS - HOUSTON   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL

## Retail Associate - Indianapolis Colts

APPLY

INDIANA - INDIANAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Inter-Miami CF

APPLY

FLORIDA - MIAMI   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Jacksonville Jaguars

APPLY

FLORIDA - JACKSONVILLE   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Los Angeles Football Club (LAFC) and Concerts

APPLY

CALIFORNIA - LOS ANGELES   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - LSU Tigers

APPLY

LOUISIANA - BATON ROUGE   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Memphis Grizzlies

APPLY

TENNESSEE - MEMPHIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL

## Retail Associate - Miami Marlins

APPLY

FLORIDA - MIAMI   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Minnesota Timberwolves & Lynx

APPLY

MINNESOTA - MINNEAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Minnesota United

APPLY

MINNESOTA - MINNEAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Minnesota Vikings Team Shop (Eagan Training Center Location)

APPLY

MINNESOTA - MINNEAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Minnesota Vikings Team Shop (Mall of America Location)

APPLY

MINNESOTA - MINNEAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Minnesota Vikings Team Store (U.S. Bank Stadium Location)

APPLY

MINNESOTA - MINNEAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Nashville Soccer Club (Gameday & Events)

APPLY

TENNESSEE - NASHVILLE   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - New Jersey Devils

APPLY

NEW JERSEY - NEWARK   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - New Orleans Pelicans

APPLY

LOUISIANA - NEW ORLEANS    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - New Orleans Saints

APPLY

LOUISIANA - NEW ORLEANS    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Orlando City

APPLY

FLORIDA - ORLANDO    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Philadelphia Union

APPLY

PENNSYLVANIA - CHESTER    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Phoenix Suns, Phoenix Mercury & Special Events

APPLY

ARIZONA - PHOENIX    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - Pittsburgh Pirates/PNC Park

APPLY

PENNSYLVANIA - PITTSBURGH    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - San Francisco 49ers

APPLY

CALIFORNIA - SANTA CLARA    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - San Francisco Giants - Oracle Ball Park (Gameday and Events)

APPLY

CALIFORNIA - SAN FRANCISCO    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - San Francisco Giants (Oracle Park)

APPLY

CALIFORNIA - SAN FRANCISCO    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - San Francisco Giants (Valley Fair)

APPLY

CALIFORNIA - SANTA CLARA    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - San Jose Earthquakes
APPLY

CALIFORNIA - SAN JOSE   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Tampa Bay Buccaneers
APPLY

FLORIDA - TAMPA   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - United States Olympic Committee Store (Colorado Springs)
APPLY

COLORADO - COLORADO SPRINGS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL

## Retail Associate - University of Alabama
APPLY

ALABAMA - TUSCALOOSA   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - University of Colorado (Boulder)
APPLY

COLORADO - BOULDER   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL

## Retail Associate - University of Minnesota Gophers
APPLY

MINNESOTA - MINNEAPOLIS   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - University of Nebraska
APPLY

NEBRASKA - LINCOLN   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - University of Oklahoma (OU)
APPLY

OKLAHOMA - NORMAN   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - University of Texas Longhorns
APPLY

TEXAS - AUSTIN   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - University of Washington
APPLY

WASHINGTON - SEATTLE   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Vancouver Whitecaps
APPLY

BRITISH COLUMBIA - VANCOUVER   FANATICS COMMERCE – RETAIL & IN-VENUE   SEASONAL   ON-SITE

## Retail Associate - Washington Commanders

APPLY

MARYLAND - LANDOVER    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate - West Point Gift Shop

APPLY

NEW YORK - WEST POINT    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Associate (Gameday, Events & Concerts) – Sacramento Kings at Golden 1 Center

APPLY

CALIFORNIA - SACRAMENTO    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Lead - Baltimore Orioles

APPLY

MARYLAND - BALTIMORE    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Lead - New Jersey Devils

APPLY

NEW JERSEY - NEWARK    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL

## Retail Lead - University of Washington

APPLY

WASHINGTON - SEATTLE    FANATICS COMMERCE – RETAIL & IN-VENUE    HOURLY    ON-SITE

## Retail Lead - Warehouse Associate - Oakland A's

APPLY

CALIFORNIA - OAKLAND    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Lead - Washington Commanders

APPLY

MARYLAND - LANDOVER    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Supervisor - San Francisco 49ers

APPLY

CALIFORNIA - SANTA CLARA    FANATICS COMMERCE – RETAIL & IN-VENUE    HOURLY    ON-SITE

## Retail Warehouse Associate - Arizona Cardinals

APPLY

ARIZONA - GLENDALE    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Warehouse Associate - D.C. Teams

APPLY

MARYLAND - HYATTSVILLE    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Warehouse Associate - Oakland A's

APPLY

CALIFORNIA - OAKLAND    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Warehouse Associate - Phoenix Suns

APPLY

ARIZONA - PHOENIX    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Warehouse Associate - San Francisco 49ers

APPLY

CALIFORNIA - SANTA CLARA    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Warehouse Associate - San Francisco Giants (Oracle Park)

APPLY

CALIFORNIA - SAN FRANCISCO    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Retail Warehouse Associate - San Francisco Giants, Golden State Warriors, Surrounding Team & Venues

APPLY

CALIFORNIA - BRISBANE    FANATICS COMMERCE – RETAIL & IN-VENUE    SEASONAL    ON-SITE

## Sales Assistant (FFF Retail Store)

APPLY

FRANCE - PARIS    FANATICS COMMERCE – RETAIL & IN-VENUE    SALARIED    ON-SITE

## Sales Assistant Reading FC (16hrs per week)

APPLY

UNITED KINGDOM - READING    FANATICS COMMERCE – RETAIL & IN-VENUE    HOURLY    ON-SITE

# TECH - ARCHITECTURE & PLATFORM

## Cloud Engineer

APPLY

CALIFORNIA - SAN MATEO    FANATICS COMMERCE – TECH - ARCHITECTURE & PLATFORM    SALARIED    ON-SITE

## Oracle Fusion SCM - Senior Architect

APPLY

INDIA - HYDERABAD    FANATICS COMMERCE – TECH - ARCHITECTURE & PLATFORM    SALARIED    HYBRID

## Production Support Analyst II

APPLY

INDIA - HYDERABAD   FANATICS COMMERCE – TECH - ARCHITECTURE & PLATFORM   SALARIED
ON-SITE

## Production Support Analyst II

APPLY

INDIA - HYDERABAD   FANATICS COMMERCE – TECH - ARCHITECTURE & PLATFORM   SALARIED
ON-SITE

# TECH - BRANDS TECHNOLOGY

## Sr. Director of Engineering - #15192

APPLY

FLORIDA - TAMPA   FANATICS COMMERCE – TECH - BRANDS TECHNOLOGY   SALARIED   HYBRID

# TECH - COMMERCE BACKEND & OPERATIONS

## Sr. Software Engineer - Robotics Automation #16404

APPLY

REMOTE - USA   FANATICS COMMERCE – TECH - COMMERCE BACKEND & OPERATIONS   SALARIED
REMOTE

# TECH - CUSTOMER ORG

## Senior Manager of Quality Engineering

APPLY

CALIFORNIA - SAN MATEO   FANATICS COMMERCE – TECH - CUSTOMER ORG   SALARIED   ON-SITE

# TECH - DATA ORG

## Principal Product Manager, Data Org - #16068

APPLY

CALIFORNIA - SAN MATEO    FANATICS COMMERCE – TECH - DATA ORG    SALARIED    ON-SITE

## Principal Software Engineer - #16089

APPLY

COLORADO - BOULDER    FANATICS COMMERCE – TECH - DATA ORG    SALARIED    ON-SITE

## Sr. Staff Software Engineer - Identity #16295

APPLY

COLORADO - BOULDER    FANATICS COMMERCE – TECH - DATA ORG    SALARIED    HYBRID

# TECH - INFOSEC

## Senior Security Analyst

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – TECH - INFOSEC    SALARIED    ON-SITE

## Senior Security Analyst #15264

APPLY

REMOTE - USA    FANATICS COMMERCE – TECH - INFOSEC    SALARIED    REMOTE

## Staff Security Engineer (Lead)

APPLY

INDIA - HYDERABAD    FANATICS COMMERCE – TECH - INFOSEC    SALARIED    ON-SITE

# TECH - INFRASTRUCTURE & IT

## Seasonal Tech Support Analyst

APPLY

OHIO - FRAZEYSBURG    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SEASONAL    ON-SITE

## Seasonal Tech Support Analyst

APPLY

FLORIDA - JACKSONVILLE    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SEASONAL    ON-SITE

## Seasonal Tech Support Analyst

**APPLY**

NEVADA - LAS VEGAS    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SEASONAL    ON-SITE

## Seasonal Tech Support Analyst

**APPLY**

MARYLAND - ABERDEEN    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SEASONAL
ON-SITE

## Seasonal Tech Support Analyst


**APPLY**

FLORIDA - MIRAMAR    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SEASONAL    ON-SITE

## Seasonal Tech Support Analyst (Nights)


**APPLY**

KENTUCKY - FAIRDALE    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SEASONAL    ON-SITE

## Staff Software Engineer #15379

**APPLY**

INDIA - HYDERABAD    FANATICS COMMERCE – TECH - INFRASTRUCTURE & IT    SALARIED    HYBRID

# FANATICS INC.

## ACCOUNTING & FINANCE

## Manager SOX Compliance & Internal Controls

**APPLY**

FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING & FINANCE    SALARIED    HYBRID

## Manager SOX Compliance & Internal Controls

**APPLY**

NEW YORK - NEW YORK    FANATICS INC. – ACCOUNTING & FINANCE    SALARIED    HYBRID

## Senior Accountant, Income Tax

**APPLY**

NEW YORK - NEW YORK    FANATICS INC. – ACCOUNTING & FINANCE    SALARIED    HYBRID

## Senior Accountant, Indirect Tax



FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING & FINANCE    SALARIED    HYBRID

## Senior Tax Accountant - Income Tax



FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING & FINANCE    SALARIED    HYBRID

# ACCOUNTING SHARED SERVICES

## Accounts Payable Specialist Contractors - Immediate Hires!



FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING SHARED SERVICES    SEASONAL    HYBRID

## Senior Accounting Analyst - Accounting Shared Services



FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING SHARED SERVICES    SALARIED    HYBRID

## Senior Accounts Payable (AP) Specialist - Concierge



FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING SHARED SERVICES    HOURLY    HYBRID

## Senior Manager/Manager Accounting Shared Services

APPLY

FLORIDA - JACKSONVILLE    FANATICS INC. – ACCOUNTING SHARED SERVICES    SALARIED    HYBRID

# HUMAN RESOURCES

Human Resource Analytics, Director

APPLY

FLORIDA - JACKSONVILLE    FANATICS INC. – HUMAN RESOURCES    SALARIED    HYBRID

Immediate Hire - Senior HRIS (UKG) Analyst Contractor!

APPLY

USA    FANATICS INC. – HUMAN RESOURCES    CONTRACTOR    REMOTE

## REAL ESTATE, FACILITIES & SECURITY

Director, Crisis Management and Business Continuity

APPLY

NEW YORK - NEW YORK    FANATICS INC. – REAL ESTATE, FACILITIES & SECURITY    SALARIED    HYBRID

## STRATEGIC DEVELOPMENT

Manager of Loyalty and VIP Experiences

APPLY

NEW YORK - NEW YORK    FANATICS INC. – STRATEGIC DEVELOPMENT    SALARIED    HYBRID

VP of Enterprise Loyalty and Membership Strategy

APPLY

NEW YORK - NEW YORK    FANATICS INC. – STRATEGIC DEVELOPMENT    SALARIED    HYBRID

## TECHNOLOGY

Data Engineer - #16151

APPLY

FLORIDA - JACKSONVILLE    FANATICS INC. – TECHNOLOGY    SALARIED    HYBRID

Oracle Security and Compliance Manager - #16410

APPLY

FLORIDA - JACKSONVILLE    FANATICS INC. – TECHNOLOGY    SALARIED    HYBRID

## Senior Project Manager - #16325

APPLY

NEW YORK - NEW YORK    FANATICS INC. – TECHNOLOGY    SALARIED    ON-SITE

## Senior Project Manager - #16385

APPLY

FLORIDA - JACKSONVILLE    FANATICS INC. – TECHNOLOGY    SALARIED    HYBRID

## Sr. Director, Data Integration - #16324

APPLY

NEW YORK - NEW YORK    FANATICS INC. – TECHNOLOGY    SALARIED    ON-SITE

## Sr. Director, PMO and Quality Assurance - #16383

APPLY

NEW YORK - NEW YORK    FANATICS INC. – TECHNOLOGY    SALARIED    HYBRID

## Sr. Product Manager - #16150

APPLY

FLORIDA - JACKSONVILLE    FANATICS INC. – TECHNOLOGY    SALARIED    ON-SITE

Fanatics Home Page

Jobs powered by  L E V E R