# Exhibit 67

