# **RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff: **PANINI AMERICA, INC.**
vs.
Defendant: **FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 7th day of August, 2023 at 1:00 pm to be served on **FANATICS SPV, LLC, 5332 AVION PARK DR, TAMPA, FL 33607**.

I, ERIC L. LARSON, do hereby affirm that on the **7th day of August, 2023** at **1:50 pm, I:**

served a Limited Liability Company by delivering a CERTIFIED copy of SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF with date, hour and initials of process server endorsed thereon by me, to: CORPORATION SERVICE COMPANY as REGISTERED AGENT for FANATICS SPV, LLC, at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
DANIELLE NELLOMS, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR RA, BF 25 YRS 5'2 130 LBS BLACK HAIR NO GLASSES
SERVED AT : CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS ST, TALLAHASSEE, FL 32301

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023029216
Ref: 29216