UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PANINI AMERICA, INC.

CIVIL ACTION NO.: 8:23-CV-1721-KKM-AEP

**vs**

*Plaintiff*

FANATICS, INC.; ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **08/10/2023** at **12:15 PM** at **251 Little Falls Drive, Wilmington, DE 19808**

deponent served **Summons in a Civil Action and Complaint for Permanent Injunctive Declaratory, and Monetary Relief Demand for a Jury Trial**

on **Fanatics Collectibles Intermediate Holdco, Inc.**, a domestic corporation, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **Lynanne Gares (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 161-200 Lbs.
Other :

Sworn to before me this
10th day of August, 2023

NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Gilbert Del Valle