# RETURN OF SERVICE

State of Florida        County of MIDDLE        District Court

Case Number: 8:23-CV-1721-KKM-AEP

Plaintiff:
**PANINI AMERICA, INC.**

vs.

Defendant:
**FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC**

For:
STUART SINGER
BOIES SCHILLER FLEXNER, LLP
401 EAST LAS OLAS BLVD
SUITE 1200
FORT LAUDERDALE, FL 33301

Received by CAPLAN & CAPLAN on the 7th day of August, 2023 at 4:47 pm to be served on **FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., 8100 NATIONS WAY, JACKSONVILLE, FL 32256**.

I, Richard Peterson, do hereby affirm that on the **8th day of August, 2023** at **11:28 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND COMPLAINT FOR PERMANENT INJUNCTIVE, DECLARATORY, AND MONETARY RELIEF** with the date and hour of service endorsed thereon by me, to: **Kristin Petrick** as **Paralegal** for **FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.**, at the address of: **8100 NATIONS WAY, JACKSONVILLE, FL 32256**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Richard Peterson
#1074

**CAPLAN & CAPLAN**
12505 Orange Drive
Suite 907
Davie, FL 33330
(800) 368-7762

Our Job Serial Number: CPN-2023029332

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2e

