# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC. *Plaintiff*, v. FANATICS SPV, LLC, *et al. Defendants.* | Case No. 8:23-cv-1721-KKM-AEP |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY

Defendants, by counsel, hereby move for leave to file a reply of no more than six (6) pages to Plaintiff's Memorandum in Opposition to Defendants' Motion to Transfer.  In support, Defendants state as follows:

1. On August 14, 2023, Defendants filed their Motion to Transfer to the U.S. District Court for the Southern District of New York (ECF No. 24) ("Motion to Transfer").  On August 28, 2023, Plaintiff filed its Memorandum in Opposition to Defendants' Motion to Transfer (the "Memorandum") (ECF No. 49).

2. "A motion requesting leave to reply must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed reply; and must not include the proposed reply."  Local R. M.D. Fla. 3.01(d).  Courts in this District have explained that reply briefs are warranted to "rebut any new law or facts contained in the opposition's response to a request for relief before the Court."  *Easterwood v. Sedgwick Claims Mgmt. Servs. Inc.*, 2019 WL 12471699, at *2 (M.D. Fla. Dec. 20, 2019).

Leave to file a reply brief may be granted when "the reply will benefit the Court's resolution of the pending motion." *Id.*

3. Defendants seek the Court's leave to file a reply not to exceed six (6) pages because they need the opportunity to address mischaracterizations of fact or law, references to unreliable or inaccurate exhibits, and certain case law and arguments that Plaintiff introduces for the first time in the Memorandum.  Defendants do not seek to restate arguments in the Motion to Transfer, but instead to address points newly raised within the more than seven hundred (700) pages included in Plaintiff's Memorandum and attached materials.

WHEREFORE, Defendants respectfully request that this Court enter an order that grants them leave to file a reply not to exceed six (6) pages within three (3) days of any order granting this motion.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel via e-mail and that Plaintiff's counsel does not consent to the relief sought herein.

Dated:  August 30, 2023

William J. Schifino, Jr., Esq.
Florida Bar Number 564338
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
401 E. Jackson Street, Suite 1500

Respectfully submitted,

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020

Tampa, Florida 33602
wschifino@gunster.com
(813) 228-9080

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY
& STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
mtanner@gunster.com
(866) 915-7185

Derek L. Shaffer (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
**QUINN EMANUEL**
1300 I Street NW, 9th Floor
Washington, DC 20005
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
(202) 538-8000

lawrence.buterman@lw.com
(212) 906-1200

Amanda P. Reeves (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
amanda.reeves@lw.com
(202) 637-2200

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
(415) 391-0600

Michael B. Carlinsky (*pro hac vice*)
**QUINN EMANUEL**
51 Madison Ave, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I certify that on August 30, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Lawrence E. Buterman*
>Lawrence E. Buterman