UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS SPV, LLC, et al.<br><br>*Defendants.* | No. 8:23-CV-1721-KKM-AEP |

**DECLARATION OF CHRISTOPHER S. YATES IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

I, CHRISTOPHER S. YATES, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants in the above-captioned matter. I am an attorney in good standing in the State of California and am admitted *pro hac vice* in this action. I make this Declaration in support of Defendants' Reply in Support of Motion to Transfer to the U.S. District Court for the Southern District of New York. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can competently testify to these facts.

2. Attached as **Exhibit 1** is a true and correct copy of Fanatic Holdings, Inc.'s Form D, Notice of Exempt Offering of Securities, dated December 22, 2022, https://www.sec.gov/Archives/edgar/data/1547955/000156761922021993/xslFormDX01/primary_doc.xml.

3. Attached as **Exhibit 2** is a true and correct copy of an article by Darren Rovell titled *Panini Ignores NFLPA By Launching Product Despite Losing License to Fanatics*, published August 23, 2023, by Action Network, https://www.actionnetwork.com/nfl/panini-launches-new-nfl-product-despite-losing-license-to-fanatics.

4. Attached as **Exhibit 3** is a true and correct copy of an article by A.J. Perez titled *Defiant Panini Is Contesting Early Breakup With NFLPA*, published on August 24, 2023, by Front Office Sports, https://frontofficesports.com/defiant-panini-is-contesting-early-breakup-with-nflpa/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 1, 2023                                  Respectfully submitted,

*/s/ Christopher S. Yates*
Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

*Counsel for Defendants*