# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | **Case No. 8:23-CV-1721-KKM-AEP** |

## REQUEST FOR ORAL ARGUMENT

Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics"), pursuant to Local Rule 3.01(h), hereby request oral argument on their Motion to Dismiss the Complaint and Memorandum in Support ("Motion"). Fanatics estimates that a total of 1 hour will be required for oral argument on the Motion.

Dated September 11, 2023

William J. Schifino, Jr., Esq.
Florida Bar Number 564338
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY**
**& STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202

Derek L. Shaffer (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
**QUINN EMANUEL URQUHART &**
**SULLIVAN**
1300 I Street NW, 9th Floor
Washington, DC 20005

*Counsel for Defendants*

Respectfully submitted,

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1264
lawrence.buterman@lw.com

Amanda P. Reeves (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Michael B. Carlinsky (*pro hac vice*)
**QUINN EMANUEL URQUHART &**
**SULLIVAN**
51 Madison Ave, 22nd Floor
New York, NY 10010

## **CERTIFICATE OF SERVICE**

I certify that on September 11, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman