UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 8:23-CV-1721-KKM-AEP |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT**

Panini America, Inc. ("Panini"), and Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics" and, together with Panini, the "Parties"), by the undersigned counsel, hereby jointly move for a brief extension of the deadline to file a case management report. In support, the Parties state as follows:

1.  Panini initiated this action on August 3, 2023 (ECF No. 1).

2.  The Local Rules require the Parties to conduct the planning conference required under the Federal Rules of Civil Procedure and to file a case management report using the standard form available on the Court's website. Local R. M.D. Fla. 3.02(a). The Local Rules also require the Parties to file the case management report

1

within 40 days after Fanatics' appearance. Local R. M.D. Fla. 3.02(b)(1); *see also* ECF No. 6 at 3.

3.     Here, Fanatics first appeared on August 14, 2023 (ECF Nos. 13–27). Forty days from that date is Saturday, September 23, 2023. Because that deadline falls on a Saturday, it is extended to the following Monday, September 25, 2023. *See* Fed. R. Civ. P. 6(a)(1). As such, the deadline for the Parties to file a case management report is Monday, September 25, 2023.

4.     The Parties conducted a productive case management conference and have been working together diligently to prepare their case management report for the Court's review. The Parties have reached agreement on numerous case management topics, including various proposed scheduling deadlines. However, the Parties require a four-day extension of the deadline to file a case management report so that they may finalize the case management report.

5.     "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A).

6.     Here, the Parties seek a four-day extension of the deadline to file a case management report. The Parties seek this relief before the expiration of the deadline to file the case management report. Good cause exists for the requested extension of time because the brief extension will allow the Parties to finalize their case management report, including their agreements on various case management

2

topics, which, in turn, will facilitate a more streamlined review for the Court when it examines the case management report to prepare the case management and scheduling order for this action. Good cause also exists due to the current deadline falling on Yom Kippur.

7. Further, the requested extension of time will not delay this action's progression, as the Court has not yet entered a case management and scheduling order.

WHEREFORE, Panini America, Inc., and Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc., respectfully request that the Court enter an order that (1) grants this Joint Motion and (2) extends the deadline for the Parties to file a case management report to, and including, Friday, September 29, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for Defendants certifies that counsel for Defendants has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the relief requested herein.

Dated: September 25, 2023                                    Respectfully submitted,

*/s/ Sabria A. McElroy*  
Stuart H. Singer (FBN 377325)  
Jesse Panuccio (FBN 31401)  
Sabria A. McElroy (FBN 95657)  
Jason Hilborn (FBN 1008829)  
**BOIES SCHILLER FLEXNER LLP**  
401 E. Las Olas Blvd., Suite 1200  
Fort Lauderdale, FL 33301  

*/s/ William J. Schifino, Jr.*  
William J. Schifino, Jr., Esq.*  
Florida Bar Number 564338  
**GUNSTER, YOAKLEY & STEWART, P.A.**  
401 E. Jackson Street, Suite 1500  
Tampa, Florida 33602

(954) 356-0011
ssinger@bsfllp.com
jpanuccio@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

David Boies (*pro hac vice*)*
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Sean Phillips Rodriguez (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
srodriguez@bsfllp.com

James P. Denvir (*pro hac vice*)
Richard A. Feinstein (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
(813) 223-7000
gsasso@carltonfields.com
mallen@carltofields.com
jclabby@carltonfields.com
sbarney@carltonfields.com

*Counsel for Plaintiff*

Michael G. Tanner, Esq.
Florida Bar Number 261300
**GUNSTER, YOAKLEY
& STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1264
lawrence.buterman@lw.com

Amanda P. Reeves (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Michael B. Carlinsky (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN**
51 Madison Ave, 22nd Floor
New York, NY 10010

Derek L. Shaffer (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN**
1300 I Street NW, 9th Floor
Washington, DC 20005

*Counsel for Defendants*

4

*Lead Counsel

## CERTIFICATE OF SERVICE

I certify that on September 25, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify counsel.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.
