UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PANINI AMERICA, INC.

    *Plaintiff,*

    v.                                 **Case No. 8:23-CV-1721-KKM-AEP**

FANATICS, INC.,
FANATICS, LLC,
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.,
FANATICS SPV, LLC, and
FANATICS HOLDINGS, INC.

    *Defendants.*
_____/

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT**

Panini America, Inc. ("Panini"), and Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics" and, together with Panini, the "Parties"), by the undersigned counsel, hereby jointly move under Federal Rule of Civil Procedure 6(b) for an eight (8) day extension of the deadline, until October 10, 2023, for Panini to file an amended complaint and a further extension of the deadline for the Parties to file a case management report until October 17, 2023. In support, the Parties state as follows:

    1.    Panini initiated this action on August 3, 2023 (ECF No. 1).

2. Defendants filed their Motion to Dismiss the Complaint and Memorandum in Support (the "Motion to Dismiss"), on September 11, 2023. (ECF No. 61).

3. On September 25, 2023, the Parties filed a joint request for a brief 4-day extension of time to file the case management report. (ECF 63). Pursuant to the Court's Order, the deadline for the case management report is September 29, 2023. (ECF No. 64).

4. After reviewing the Motion to Dismiss and due to recent developments, Panini determined that it would file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a) rather than respond to the Motion to Dismiss. Panini's current deadline to file the Amended Complaint is October 2, 2023 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

5. Panini needs additional time to prepare the Amended Complaint due to the press of other matters during the time for its preparation. Panini's Lead Counsel David Boies is currently serving as lead counsel for a federal jury trial in *Real Estate Exchange Inc v. Zillow Inc*, Case No. 2:21-CV-00312-TSZ (W.D. Wash.). Other counsel for Panini has represented Panini in a temporary restraining order hearing that occurred on September 25, 2023 in the Southern District of New York. Panini's counsel also represented Panini in a preliminary injunction hearing that occurred on September 26, 2023 in arbitration, which required expedited briefing and preparation of witnesses.

6. Defendants do not oppose Panini's request for an additional 8 days to file an Amended Complaint.

7. In light of the Amended Complaint, the Parties request a further extension of the deadline for the case management report until October 17, 2023—one week after the requested deadline for Panini to file an Amended Complaint—so that the Parties may consider the amended allegations in preparing the case management report.

8. "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A).

9. Here, the Parties seek a one week of extension of the time for Panini to file an Amended Complaint. The request is made in good faith and not for purposes of delay, and Panini has not sought a prior extension to file an Amended Complaint. Good cause exists for the requested extension due to the reasons set forth above in paragraph 4 and the extension will allow Panini's counsel sufficient time to prepare the Amended Complaint.

10. The Parties also seek an extension of the deadline to file the case management report. Good cause exists because allowing the Parties to file the case management report after the Amended Complaint will allow the Parties to consider the amended allegations in discussing various case management

topics, including proposed deadlines in the case management report, and request from the Court a suitable and efficient schedule for resolution of the dispute.

WHEREFORE, Panini America, Inc., and Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc., respectfully request that the Court enter an order that (1) grants this Joint Motion; (2) extends the deadline for Panini to file an Amended Complaint to October 10, 2023; and (3) extends the deadline for the Parties to file a case management report to October 17, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for Plaintiff certifies that counsel for Plaintiff has conferred with Defendants' counsel, who advised that Defendants agree to the relief requested herein.

| | |
|---|---|
| September 28, 2023 | Respectfully submitted, |
| | |
| */s/ Stuart H. Singer* | */s/ William J. Schifino, Jr.* |
| Stuart H. Singer (FBN 377325) | William J. Schifino, Jr., Esq.* |
| Jesse Panuccio (FBN 31401) | Florida Bar Number 564338 |
| Sabria A. McElroy (FBN 95657) | **GUNSTER, YOAKLEY** |
| Jason Hilborn (FBN 1008829) | **& STEWART, P.A.** |
| **BOIES SCHILLER** | 401 E. Jackson Street, Suite 1500 |
| **FLEXNER LLP** | Tampa, Florida 33602 |
| 401 E. Las Olas Blvd., Suite 1200 | |
| Fort Lauderdale, FL 33301 | Michael G. Tanner, Esq. |
| (954) 356-0011 | Florida Bar Number 261300 |
| ssinger@bsfllp.com | **GUNSTER, YOAKLEY** |
| jpanuccio@bsfllp.com | **& STEWART, P.A.** |
| smcelroy@bsfllp.com | 1 Independent Drive, Suite 2300 |

jhilborn@bsfllp.com

David Boies (*pro hac vice*)\*
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Sean Phillips Rodriguez (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
srodriguez@bsfllp.com

James P. Denvir (*pro hac vice*)
Richard A. Feinstein (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

Gary L. Sasso (FBN 622575)
D. Matthew Allen (FBN 866326)
John E. Clabby (FBN 113664)
Sarah J. Barney (FBN 1041254)
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
(813) 223-7000
gsasso@carltonfields.com
mallen@carltofields.com
jclabby@carltonfields.com
sbarney@carltonfields.com

Jacksonville, Florida 32202

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1264
lawrence.buterman@lw.com

Amanda P. Reeves (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Michael B. Carlinsky (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN**
51 Madison Ave, 22nd Floor
New York, NY 10010

Derek L. Shaffer (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN**
1300 I Street NW, 9th Floor
Washington, DC 20005

*Counsel for Defendants*

5

*Counsel for Plaintiff*

*\*Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that on September 28, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify counsel.

*/s/ Stuart Singer*
Stuart Singer
