UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PANINI AMERICA, INC.

    *Plaintiff,*

    v.                      **Case No. 8:23-CV-1721-KKM-AEP**

FANATICS, INC.,
FANATICS, LLC,
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.,
FANATICS SPV, LLC, and
FANATICS HOLDINGS, INC.

    *Defendants.*
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On October 2, 2023, Defendants filed a notice of supplemental authority (the "Notice") describing a complaint that Panini S.p.A. filed against World Wrestling Entertainment ("WWE") in the Southern District of New York (the "WWE Complaint") as "available supplemental authority" relating to Defendants' Reply in Support of Motion to Transfer. ECF No. 67. Specifically, Defendants' Notice identifies an allegation in the WWE Complaint describing a mandatory forum selection clause identifying the Southern District of New York as the venue. Notice at 2. However, Panini S.p.A. is not a party to the instant matter and its lawsuit against WWE concerns the purported

1

termination of its agreement with WWE, which falls within the scope of the broad forum selection clause in that agreement. In contrast, the forum selection clause on which Defendants rely is part of a non-disclosure agreement that governs the parties' obligations to keep confidential certain materials exchanged during the parties' negotiations over a deal that was never consummated. Accordingly, the WWE Complaint does not qualify as "available supplemental authority."

| | |
|---|---|
| October 4, 2023 | Respectfully submitted, |
| David Boies,* *Lead Counsel* (*Admitted pro hac vice*) **Boies Schiller Flexner LLP** 333 Main Street Armonk, NY 10504 (914) 749-8200 dboies@bsfllp.com | */s/ Stuart H. Singer* Stuart H. Singer (FBN 377325) **Boies Schiller Flexner LLP** 401 E. Las Olas Blvd., Suite 1200 Fort Lauderdale, FL 33301 (954) 356-0011 ssinger@bsfllp.com |
| Gary L. Sasso (FBN 622575) **Carlton Fields, P.A.** 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607 (813) 223-7000 gsasso@carltonfields.com | *Counsel for Panini America, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on October 4, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stuart H. Singer*
Stuart H. Singer